UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In Re:                             )

                               )      Case No: 14-63530-fra11

LAURA LEE HAGENAUER,        )

                               )     ~~CHAPTER 11~~SECOND AMENDED DISCLOSURE

          Debtor.           )           STATEMENT

## INTRODUCTION

This is the Amended Disclosure Statement in the Chapter 11 bankruptcy case of

Laura Lee Hagenauer ("Debtor"). The accompanying ~~First~~Second Amended Plan of

Reorganization describes how all claims will be treated under the proposed plan. You should

read the ~~First~~Second Amended Plan and this Second ~~Amended~~ Disclosure Statement carefully

and discuss them with your attorney. If you do not have an attorney, you may wish to consult

one. The proposed distributions under the ~~First~~Second Amended Plan are discussed on pages 12

through 19 of this Amended Disclosure Statement.

## PURPOSE OF THIS DOCUMENT

This Amended Disclosure Statement describes: 1) the Debtor and "collapse" of

the prior ~~entitles~~entities, Valley Rolling Corporation and DeLaMMC, LLC, into Debtor just prior

1 – ~~CHAPTER 11~~SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

to the Petition Date; 2) significant events during the bankruptcy case; 3) how the ~~First~~Second Amended Plan proposes to treat claims (*i.e.* what you will receive on your claim if the ~~First~~Second Amended Plan is confirmed); 4) what factors the Bankruptcy Court will consider when deciding whether to confirm the ~~First~~Second Amended Plan; and 5) why Debtor believes the ~~First~~Second Amended Plan is feasible and how treatment of your claim compares to what you would receive in liquidation. Be sure to read the ~~First~~Second Amended Plan and Amended Disclosure Statement. This Amended Disclosure Statement describes the ~~First~~Second Amended Plan, but it is the ~~First~~Second Amended Plan itself that if confirmed establishes your rights.

DEADLINES FOR VOTING AND OBJECTING: DATE OF ~~FIRST~~SECOND AMENDED

PLAN CONFIRMATION HEARING

The court has not yet confirmed the ~~First~~Second Amended Plan described in this Second Amended Disclosure Statement. This section describes the procedures pursuant to which the ~~First~~Second Amended Plan will or will not be confirmed. The time and place of the hearing at which the Court will determine whether to finally approve this Second Amended Disclosure Statement will be set by the Court. The hearing on confirmation of the ~~First~~Second Amended Plan will be set by the Court in a separate notice containing both a copy of the Second Amended Disclosure Statement and a copy of the ~~First~~Second Amended Plan which will be mailed to each creditor along with a ballot for voting.

IDENTITY OF PERSON TO CONTACT FOR MORE INFORMATION

If you want additional information about the ~~First~~Second Amended Plan you should contact Ted A. Troutman, attorney for the Debtor, at 503-292-6788, and address, 5075 SW Griffith Dr, Ste 220, Beaverton, OR 97005.

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

DESCRIPTION OF ~~FIRST~~SECOND AMENDED PLAN

The accompanying ~~First~~Second Amended Plan of Reorganization describes how all claims will be treated under the proposed plan. In particular, if the ~~First~~Second Amended Plan is confirmed, holders of general unsecured claims will receive a dividend of 100% of their allowed claims from operation of the Debtor's business as described below.

The ~~First~~Second Amended Plan will be funded by the ongoing operation of Debtor's steel rolling facility, any recovery on avoidance claims under 11 USC §§ 547, 548 and 550 and from the sale of real property.

The administrative claims will be paid in part on the Effective Date from an account set up in April of 2015 funded with approximately $18,000 per month through the Effective Date, with the rest to be paid from income from post-confirmation operations (the "Accumulated Administrative Account") and any proceeds from Avoidance Claims recoveries. Currently the total unpaid attorney's fees for the Debtor ~~total~~ are approximately $~~60,000~~84,275. It is estimated an additional $35,000 will be incurred through confirmation. Total Financial Advisor fees are estimated at $~~40,000~~50,000.00 through confirmation. Debtor will also have CPA fees for tax preparation estimated at $5000. Debtor also is responsible for paying the attorney fees of the Creditors' Committee which are estimated to be $50,000.00, excluding fees incurred in pursuit of avoidance actions that the Court has authorized the Creditors' Committee to pursue. Total professional fees incurred are estimated to be $250,000 through confirmation.

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

There are $~~339,418.00~~332,068.28 of claims filed as administrative claims pursuant to 11 U.S.C. § 503(b)(9) which provides that suppliers who ship goods within 20 days of the bankruptcy have an administrative claim. Unless agreed in writing, these claims must be paid on confirmation. Debtor believes she will be able to enter into written agreements with these suppliers as she has continued to do business with all of them after the Chapter 11 was filed. Part of the 503(b)(9) claims will be paid with a pro rata share of the Accumulated Administrative Account on the Effective Date. The remainder of the claims will be paid over time with 1.8% surplus amount over each invoice for goods sold by such claimants to the Debtor post-confirmation. If these claimants demanded payment on confirmation, Debtor would not be able to set forth a confirmable plan. Both Cascadia, with a 503(b)(9) claim of $137,544.18 and West Coast Metals with a claim of $174,456.90, have orally agreed to the treatment.

The proponent of the plan projects that if the ~~First~~Second Amended Plan is confirmed Debtors' assets and liabilities will be as shown on the projected balance sheet attached as Exhibit F.

DESCRIPTION OF DEBTOR AND HER BUSINESSES

Debtor and her brother started Valley Rolling Corp. in May of 2003. Effective December 31, 2006, Debtor purchased the interest of her brother for $800,000. Debtor has 28 years of experience in the steel roofing and siding industry.

Prior to March of 2011, Valley Rolling Corp. leased a facility in Woodburn, Oregon. In March of 2011, Valley Rolling Corp. moved from its old location at 310 Broadway St., Woodburn, Oregon to the new facility at 3071 Schmidt Lane NE, Hubbard, Oregon. The

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

total square footage under cover is 82,650 which includes two warehouses attached by a breezeway.

Valley Rolling Corp. originally offered a product line for agricultural steel roofing and siding use. The company originally made one agricultural panel. Valley expanded the profile to two different agricultural panels and one commercial panel. Valley Rolling Corp. also sells trim products, accessories such as fasteners, poly-carbonate, pipe flashing, vapor barrier and sliding door track and hardware. DeLaMMC was formed on November 1, 2006 as an Oregon limited liability company. The Debtor and her husband, Dennis Hagenauer, were the managers, and the members consisted of the Debtor (35%), her husband (50%) and their three children, Matthew Hagenauer (5%), Mitchell Hagenauer (5%), and Cassie Hagenauer (5%). DeLaMMC was a holding company, whose assets consisted of the building and improvements located at 3071 Schmidt Lane NE, Hubbard Oregon, three forklifts, a Rollformer and a piece of equipment described by the Debtor as a rollformer addition. These assets were transferred to the Debtor on September 26, 2014, leaving DeLaMMC as merely a shell company. None of the members of the LLC received consideration in exchange for their interests in connection with the transfer.

ASSETS

The manufacturing facility is subject to combined secured debt of approximately $4,188,881. The creditors that are owed money on the buildings are KeyBank on a first mortgage in the approximate amount of $1,600,000, current and past due, Marion County for property taxes of approximately $88,000 (both real and personal), and U.S. Small Business Administration is owed approximately $860,448. In addition Oregon Business Development Corporation has a mortgage for approximately $660,000 and Cascadia Metals has a mortgage of

5 – CHAPTER 11SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

approximately $630,000.  The building's value is insufficient to pay all asserted liens.

Therefore, Cascadia Metals is partially secured with a secured claim of approximately $350,000.

The IRS asserted tax liens are entirely unsecured by the building.

Debtor also owns jointly, with her husband, a home located at 1129 Belle Passi

Rd., Woodburn, OR 97071 valued at $500,000.00.  The first mortgage on the property is

$159,004 payable to Greentree Loan Servicing.  The lien of Oregon Business Development of

$660,000 is also secured by this property.

## OPERATIONS IN BANKRUPTCY

Since the filing of the bankruptcy Debtor has had an operating profit of over

$11,00098,176.00 after servicing of the secured debt and payment of $2,000 per month to the

IRS and $4,000 per month to property taxes through March 2015.  After March the payments to

secured debt and IRS were reduced by approximately $18,500 per month.  Debtor's FirstSecond

Amended Plan calls for a cram down of the interest rate on the debt owed to KeyBank to a rate

of 6.5% on the line-of-credit and 6.5% on the mortgage.

## EFFECT OF PRE-FILING DISSOLUTION OF

## Valley Rolling Corp. and DeLaMCC LLC

Debtor believes that there will be no tax consequence from the dissolution prior to

filing this case of Valley Rolling Corp. and DeLaMCC LLC, since Valley Rolling was a

Subchapter S corporation and all tax attributes passed through to Debtor and her Husband.

DeLaMCC was an LLC and likewise all tax attributes passed through to Debtor, her husband and

their children.

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

DISSOLUTION OF CORPORATIONS AND ASSUMPTION OF LIABILITIES AND

ASSIGNMENT OF ASSETS PRIOR TO FILING

Before Debtor filed her Chapter 11 bankruptcy, she entered into agreements with Valley Rolling Mills Corporation and with the owner of the manufacturing facility DeLaMCC LLC to assume all the liabilities of both corporations and for an assignment of all of the assets of the corporations. The execution of the assumption and assignment agreements occurred on September 26, 2014, two days before the Chapter 11 bankruptcy petition was filed. Debtor was the majority owner of both the corporation and the LLC. The minority owners included Debtor's husband and minor children. All parties accepted the assignment and assumption agreements. The owners of the corporation and the LLC signed in favor of the assignment and assumption agreements.

The business facility at 3071 Schmidt Lane, Hubbard, OR 97032, was owned by DeLaMCC, LLC. Debts secured by the business facility, which included a tax lien, exceeded the value of the asset. All of the debt owed by DeLaMCC LLC was secured debt. None of the creditors, which are set forth in the chart below, were harmed by the assignment and assumption agreement. The creditors secured by the business property owned by DeLaMCC LLC are approximately as follows and are in the order of priority:

1.    Marion County Assessor's Office – Property taxes   $    86,425.00

2.    KeyBank National Association                           $1,600,000.00


3.    US Small Business Administration                      $  860,448.00

4.    Oregon Business Development Corporation           $  660,000.00


7 – CHAPTER 11SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

| 5. | Cascadia Metals Inc. | $ 600,000.00 |
| 6. | Internal Revenue Service – tax lien | $ 57,774.87 |
| 7. | Internal Revenue Service – tax lien | $ 332,859.48 |

In addition to the debts above secured by the real property, DeLaMCC, LLC also owed Valley Development Initiatives $228,326.09, secured by the business equipment. Because all of the creditors of DeLaMCC, LLC are secured, and their security continued after the assignment and assumption agreement, none of the creditors of DeLaMCC, LLC are better or worse off because of the assignment and assumption agreement and subsequent Chapter 11 filing by Debtor, Laura Lee Hagenauer.

CREDITORS OF VALLEY ROLLING CORPORATION

The unsecured creditors of Valley Rolling Corporation would have received nothing if Valley Rolling Corporation had not assigned its assets to Debtor, Laura Lee Hagenauer. The only creditors of Valley Rolling Corporation that would have been paid from a liquidation of Valley Rolling by itself, would have been the secured creditors. These included:

| 1. | Internal Revenue Service | $ 390,634.35 |
| 2. | Valley Development Initiatives secured by both | $ 228,326.00 |
|  | Both DeLaMCC, LLC and Valley Rolling |  |
| 3. | KeyBank National Association | $ 549,625.89 |
|  | secured by accounts receivable. |  |
| 4. | Internal Revenue Service – priority taxes | $ 57,774.00 |

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

In addition, to the extent the tax liens were under secured, all but $136,423.00 would be considered priority taxes and would be paid ahead of any general unsecured creditors of Valley Rolling in a liquidation.

Because these secured creditors retained their liens and because the general unsecured creditors would have received nothing in a Chapter 7 liquidation of Valley Rolling, the unsecured creditors of Valley Rolling were no worse off by Debtor's Assumption and Assignment Agreement then they would have been if Valley Rolling was liquidated without the Assumption and Assignment Agreement.

EFFECT OF ASSUMPTION AND ASSIGNMENT ON DEBTOR'S INDIVIDUAL CREDITORS

If Debtor had been liquidated in a Chapter 7 without the Assumption and Assignment Agreement, her individual creditors are no worse off because of the Assumption and Assignment Agreement. This is because Debtor had personally guaranteed the majority of the debts of both DeLaMCC LLC and Valley Rolling. In a personal liquidation, the amount of debt owed by Debtor on guaranteed general unsecured debt equaled $524,444.00. Upon liquidation of Debtor, all of her personal assets were fully encumbered or exempt or would have been paid to the IRS, since all of the taxes were a personal obligation, and therefore none of her creditors were harmed by the Assignment and Assumption Agreement.

The major reason why Valley Rolling and DeLaMCC LLC assigned their property interests to Debtor and why she assumed the debt and then filed the Chapter 11, is because otherwise three separate bankruptcy attorneys and three separate bankruptcies would have been necessary. The cost of three separate filings would have been outside of what Debtor,

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Valley Rolling or DeLaMCC, LLC could afford and Debtor would have been liquidated by KeyBank and the assets of Valley Rolling and DeLaMCC, LLC would have been liquidated by KeyBank with anything left over taken by other secured creditors or the IRS.

Formatte

### RETENTION OF JURISDICTION

Notwithstanding the entry of an order confirming the Second Amended Plan, the Court shall retain jurisdiction of the Chapter 11 Case pursuant to and for the purposes set forth in Section 1127(b) and 1141-1146 of the Bankruptcy Code to enforce the provisions of the Second Amended Plan and to ensure that the intent and purposes of the Second Amended Plan are carried out and given effect. Without limiting the proceeding, the Court shall retain jurisdiction to classify claims or interests of any creditor, determine requests for payment of claims entitled to priority under section 507(a) of the Bankruptcy Code, avoid transfers or obligations to subordinate claims under chapter 5 of the Bankruptcy Code, approve the assumption, assignment, rejection of executory contracts or leases, resolve controversies and disputes regarding the interpretation or enforcement of the Second Amended Plan, implement the provisions of the Second Amended Plan and enter orders in aid of confirmation, approve settlements entered by the Debtor or Creditors' Committee on the Debtor's behalf, adjudicate adversary proceedings and contested matters pending or hereafter commenced in the Chapter 11 Case and enter a final decree closing the Chapter 11 Case.

### AVOIDANCE ACTIONS

Debtor shall retain any and all claims and causes of action whatsoever (whether known, unknown, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, or undisputed, and whether asserted or assertable directly, indirectly, or derivatively, at law in

10 – CHAPTER 11SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

equity, or otherwise), including, but not limited to, all Avoidance Actions, subject to the authority given by the bankruptcy court for the Creditors' Committee to pursue certain Avoidance Actions.  Notwithstanding the entry of an order confirming the Second Amended Plan, so long as any members of the Creditors' Committee are willing to serve, the Creditors' Committee shall continue until it is dissolved by action of the members thereof or until the Second Amended Plan is complete and all creditors have been paid in full, whichever occurs first.  Neither the Creditors' Committee nor any of its past, present, or future members (or any of the respective past, present, or future officers, directors, employees, or agents of such members) shall have or incur any liability to any holder of a claim or equity interest or to any entity for any act or omission in connection with or arising out of the chapter 11 case, or the negotiations and pursuit of confirmation of the Second Amended Plan, the consummation of the Second Amended Plan, the pursuit of any Avoidance Actions the Creditors' Committee has been authorized to pursue, the administration of the Second Amended Plan or the property to be distributed under the Second Amended Plan.

Debtor believes she would have a possible avoidance action against her mother-in-law, Agnes Hagenauer, for money paid to her in the one year prior to filing by Valley Rolling Corp.  Debtor had paid Agnes Hagenauer $21,189.58 during the one year prior to filing of the Chapter 11.  The Bankruptcy Code provides that money paid to an insider within one year of filing a bankruptcy can be recovered by the Debtor in possession or the Trustee for the benefit of the Bankruptcy Estate.  The payments to Agnes Hagenauer starting in the 60th month, are a fair resolution because the majority of the other unsecured debt will be paid by the 60th month and her payments will not dilute the amount being paid to the other general unsecured creditors.  The

11 – CHAPTER 11SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Debt to Agnes Hagenauer will not accrue interest during the first 60 months. Interest will only begin after the payments start. Debtor does not intend to pursue the action, but as a concession to the other unsecured creditors is separately classifying the claim and it will be paid starting on the 60th month.

The Creditors' Committee also believes the Debtor has a preference/fraudulent transfer action against Bank of America for payments by Valley Rolling Corp. on two employee credit cards. These cards were used by Valley Rolling to purchase product for Valley Rolling to manufacture. The payments were made to Bank of America within the 90 days preceding the Petition Date, were made to a creditor of Valley Rolling because if the payments had not been made, Bank of America would have asserted an unjust enrichment claim against Valley Rolling and the payments allowed Bank of America to receive more than it would have received in a liquidation under chapter 7. The payments made during the preference period to Bank of America total over $620,000. Debtor is not going to pursue these claims but the Court has entered an order authorizing the Creditors' Committee to pursue such claims.

In addition the Creditors' Committee intends to pursue a claim against unsecured creditor Cannonball for preferential payments made during the 90 days preceding the Petition Date on a settlement agreement in the amount of $15,000.

The Creditors' Committee is also pursuing a preference claim against FORA Financial for payments of $1,168 per business day during the 90 days preceding the Petition Date totaling $58,430. FORA Financial's purported secured claim was actually entirely unsecured at the time the payments were made based upon the value of the personal property and the lien amounts superior to FORA Financial. Debtor has no opinion as to the viability or the value of

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

the avoidance actions.  Likewise, Debtor has no opinion as to the projected cost of recovery or the estimated time frame to complete litigation.  The proceeds from any transfer recovered by the Creditors Committee will be used first, to pay for the cost of the preference payment litigation, second, to pay administrative expenses that remain unfunded on the Effective Date of the Plan and finally, to pay to general unsecured creditors if there are any excess proceeds.

None of the proceeds of the Preference action litigation will be paid to Reorganized Debtor.  If the Creditors Committee is unsuccessful in the litigation, costs of the litigation will be an administrative expense, which will be paid for by Debtor.

Allowed professional fees incurred by the Creditors' Committee in pursuing the Avoidance Claims pre-confirmation will be paid pro rata from the Accumulated Administrative Account on the Effective Date.  The remaining balance owed and amounts incurred post-confirmation will be paid from any Avoidance Claim recoveries and from Debtor's income from operations and/or the other assets of Debtor if liquidated after the payment of allowed secured claims encumbering such assets.  The professional person or agent seeking a payment from the Debtor shall submit an invoice to the Debtor, which (absent an objection by the Debtor) the Debtor shall promptly pay.  Any objection which cannot be resolved by the parties shall be resolved by the Court.

REASONS FOR CHAPTER 11 BANKRUPTCY

The main reason for the Chapter 11 filing was the under capitalization of Valley Rolling Corp. and DeLaMCC when they built the new facility in Hubbard, OR. In addition the recession that started in 2007 and continued into 2012 contributed to the eventual insolvency of Valley Rolling and Debtor, Laura Hagenauer.  In 2013, Valley Rolling, Inc. and DeLaMMC,

13 – CHAPTER 11SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

LLC defaulted under their loan agreements with KeyBank.  Following these defaults, KeyBank entered into forbearance agreements to allow the borrowers to refinance the debt.  Under the forbearance agreements, the KeyBank loans matured on March 31, 2014.  After waiting several additional months for Valley Rolling and DeLaMMC to secure the promised new financing, on August 1, 2014, KeyBank commenced an action in Marion County Circuit Court to collect the amounts due and owing.  On September 17, 2014, in violation of the state court injunction, Laura Hagenauer, the controlling person of Valley Rolling and DeLaMMC, transferred all of the assets and liabilities of the companies to herself, individually, in consideration of her agreement to assume all outstanding debt.

<del>FIRST</del><ins>SECOND</ins> AMENDED PLAN AND FEASIBILITY

The source of funds to be received for distribution to creditors will be from the ongoing operations of the business and any recoveries from Avoidance Claims.  Distributions will also be made to the secured creditors KeyBank, SBA, Oregon Development Corporation and Cascadia Metals from the sale or refinance of  the Valley Rolling building located at 3071 Schmidt Ln NE Hubbard OR 97032.  There will still be a balance of approximately $300,000 owed to Cascadia Metals after the sale.

During the duration of the <del>First</del><ins>Second</ins> Amended Plan, and as long as payments to Classes 1-12 and Class 15 remain unpaid, the Debtor shall not sell, lease, transfer, convey, assign, encumber or voluntarily lien any of Debtor's assets, unless (i) such sale, lease, transfer, conveyance, assignment, encumbrance or lien is related to a non-material asset of Debtor; (ii) the asset is replaced with an asset of equal or greater value within ten (10) days after the transaction; (iii) the encumbrance or lien is the result of a refinance of an existing obligation on more

14 – <del>CHAPTER 11</del><ins>SECOND</ins> AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

favorable terms than the prior encumbrance or lien; or (iv) such sale, lease, transfer, conveyance or assignment is performed in the ordinary course of Debtor's business consistent with past practices, and will not have a material adverse effect on the business or financial condition of Debtor.

## DEBTOR'S BUDGET INFORMATION

Attached as Exhibit B are Debtor's cash flow projections, which do not include Debtor's monthly household expenses. Debtor's household expenses are listed on the attached Exhibit G and total $4,396.00 per month. Attached as Exhibit C are the monthly plan payments.

## DEFAULT

In the event the Debtor defaults in the performance of any of the obligations under the ~~First~~Second Amended Plan, the holder of each affected claim may pursue such remedies as are available at law or in equity. An event of default occurring with respect to one claim shall not be an event of default with respect to any other claim. Nothing contained in the ~~First~~Second Amended Plan shall limit the right of any creditor to reopen this case or move to convert the case to a liquidation under Chapter 7 of the United States Bankruptcy Code if cause exists for such relief.

## TAX CONSEQUENCES

The liquidation analysis shows the tax that will be owed upon sale of the building, even with the capital gains taxes that will be owed upon sale of the properties, Debtor's ~~First~~Second Amended Plan is still feasible

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

None

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

## RISKS

Risks include that Debtor will be unable to meet cash flow projections and will then be unable to pay the payments called for under the ~~First~~Second Amended Plan. Another risk is that Debtor will be unable to sell the building at 3071 Schmidt Lane NE, Hubbard, Oregon for enough to pay the secured creditors scheduled to be paid from the sale.

If Debtor is unable to make the payments called for by the ~~First~~Second Amended Plan, Debtor might have to convert the case to a case under Chapter 7 of the bankruptcy code and liquidate.

## VALUE OF ASSETS

The real property listed on attached Exhibit A was valued based upon the Debtor's opinion of value.

The value of inventory is based upon the cost of the inventory.

The value of the accounts receivable is based upon the book value of the receivables. The value of equipment and other personal property is based upon Debtor's opinion of value.

## RETENTION OF PROPERTY

Debtor intends to retain all personal property. The real property at 3071 Schmidt Lane NE, Hubbard, Oregon will be immediately listed for sale at $3,775,000 and sold on or before February 1, 2016; if the real property is not sold by that timeframe, then KeyBank will be entitled to foreclose its lien against the real property. Debtor will either lease back a part of the facility or move to another location.

## COST OF MOVING IF NECESSARY AND ESTIMATED RENT PAYMENT

16 – ~~CHAPTER 11~~SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Based upon Debtor's discussions with the real estate broker, Debtor believes the total monthly rental payment for a new facility of 50,000 square feet will be $28,875.00. In addition, if Debtor is unable to rent at the current location, Debtor estimates the total moving costs to be $83,851.00. Debtor estimates that the time necessary to move and set up would be seven days. Debtor estimates the total loss in net revenue would be $20,000.

DISCUSSION OF CASH FLOWS

Attached cash flow projections, Exhibit B, show that in order for the ~~First~~Second Amended Plan to be feasible there needs to be a net cash flow before plan payments of approximately $60,000 per month from Valley Rolling. Debtor's cash flows since the date of filing show that Debtor has had average net income from Valley Rolling of approximately $35,000 per month before items to be paid through the ~~First~~Second Amended Plan. See attached Exhibit C. The cash flow projections include a payment provision for both back property taxes and current property taxes. See Exhibit B to this Amended Disclosure Statement. The cash flow projections include a 5% increase per year in gross sales and a 3% increase in expenses. This is included in the projections to account for an improving economy and also to account for inflation. Before the recession in 2008, Debtor had annual sales of $9,592,273.66 in 2007. Last year, 2014, total sales were $7,540,136.00. If the cash flows are not met, Debtor will be unable to make the payments called for under the ~~First~~Second Amended Plan of Reorganization and Debtor's reorganization may fail.

FUNDS FOR PAYMENT OF ADMINISTRATIVE AND 503 CLAIMS

If Debtor does not have funds on hand sufficient to make the proposed payments to administrative and 503(b) claims, the Plan will not be confirmable. This will require Debtor

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

to have not less than $72,000 in its restricted account on the date of confirmation. The Debtor will notify the Bankruptcy Court, the U.S. Trustee, counsel for the Creditors' Committee, Cascadia Metals, Inc. and KeyBank as soon as practicable, but in any event not less than ten (10) days prior to the confirmation hearing if it does not appear that Debtor will have sufficient funds on hand to make the payment on the Effective Date.

## ALTERNATIVES

Alternatives to this ~~First~~Second Amended Plan include dismissal of the case, conversion to a case under Chapter 7 or adoption of a different plan. If the case is dismissed, creditors may assert and enforce their claims against Debtor by any method allowed by law. Secured creditors may foreclose their security interest and creditors may obtain Judgment and levy on unencumbered assets.

If this case is converted to a case under Chapter 7, a trustee will be appointed to liquidate the Debtor's assets for the benefit of the estate. Costs of liquidation, secured claims (with respect to the specific collateral liquidated), administrative claims, priority tax claims, and Debtor's exemptions will be paid in full before any payment is made to unsecured creditors. Exhibit A shows the proponent's estimate of the possible results if the Debtor is liquidated in a Chapter 7 case, including the resultant amount available to pay unsecured claims.

The proponent believes that if the Debtor were liquidated in a Chapter 7 the amount available to pay general unsecured creditors would be 0%. Debtor is proposing to pay all unsecured claims plus 3.5% interest. Attached as Exhibit A is the liquidation analysis.

## VOTING AND CONFIRMATION

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

<u>Who May Vote</u>.  Creditors are entitled to vote on confirmation of the ~~First~~Second Amended Plan unless (i) the class is unimpaired (presumed to accept) or are to receive no distribution (presumed to reject); (ii) an objection has been filed to that creditor's claim; or (iii) the claim is unclassified (required by law to be paid in full).  A creditor whose claim has been objected to and who wishes to vote must move to have its claim allowed for voting purposes by filing a motion for such relief in time for that motion to be heard at or before the confirmation hearing.  All classes of claims will be entitled to vote except the Unclassified Claims.

<u>How to Vote</u>.  Fill out and return the attached ballot so that it is received by Debtor's counsel on or before (date will be set by the Court).  Mail to Ted A. Troutman, 5075 SW Griffith Dr, #220, Beaverton, OR 97005.

<u>Effect of Vote</u>.  A class of creditors accepts the ~~First~~Second Amended Plan it if is accepted by a majority in number and two-thirds in dollar amount of creditors who cast ballots. Because this is an individual Chapter 11 the court may confirm the ~~First~~Second Amended Plan even if only one class of creditors accepts the ~~First~~Second Amended Plan.

<u>Deadline for Voting to Accept or Reject the ~~First~~Second Amended Plan</u>.  The Court will set a Confirmation Hearing date.  Notice of that date will be mailed to each creditor. If you are entitled to vote whether to accept or reject the ~~First~~Second Amended Plan, you will vote on the Ballot that we will mail to you along with the ~~First~~Second Amended Plan.  A sample copy of the Ballot is attached as Exhibit J.  You must return the Ballot by the date set by the Court or it will not be counted.  Debtor believes that all classes of creditors are entitled to vote except for unclassified claims.  All creditors have a choice to vote for or against the ~~First~~Second

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Amended Plan.  The Court cannot confirm the ~~First~~Second Amended Plan unless at least one class of Impaired Creditors accepts the ~~First~~Second Amended Plan.

Impairment of Claims.  As noted above, the holder of an allowed claim may vote only if it is in a class that is impaired under the ~~First~~Second Amended Plan.  You will find this in Section 1124 of the Bankruptcy Code.  A class is considered Impaired if the ~~First~~Second Amended Plan alters the legal, equitable, or contractual rights of the members of that class.  Debtor believes that all of the classes of creditors, other than administrative claims, and unclassified claims will be allowed to vote.  **Even if you are not entitled to vote on the ~~First~~Second Amended Plan, you have a right to object to the confirmation of the ~~First~~Second Amended Plan and to object to the adequacy of the Amended Disclosure Statement.**

Treatment of non-accepting Classes.  If one or more Impaired Classes reject the ~~First~~Second Amended Plan, the Court may none the less confirm the ~~First~~Second Amended Plan if the non-accepting classes are treated in the manner described by 1129(b) of the Code.  The ~~First~~Second Amended Plan that binds non-accepting classes is called a "cram down" plan.  The Code allows the ~~First~~Second Amended Plan to bind non-accepting classes of claims if it meets all the requirement for confirmation except the voting requirement of 1129(a)(8) of the code, it does not discriminate unfairly and is fair and equitable toward each impaired class that has not voted to accept the ~~First~~Second Amended Plan.  **You should consult your own attorney~~,~~ about how a "cram down" confirmation will affect your claim, as variations on this general rule are numerous and complex.**

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Financial Information.  Debtor intends to make the payments required under the ~~First~~Second Amended Plan from cash available on the effective date and from future revenue from operation of Valley Rolling and from sale or refinance of the real property located at 3071 Schmidt Ln NE, Hubbard, OR 97032.  The cash flow projection, Exhibit B, shows the ~~First~~Second Amended Plan is feasible.

Operations in Chapter 11.  During the ~~5~~ 9 months since the petition date, Debtor has collected gross revenues of approximately $~~2,866,455~~5,429,163.  The net revenue for Debtor has been approximately $~~11,000~~98,176 through ~~February~~July 31, 2015.  Upon request, Debtor will provide copies of monthly operating reports filed with the Court.

Cash Available on effective Date.

(1)     Cash on hand as of ~~04/30/15~~07/31/15:  $~~23,684.81~~80,395

(2) The total amount to be paid on the Effective Date:  $58,108.00, plus approximately $72,000 in the Accrued Administrative Account to Allowed Administrative Claims, pro rata.

Liquidation Analysis.  General unsecured creditors would be paid $-0- in a Chapter 7 liquidation.  See attached Exhibit A.

Attached as Exhibit B is a cash flow analysis.

Attached as Exhibit C is a plan payment chart.

Attached as Exhibit D are historical profit and loss statements post-petition.

Attached as Exhibit E are historical profit and loss statements pre-petition.

Attached as Exhibit F is a current balance sheet and pro forma balance sheet.

Attached as Exhibit G is Debtor's personal monthly budget.

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Attached as Exhibit H is a Sample Ballot for accepting or rejecting ~~First~~Second Amended Plan.

## TREATMENT OF CLASSES

Class 1      Impaired Secured Claim of KeyBank secured by 3071 Schmidt Lane NE, Hubbard, OR 97032 in the approximate amount of $1,605,401.05.  The interest rate will be reduced to ~~the non-default rate of 4.99%~~6.5%.  The payments on the loan will be ~~interest only~~$14,730.00 per month until the sale of the property at 3071 Schmidt Lane NE, Hubbard, OR 97032.  The property will be immediately listed and will be sold on or before February 1, 2016. If not sold by that date, the automatic stay or discharge injunction shall terminate with respect to KeyBank and KeyBank shall be relieved from the effect of any stay under the Bankruptcy Code and any other restriction on the enforcement of its lien against the property.  The Debtor shall make regular payments to KeyBank in the amount of $14,730 until the earlier of the sale of the property or February 1, 2016.

Class 2      Impaired Secured Claim of KeyBank secured by the accounts receivable, equipment and accounts of Debtor in the approximate balance of $562,363.00.  The loan documents will be modified to reduce the interest rate to 6.5% per annum.  The loan will be modified to require monthly payments of $11,003.28 for 60 months upon the Effective Date of the ~~First~~Second Amended Plan.  Any pre-petition default on the loan will be waived.

Class 3      Impaired Secured Claim of Valley Development Initiatives secured by the equipment formerly owned by Valley Rolling, Inc. and DeLaMCC, LLC.  The balance of the loan is approximately $229,028.88.  The loan documents will be modified to require monthly payments of $1,129.00 which represents interest only at 6% per annum.  These payments will

22 – ~~CHAPTER 11~~SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Case 14-63530-fra11    Doc 221    Filed 08/18/15

start on the Effective Date and continue for a period of 18 months, at which time the loan will require monthly payments of $1,791.00 for a period of 42 months.  At the end of 42 months the entire unpaid balance of principal and interest will be due.  The balance due at the end of the 42 months will be $198,926.70 and can be paid out of Debtor's cash flow as set forth on attached Exhibit B.

Class 4          Impaired Claim of Oregon Business Development Initiatives secured by a second lien on Debtor's residence, a third lien on Debtor's building at 3071 Schmidt Lane NE, Hubbard, OR 97032, and a third lien on the personal property of Valley Rolling.  Any pre-petition default on the loan will be waived.  The loan is in the approximate amount of $660,000. The loan will be paid at $4,250 per month until the Property business property at 3071 Schmidt Lane NE, Hubbard OR 97032 is sold, at which time the loan will be paid in full.

Class 5          Impaired Secured Claim of US Small Business Administration of $860,448.55 secured by a third lien on the property at 3071 Schmidt Lane NE, Hubbard, OR 97032.  For a period of 12 months following the Effective Date of the First Second Amended Plan, the monthly payments will be interest only with payments in the amount of $1,980.00.  The loan will be paid in full upon sale of the Property business property at 3071 Schmidt Lane NE, Hubbard, OR 97032.

Class 6          Impaired Unsecured Inventory Related Claims of Current Suppliers. These claimants are:

| | |
|---|---|
| Cascadia Metals, Inc. (approximate) | $300,000.00 |
| RF Factor | 61,107.25 |
| Winrock – Superior Plus | 42,922.41 |

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

| | |
|---|---|
| Atlas Bolt & Screw | 8,109.88 |
| Champion Metal of Washington | 12,167.97 |
| TOTAL | $424,307.51 |

These creditors will be paid the amount of any current invoice shipped after confirmation of the ~~First~~Second Amended Plan plus an additional 1.5% of the invoice to apply toward the unpaid claim. These payments will continue until the claim is paid in full plus 3.25% interest. If any of the claimants cease to be suppliers of Debtor, the balance left owing on the claim will be amortized with monthly payments for 72 months with 3.25% interest.

Class 7        Unimpaired Secured Claim of GreenTree Home Mortgage in the amount of $159,004.44 secured by Debtors personal residence at 1129 Belle Passi Rd., Woodburn, OR 97071. Debtor will continue to make the payments according to the terms of the mortgage. At the time the case was filed, there was no arrearage on the GreenTree Home Mortgage. Since the filing of the case, Debtor did become delinquent on the mortgage, however that delinquency has been cured. Debtor will stay current on the GreenTree Home Mortgage loan.

Class 8        Impaired Secured Claim of Marion County secured by Debtor's real property at 3071 Schmidt Lane NE, Hubbard, OR 97032 in the approximate amount of $124,167. Debtor will pay $4,000 for the past due property tax each month and pay the current taxes as they come due in 3 monthly installments as allowed by the County. The taxes will accrue interest at the statutory rate of 16%.

Class 9        Impaired Secured Claim of Cascadia Metals Inc. in the amount of $350,000 secured by a fourth lien on Debtor's real property at 3071 Schmidt Lane NE, Hubbard, OR 97032. Debtor will make no payments on this claim until the sale of the property. Cascadia

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

will receive all funds left after payment of the prior liens.  The balance left owing, estimated at $350,000, constitutes a general unsecured claim, a class 6 claim.

Class 10        Impaired Unsecured Claim of Chase Bank in the amount of $110,496.64. This claim is for Debtor's use of a personal credit card to fund the Valley Rolling operation.  The claim will be amortized over 120 months with interest at the rate of 3.25% per annum.  The first payment will be due on the Effective Date in the amount of $1,079.76 with an equal monthly payment thereafter for a total of 120 months.

Class 11        Impaired Claim of Unsecured Claim Under $1,000 will be paid 60 days after the Effective Date of the ~~First~~Second Amended Plan without interest.  These claims are as follows:

| | |
|---|---|
| Primesource Building Products | $935.20 |
| Wells Fargo | 870.00 |
| Century Link | 773.29 |
| Pitney Bowes Purchase Power | 730.14 |
| Long Brothers Building Supply Inc. | 630.15 |
| AT&T | 610.74 |
| Pacific Marketing | 583.68 |
| J.J. Thayer Company | 569.73 |
| Pitney Bowes | 432.40 |
| Davison Auto Parts | 384.39 |
| Teletrac | 337.00 |
| Commercial Business Machines | 250.00 |

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

| | |
|---|---|
| Amerittitle | 200.00 |
| G.W. Hardware | 199.19 |
| Industrial Welding Supply, Inc. | 165.69 |
| Oak Harbor Freight Lines, Inc. | 69.84 |
| Marion County Tax Collector | 42.99 |
| Northwest Natural Gas | 13.16 |
| Fastenal | 8.89 |
| TOTAL | $7,806.48 |

<u>Class 12</u>        Impaired Claim of Unsecured Creditors with claims ~~between~~ over $1,000 ~~and $20,000~~ that are not Current Inventory Suppliers.  These claims total $~~64,300.70~~ 467,559.71 and will be amortized over 84 months with 3.25% interest.  The total monthly payment amount will be $~~856.89~~ 6,230.83.  ~~These c~~reditors and monthly payments are as follows:

| | <u>Balance Owed</u> | <u>Payment</u> |
|---|---|---|
| Marc Nelson Oil Products | $17,985.35 | $239.68 |
| Discover | 17,175.84 | 228.89 |
| Mackey Porth & Unrein | 9,838.97 | 84.96 |
| Toyota Lift Northwest | 6,375.00 | 67.68 |
| Les Schwab | 2,901.89 | 38.67 |
| MWI Components | 2,950.74 | 38.11 |
| Mt. Angel Telephone | 2,492.44 | 33.22 |
| National Manufacturing Co. | 2,014.98 | 26.85 |
| Aramark Uniform Services | 1,927.19 | 25.68 |

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

| Artis Metals Company, Inc. | 1,455.31 | 19.39 |
|---|---|---|
| McMinnville Gas Inc. | 1,406.36 | 18.74 |
| Portland General Electric | 1,332.90 | 17.76 |
| Protec, Inc. Security, Fire & Video | 1,295.00 | 17.26 |
| Cannonball | 29,134.12 | 388.25 |
| ISS West | 224,493.64 | 2,991.66 |
| Euler Hermes | 48,414.04 | 645.18 |
| Penske (Disputed) | ~~608~~160,949.29 | 346.66 |
| IRS General Unsecured | 14,254.31 | 189.96 |
| Associated Management Consultants (AMCI) 26,013.61 | | 346.66 |
| TOTAL | ~~$64,300.70~~ | ~~$856.89~~ |
| TOTAL | $467,559.71 | $6,230.83 |

~~Class 13        Impaired Unsecured Claims over $20,000 That are Not Current Inventory Suppliers.  These claims total $330,840.96.  The creditors in this class are as follows:~~

| ~~Cannonball~~ | ~~$ 29,134.12~~ |
|---|---|
| ~~ISS West~~ | ~~224,493.64~~ |
| ~~Euler Hermes~~ | ~~48,414.04~~ |
| ~~Penske~~ | ~~28,799.16~~ |
| ~~TOTAL~~ | ~~$330,840.96~~ |

~~The debts will be amortized over 84 months with total monthly payments of $4,408.87 with 3.25% annual interest payable to each creditor as follows:~~

| ~~Cannonball~~ | ~~$  388.25~~ |
|---|---|

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

| | | |
|---|---|---|
| ISS West | | 2,991.66 |
| Euler Hermes | | 645.18 |
| Penske | | 383.78 |
| | TOTAL | $4,408.87 |

Class ~~14~~13    Impaired Unsecured Claim of Agnes Hagenauer in the amount of $259,000. This claim will be paid starting in the 60th month after confirmation with 3.25% interest. Monthly payments starting the 60th month after confirmation will be $4,682.72 per month until paid in full. The claim of Agnes Hagenauer in the amount of $259,000 will not accrue interest until after payments begin in the 60th month.

Class ~~15~~14    Impaired Unsecured Claim of Dennis Hagenauer in the amount of $57,957.36 for money advanced by Dennis Hagenauer to Valley Rolling on his personal credit lines and in cash. This claim will be paid starting 60 months after the Effective Date with monthly payments of $1,047.87 for 60 months. Interest will accrue starting in the 60th month at 3.25% per annum.

Class ~~16~~15    Impaired Unsecured Claim of Employee Bruce Kahler in the amount of $59,309.47. This debt will be paid in full with 3.25% interest starting on the Effective Date. Payments will be $1,072.32 per month for 60 months.

Class ~~17~~16    Impaired Claim for Unfunded 401(k) Plan in the amount of $126,709.00. This claim is for unfunded 401(k) contributions for employees of Valley Rolling Corp. including Debtor and her husband. Payments on this claim will start January of 2018 in the amount of $3,500 per month without interest until paid in full.

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Class 17    Impaired Secured Claim of KeyBank secured by 3071 Schmidt Lane NE, Hubbard, OR 97032, which is the amount of KeyBank's indebtedness in Class 1 by which the default rate of interest exceeds the non-default rate of interest in KeyBank's claim, and any late fees, pre-payment penalties and other default charges included in KeyBank's claim, which are subordinate to the SBA's Class 5 claim, as provided in the Prior Lienholder Agreement between SBA as assignee and KeyBank, dated February 14, 2012 and recorded February 23, 2012 in Marion County, Oregon, recording number 3359 p 88. These amounts will be paid from the sale of 3071 Schmidt Lane NE after payment in full to SBA Class 5.

Class 18    Disputed Secured Claim of AMCI (Associated Management Consultants Inc.) in the amount of $26,013.61. Debtor asserts the claim is unsecured and intends to file an objection to secured status of the claim. If the Court determines the claim is secured, the claim will be paid with five percent (5%) interest over sixty (60) months with monthly payments of $490.91 until paid. If the claim is determined by the Court to be unsecured, it will be paid as part of Class 12 over eighty-four (84) months at three and one-quarter percent (3.25%) interest and monthly payments of $346.66.

## TREATMENT OF UNCLASSIFIED CLAIMS

**Administrative Claims** allowed by the Court for professional fees of Debtor's counsel, Debtor's financial consultant and Committee's Counsel shall be paid as follows: (1) a pro rata share of the account established pursuant to the Stipulated Final Order For Use of Cash Collateral (Doc. No. 153) at paragraph 10, (the "Accumulated Administrative Account") along with the Allowed 503(b)(9) Claims as set forth below, upon the Effective Date; (2) a pro rata share of any Avoidance Claims recoveries; (3) a pro rata share of monthly payments of $3,000

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

per month from the Effective Date for 12 months; (4) a pro rata share of monthly payments of $3,500 per month for the next 12 months; and (5) a pro rata share of monthly payments of $4,000 per month thereafter until paid in full.

**IRS Secured ~~Priority~~ Claim** in the amount of $~~345,477~~311,973.83 will be paid starting on the ~~Effective Date~~November 20, 2015 with monthly payments of $~~7,093~~7,043.63 and interest at the rate of 3% per annum until paid in full.

**IRS Secured ~~General~~ Claim for Amounts Due that Would Otherwise be General Unsecured Claim pursuant to Bankruptcy Code.** The IRS secured claims that, but for the security would otherwise be general unsecured claims can be paid over a longer period ~~for penalties and interest~~than sixty (60) months. This claim is for penalty in the amount of $136,423.00 and will b~~e pa~~id $500 per month starting ~~October~~November ~~of~~2015 thr~~ough~~ September ~~August of 2~~017. Starting October 2017 the payments will increase to $1,000 per month through September 2018. Starting October of 2018 the payments will increase to $1,250 through September of 2019. Starting October 2019 the payments will increase to $1,500 per month through September of 2020. Starting October of 2020 the payments will increase to $2,500 per month and continue until paid in full. Interest will accrue on the unpaid balance at 3% per annum.

**IRS Priority Claim in the amount of $51,363.78 will be paid starting November 20, 2015 with monthly payments of $1,136.90 and interest at three percent (3%) until paid in full.**

**Oregon Department of Revenue Priority Claim.** Upon the Effective Date of the ~~First~~Second Amended Plan, the unpaid balance of $47,287 will be paid over ~~51~~ 48 months

30 – ~~CHAPTER 11~~SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

with monthly payments of $~~1,097.00~~1,154.41.  The claim will be paid with interest of 8% per annum as required under § 511 of the bankruptcy code.

**Priority Tax Claim of California Board of Equalization** in the amount of $9,838.97 will be paid over ~~51~~ 48 months with interest at the statutory rate of 9% per annum. Monthly payments starting on the Effective Date of the ~~First~~Second Amended Plan will be $~~232.88~~244.84.

**Priority Claim of the Oregon Employment Division** in the amount of $50,902.49 will be paid over ~~51~~ 48 months with the statutory interest rate of 8% per annum and monthly payments starting on the Effective Date of the ~~First~~Second Amended Plan in the amount of $~~1,180.65~~1,242.68.

**503(b)(9) Claims.** ~~Debtor believes there may be~~There are filed 503(b)(9) administrative claims of $~~327,602~~332,068.28.  These claims are all from current suppliers including Cascadia Metals, Inc, which has filed a 503(b)(9) claim for $137,544.18, West Coast Metals for $174,456.90 and Atlas Bolt for $20,067.20.  These claims will be paid 1.8% additional funds for each invoice for goods sold to Debtor.  If the creditor ships goods invoiced at $100,000 they will be paid $100,000 plus 1.8% toward the 503(b)(3) claim which would equal an additional $1,800.  This will continue until the claim, plus 3.25% interest, is paid in full.  It is estimated that the amount of time required to pay the 503(b)(9) claims in full is 36 months from the Date of Confirmation as set forth on attached Exhibit B.  Cascadia Metals and West Coast Metals have verbally agreed to the proposed treatment.

**Penske Administrative Claim** for post-petition charges incurred between September 29, 2014 and November 4, 2014 in the amount of $25,976.75.  Debtor has filed a

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

claim dispute on this claim alleging the claim should be reduced to $4,607.37.  Debtor will be required to pay on the Effective Date of the Plan, the full allowed claim of Penske, unless Penske agrees in writing to be treated the same as the other administrative claims.

DATED: ~~April 30~~August 18, 2015

*/s/Laura Lee Hagenauer*
Laura Lee Hagenauer

PRESENTED BY:

*/s/Ted A. Troutman*

Ted A. Troutman, OSB # 844470
Troutman Law Firm P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
503-292-6788 TEL
503-596-2371 FAX
tedtroutman@sbcglobal.net
Of Attorneys for Debtor

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

EXHIBIT LIST

EXHIBIT A – Liquidation Analysis

EXHIBIT B – Cash Flow Analysis

EXHIBIT C – Plan Payment Chart

EXHIBIT D – Historical Profit & Loss Statements Post-Petition

EXHIBIT E – Historical Profit & Loss Statements Pre-Petition

EXHIBIT F – Current Balance Sheet

EXHIBIT G – Personal Monthly Budget

EXHIBIT H – Sample Ballot for accepting or rejecting plan

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

# EXHIBIT A
## LIQUIDATION ANALYSIS
### Laura Lee Hagenauer
### Bankruptcy Case No. 14-63530-fra11


## Building and Land
### 3071 Schmidt Lane NE, Hubbard, OR 97032

| | |
|---|---|
| Value | $3,775,000.00 |
| 1st lien – KeyBank | <1,605,401.00> |
| 2nd lien – SBA | < 811,075.00> |
| 3rd lien – Oregon Business Development | < 660,000.00> |
| 4th lien – Cascadia Metals | < 634,358.00> |
| Marion County Tax | < 124,000.00> |
| IRS liens | < 481,899.61> |
| Cost of Sale – 7% | < 266,000.00> |
| Trustee's Commission | < 136,500.00>* |
| Equity | < 944,233.01> |
| Net to Estate | $ -0- |


## Debtor's Residence
### 1129 Belle Passi Rd., Woodburn, OR 97071
### 50% Interest

| | |
|---|---|
| Value | $ 250,000.00 |
| 1st lien – GreenTree (1/2) | < 79,502.00> |
| 2nd lien – Oregon Business Development (paid by Sale of building on Schmidt Lane) | -0- |
| Trustee's Commission at 3% | < 7,500.00> |
| Cost of Sale – 7% | < 17,500.00> |
| Exemption | < 22,975.00> |
| Equity | $ 122,523.00 |
| IRS lien ($481,899.61) | < 122,523.00> |
| Net to Estate | $ -0- |

IRS lien remaining after house sale - $481,899.61 - $122,523.00 = $ 359,576.61


## Whole Life Policy

| | |
|---|---|
| Value | $ 9,936.56 |
| IRS lien | < 9,936.56> |
| Net to Estate | $ -0- |

Remaining IRS lien - $359,576.61 – $9,936.56 = $349,640.05


## Household Goods

| | |
|---|---|
| Value | $ 6,000.00 |

Page 1 of 4

| | | |
|---|---|---|
| IRS line | <u><    6,000.00></u> | |
| Net to Estate | | $  -0- |

Remaining IRS lien - $349,640.05 - $6,000.00 = $343,640.05

### Books, Pictures, Home Décor

| | | |
|---|---|---|
| Value | $    1,500.00 | |
| Exemption | <u><    1,500.00></u> | |
| Net to Estate | | $  -0- |

### Clothing and Shoes

| | | |
|---|---|---|
| Value | $     500.00 | |
| Exemption | <u><     500.00></u> | |
| Net to Estate | | $  -0- |

### Jewelry

| | | |
|---|---|---|
| Value | $    1,000.00 | |
| Exemption | <u><    1,000.00></u> | |
| Net to Estate | | $  -0- |

### Annuity

| | | |
|---|---|---|
| Value | $  57,858.00 | |
| IRS lien | <u><  57,858.00></u> | |
| Net to Estate | | $  -0- |

Remaining IRS lien: $343,640.05- $57,858.00 = $285,782.05

### Valley Rolling Accounts Receivable

| | | |
|---|---|---|
| Value | $  422,308.49 | |
| KeyBank lien | <u><  548,610.21></u> | |
| Net to Estate | | $  -0- |

Remaining KeyBank lien: $548,610.21 - $422,308.49 = $126,301.72

### 1988 Bounder Motorhome
### ½ interest

| | | |
|---|---|---|
| Value (1/2) | $    5,150.00 | |
| IRS lien | <u><    5,150.00></u> | |
| Net to Estate | | $  -0- |

Remaining IRS lien: $285,782.05 - $5,150.00 = $280,632.05

## 1997 Ford Expedition
### ½ interest

| | | |
|---|---|---|
| Value (1/2) | $ 500.00 | |
| Cost of Sale – 10% | < 50.00> | |
| Trustee's Commission – 3% | < 15.00> | |
| IRS lien | < 435.00> | |
| Net to Estate | | $ -0- |

Remaining IRS lien: $280,632.05 - $435.00 = $280,197.05

## 2011 Ford F350
### ½ interest

| | | |
|---|---|---|
| Value (1/2) | $ 17,000.00 | |
| Cost of Sale – 10% | < 1,700.00> | |
| Trustee's Commission – 3% | < 510.00> | |
| Debtor's Exemption | < 3,675.00> | |
| IRS lien | < 11,115.00> | |
| Net to Estate | | $ -0- |

Remaining IRS lien: $280,197.05 - $11,115.00 = $269,082.05

## Office Equipment

| | | |
|---|---|---|
| Value | $ 49,180.27 | |
| Cost of Sale – 10% | < 4,918.03> | |
| Trustee's Commission – 3% | < 1,475.41> | |
| IRS lien | < 42,786.83> | |
| Net to Estate | | $ -0- |

Remaining IRS lien: $269,082.05 - $42,786.83 = $226,295.22

## Equipment

| | | |
|---|---|---|
| Value | $ 500,000.00 | |
| VDI lien | < 229,028.88> | |
| Cost of Sale – 10% | < 50,000.00> | |
| Balance of KeyBank lien | < 126,301.72> | |
| Trustee's Commission – 3% | < 15,000.00> | |
| IRS lien | < 79,669.40> | |
| Net to Estate | | $ -0- |

Remaining IRS lien: $226,295.22 - $79,669.40 = $146,625.82

### Lawn Mower

| | | |
|---|---|---|
| Value | $ 3,000.00 | |
| Cost of Sale – 10% | < 300.00> | |
| Trustee's Commission – 3% | < 90.00> | |
| IRS lien | < 2,610.00> | |
| Net to Estate | | $ -0- |

Remaining IRS lien: $146,625.82 - $2,610.00 = $144,015.82

### Shop Tools

| | | |
|---|---|---|
| Value | $ 3,000.00 | |
| Cost of Sale – 10% | < 300.00> | |
| Trustee's Commission – 3% | < 90.00> | |
| IRS lien | < 2,610.00> | |
| Net to Estate | | $ -0- |

Remaining IRS lien: $144,015.82 - $2,610.00 = $141,405.82

### Inventory

| | | |
|---|---|---|
| Value | $ 761,803.12 | |
| Cost of Sale – 10% | < 76,180.31> | |
| Trustee's Commission – 3% | < 22,854.09> | |
| IRS lien | < 141,405.82> | |
| Net to Estate | | $521,362.90 |

| | |
|---|---|
| Total Available before Priority and Administrative Costs | $521,362.90 |
| Priority Taxes – ODR | < 47,287.10> |
| Oregon Employment Department | < 50,902.00> |
| California Board of Equalization | < 9,839.00> |
| 503(b)(9) Claims** | <339,418.00> |
| Estimated Unpaid Administrative Expenses | <250,000.00> |
| **Balance Available to Unsecured Creditors** | $ -0- |

*Trustee's Commission: 25% of first $5,000; 10% of $5,000 - $50,000; 5% of $50,000 - $1,000,000; 3% of anything over $1,000,000

Laura L. Hagenauer
dba Valley Rolling Corporation
Plan Payments
2015 to 2024

| Description | Total Owed | %% | JAN 2015 Forecast |
|---|---|---|---|
| **Secured Creditors:** | | | |
| Key Bank - Mortgage | 1,605,401 | | 21,198 |
| Key Bank - LOC | 562,363 | | |
| IRS - Secured (Priority) | 311,974 | | 2,000 |
| IRS - Secured (General) | 136,423 | | |
| MWV-COG | 229,029 | | |
| SBA | 860,449 | | |
| OR. Bus. Development | 660,000 | | |
| Cascadia (Secured) | 350,000 | | |
| Property Taxes | 124,167 | | |
| | - | | 23,198 |
| **Priority Creditors:** | | | |
| Oregon Employment Division | 50,902 | 48 Mo's | |
| Oregon Withholding | 47,287 | 48 Mo's | |
| IRS Priority | 51,364 | | |
| 503(b) 9 Claims | 332,068 | 1.85% | |
| Cal. BOE | 9,839 | 48 Mo's | |
| | | | - |
| **Unsecured Non-Priority:** | | | |
| Chase | 110,497 | 120 Mo's | |
| Post Petition CLASS "Inventory Related" | 424,307 | 1.50% | |
| Post Petiton Plan Payments Class - Over $1,001 | 467,560 | 80 Mo's | |
| Post Petition Plan Class "under $1k" | 7,806 | 1 Pmt. | |
| AMCI | 26,014 | | |
| Agnes Hagenauer | 259,000 | 60 Mo's | |
| Dennis Hageouer | 57,957 | 60 Mo's | |
| Bruce Kahler | 59,309 | 61 Mo's | |
| Administrative Expenses | 250,000 | | |
| 401(k) Payments | 126,709 | Start Jan. 2018 | |
| | | | - |
| | 7,120,424 | | |
| Total Plan Payments | | | |

EXHIBIT _C_
Page _1_ Of _20_
Case 14-63530-fra11   Doc 221   Filed 08/18/15

| | FEB 2015 Forecast | MAR 2015 Forecast | APR 2015 Forecast | MAY 2015 Forecast | JUN 2015 Forecast | JUL 2015 Forecast | AUG 2015 Forecast | SEP 2015 Forecast | OCT 2015 Forecast |
|---|---|---|---|---|---|---|---|---|---|
| | 21,198 | 21,198 | 21,198 | 6,555 | 6,555 | 6,555 | 6,555 | 6,555 | 14,730 |
| | | | | | | | | | 11,003 |
| | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 7,044 |
| | | | | | | | | | 1,129 |
| | | | | | | | | | 1,980 |
| | | | | | | | | | 4,250 |
| | | | | - | - | - | - | - | 4,000 |
| | 23,198 | 23,198 | 23,198 | 8,555 | 8,555 | 8,555 | 8,555 | 8,555 | 44,136 |
| | | | | | | | | | 1,154 |
| | | | | | | | | | 1,243 |
| | | | | | | | | | 1,137 |
| | | | | | | | | | 44,239 |
| | | | | | | | | | 245 |
| | - | - | - | - | - | - | - | - | 48,018 |
| | | | | | | | | | 1,080 |
| | | | | | | | | | 9,286 |
| | | | | | | | | | 6,231 |
| | | | | | | | 7,806 | | |
| | | | | | | | | | 1,072 |
| | | | | | | | | | 33,761 |
| | - | - | - | - | - | - | 7,806 | - | 51,430 |
| | | | | 8,555 | 8,555 | 8,555 | 16,362 | 8,555 | 143,584 |

EXHIBIT ___C___

Page __2__ Of _20_

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| NOV 2015 Forecast | DEC 2015 Forecast | YTD Total 2015 | | JAN 2016 | FEB 2016 | MAR 2016 | APR 2016 | MAY 2016 |
|---|---|---|---|---|---|---|---|---|
| 14,730 | 14,730 | 161,757 | | 14,730 | 1,605,401 | - | - | - |
| 11,003 | 11,003 | 33,010 | | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 |
| 7,044 | 7,044 | 39,131 | | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 |
| 500 | 500 | 1,000 | | 500 | 500 | 500 | 500 | 500 |
| 1,129 | 1,129 | 3,387 | | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 |
| 1,980 | 1,980 | 5,940 | | 1,980 | 860,449 | - | - | - |
| 4,250 | 4,250 | 12,750 | | 4,250 | 643,000 | 0 | 0 | - |
| | | | | | 290,000 | 5,000 | 5,000 | - |
| 4,000 | 4,000 | 12,000 | | 4,000 | 108,167 | - | - | - |
| 44,636 | 44,636 | 268,975 | | 44,636 | 3,526,693 | 24,676 | 24,676 | 19,676 |
| | | | | | | | | |
| 1,154 | 1,154 | 3,462 | | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 |
| 1,243 | 1,243 | 3,729 | | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 |
| 1,137 | 1,137 | 3,411 | | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 |
| 10,908 | | 55,147 | | 7,747 | 7,611 | 8,376 | 9,039 | 10,131 |
| 245 | | 490 | | 245 | 245 | 245 | 245 | 245 |
| 14,686 | 3,534 | 66,238 | | 11,526 | 11,389 | 12,155 | 12,818 | 13,910 |
| | | | | | | | | |
| 1,080 | | 2,160 | | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| 9,120 | | 18,407 | | 6,282 | 6,171 | 6,792 | 7,329 | 8,215 |
| 6,231 | | 12,462 | | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 |
| | | 7,806 | | | | | | |
| 491 | 491 | 982 | | 491 | 491 | 982 | 982 | 491 |
| | | - | | | | | | |
| | | - | | | | | | |
| 1,072 | | 2,145 | | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 |
| 3,000 | 3,000 | 39,761 | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| | | - | | | | | | |
| 20,994 | 3,491 | 83,722 | | 18,155 | 18,045 | 19,156 | 19,694 | 20,088 |
| | | | | | | | | |
| 80,316 | 51,661 | 418,935 | | 74,317 | 3,556,127 | 55,987 | 57,188 | 53,674 |

EXHIBIT _C_
Page ___3___ Of _20_

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| | |
|---|---:|
| Sale | 3,800,000 |
| Costs | (228,000) |
| Cash from Closing | 3,572,000 |
| Payoff: Key Bank | (1,605,401) |
| SBA | (860,449) |
| Or. Bus. Devel. | (643,000) |
| Cascadia | (290,000) |
| 503(b)9 Claims | (7,611) |
| Capital Gains Taxes at 25% | (137,230) |
| Net Cash from Sale | 28,310 |

EXHIBIT *C*
Page 4 Of 2C

Case 14-63530-fra11   Doc 221   Filed 08/18/15

| JUN 2016 | JUL 2016 | AUG 2016 | SEP 2016 | OCT 2016 | NOV 2016 | DEC 2016 | YTD 2016 |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1,620,131 |
| 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 132,039 |
| 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 84,524 |
| 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 13,548 |
| | | | | | | | 862,429 |
| | | | | | | | 647,250 |
| 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 333,335 |
| - | - | - | - | - | - | - | 112,167 |
| 24,438 | 24,438 | 24,438 | 24,438 | 24,438 | 24,438 | 24,438 | 3,811,423 |
| | | | | | | | |
| 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 13,848 |
| 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 14,916 |
| 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 13,643 |
| 11,185 | 11,120 | 11,824 | 12,193 | 12,193 | 11,824 | 8,463 | 121,707 |
| 245 | 245 | 245 | 245 | 245 | 245 | | 2,693 |
| 14,964 | 14,899 | 15,602 | 15,972 | 15,972 | 15,602 | 11,997 | 166,807 |
| | | | | | | | |
| 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | | 11,877 |
| 9,069 | 9,016 | 9,587 | 9,886 | 9,886 | 9,587 | | 91,819 |
| 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | | 68,539 |
| | | | | | | | - |
| 491 | 491 | 491 | 491 | 491 | 491 | 491 | 6,873 |
| | | | | | | | - |
| | | | | | | | - |
| 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | | 11,796 |
| 3,000 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 39,000 |
| | | | | | | | - |
| 20,943 | 21,390 | 21,961 | 22,260 | 22,260 | 21,961 | 3,991 | 229,904 |
| | | | | | | | |
| 60,344 | 60,727 | 62,001 | 62,670 | 62,670 | 62,001 | 40,426 | 4,208,133 |

4,208,133

EXHIBIT *C*
Page 5 Of 10

Case 14-63530-fra11   Doc 221   Filed 08/18/15

| JAN 2017 | FEB 2017 | MAR 2017 | APR 2017 | MAY 2017 | JUN 2017 | JUL 2017 | AUG 2017 | SEP 2017 |
|---|---|---|---|---|---|---|---|---|
| 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 |
| 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 |
| 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 1,129 | 1,129 | 1,129 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 |
| 4,762 | 4,762 | 4,762 | 2,378 | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 24,438 | 24,438 | 24,438 | 22,716 | 20,338 | 20,338 | 20,338 | 20,338 | 20,338 |
| 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 |
| 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 |
| 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 |
| 7,858 | 7,720 | 8,496 | 9,169 | 10,276 | 11,345 | 11,279 | 11,993 | 12,368 |
| 245 | 245 | 245 | 245 | 245 | 245 | 245 | 245 | 245 |
| 11,637 | 11,498 | 12,275 | 12,947 | 14,055 | 15,124 | 15,058 | 15,772 | 16,147 |
| 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| 6,372 | 6,259 | 6,889 | 7,434 | 8,332 | 9,199 | 9,145 | 9,724 | 10,028 |
| 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 |
| 491 | 491 | 491 | 491 | 491 | 491 | 491 | 491 | 491 |
| 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 |
| 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 4,000 | 4,000 | 4,000 |
| 18,745 | 18,633 | 19,263 | 19,808 | 20,706 | 21,572 | 22,019 | 22,598 | 22,902 |
| 54,821 | 54,570 | 55,976 | 55,471 | 55,099 | 57,034 | 57,415 | 58,708 | 59,386 |

EXHIBIT C
Page 6 Of 20

Case 14-63530-fra11    Doc 221    Filed 08/18/15



| | OCT 2017 | NOV 2017 | DEC 2017 | YTD 2017 | | JAN 2018 | FEB 2018 | MAR 2018 | APR 2018 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | - | | | | | |
| | 11,003 | 11,003 | 11,003 | 132,039 | | 11,003 | 11,003 | 11,003 | 11,003 |
| | 7,044 | 7,044 | 7,044 | 84,524 | | 7,044 | 7,044 | 7,044 | 7,044 |
| | 1,000 | 1,000 | 1,000 | 7,500 | | 1,000 | 1,000 | 1,000 | 1,000 |
| | 1,791 | 1,791 | 1,791 | 19,506 | | 1,791 | 1,791 | 1,791 | 1,791 |
| | | | | - | | | | | |
| | - | - | - | 16,665 | | - | - | - | - |
| | - | - | | | | | | | |
| | 20,838 | 20,838 | 20,838 | 260,234 | | 20,838 | 20,838 | 20,838 | 20,838 |
| | 1,154 | 1,154 | 1,154 | 13,848 | | 1,154 | 1,154 | 1,154 | 1,154 |
| | 1,243 | 1,243 | 1,243 | 14,916 | | 1,243 | 1,243 | 1,243 | 1,243 |
| | 1,137 | 1,137 | 1,137 | 13,643 | | 1,137 | 1,137 | 1,137 | 1,137 |
| | 12,368 | 11,993 | 8,584 | 123,449 | | 8,251 | 8,106 | 8,921 | 6,157 |
| | 245 | 245 | 245 | 2,938 | | 245 | 245 | 245 | 245 |
| | 16,147 | 15,772 | 12,363 | 168,794 | | 12,030 | 11,884 | 12,700 | 9,936 |
| | 1,080 | 1,080 | 1,080 | 12,957 | | 1,080 | 1,080 | 1,080 | 1,080 |
| | 10,028 | 9,724 | 6,960 | 100,094 | | 6,690 | 6,572 | 7,233 | 7,806 |
| | 6,231 | 6,231 | 6,231 | 74,770 | | 6,231 | 6,231 | 6,231 | 6,231 |
| | | | | - | | | | | |
| | 491 | 491 | 491 | 5,891 | | 491 | 491 | 491 | 491 |
| | | | | - | | | | | |
| | | | | - | | | | | |
| | 1,072 | 1,072 | 1,072 | 12,868 | | 1,072 | 1,072 | 1,072 | 1,072 |
| | 4,000 | 4,000 | 4,000 | 45,000 | | 4,000 | 4,000 | 4,000 | 4,000 |
| | | | | - | | 3,500 | 3,500 | 3,500 | 3,500 |
| | 22,902 | 22,598 | 19,834 | 251,580 | | 23,064 | 22,946 | 23,607 | 24,180 |
| | 59,886 | 59,208 | 53,035 | 680,608 | | 55,932 | 55,668 | 57,145 | 54,953 |

EXHIBIT _C_
Page _7_ Of _20_

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| MAY 2018 | JUN 2018 | JUL 2018 | AUG 2018 | SEP 2018 | OCT 2018 | NOV 2018 | DEC 2018 | YTD 2018 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | - |
| 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 132,039 |
| 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 84,524 |
| 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,250 | 1,250 | 1,250 | 12,750 |
| 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 21,492 |
| | | | | | | | | - |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 20,838 | 20,838 | 20,838 | 20,838 | 20,838 | 21,088 | 21,088 | 21,088 | 250,805 |
| 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 13,848 |
| 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 14,916 |
| 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 13,643 |
| 6,157 | 6,157 | | | | | | | 43,749 |
| 245 | 245 | 245 | 245 | 245 | 245 | 245 | 245 | 2,938 |
| 9,936 | 9,936 | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 | 89,094 |
| 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 12,957 |
| 8,749 | 9,659 | 9,603 | 10,210 | 10,529 | 10,529 | 10,210 | 7,308 | 105,099 |
| 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 74,770 |
| | | | | | | | | - |
| 491 | 491 | 491 | 491 | 491 | 491 | 491 | 491 | 5,891 |
| | | | | | | | | - |
| | | | | | | | | - |
| 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 12,868 |
| 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 48,000 |
| 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 42,000 |
| 25,123 | 26,032 | 25,977 | 26,584 | 26,903 | 26,903 | 26,584 | 23,682 | 301,585 |
| 55,896 | 56,806 | 50,593 | 51,201 | 51,520 | 51,770 | 51,451 | 48,549 | 641,484 |

EXHIBIT C
Page 8 Of 20

Case 14-63530-fra11   Doc 221   Filed 08/18/15



| | JAN 2019 | FEB 2019 | MAR 2019 | APR 2019 | MAY 2019 | JUN 2019 | JUL 2019 | AUG 2019 |
|---|---|---|---|---|---|---|---|---|
| | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 |
| | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 |
| | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 |
| | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | 21,088 | 21,088 | 21,088 | 21,088 | 21,088 | 21,088 | 21,088 | 21,088 |
| | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 |
| | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 |
| | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 |
| | 245 | 245 | 245 | 245 | 245 | 245 | 245 | 245 |
| | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 |
| | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| | 7,025 | 6,901 | 7,595 | 8,196 | 9,186 | 10,141 | 10,083 | 10,721 |
| | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 |
| | 491 | 491 | 491 | 491 | 491 | 491 | 491 | 491 |
| | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 |
| | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| | 23,398 | 23,275 | 23,969 | 24,570 | 25,560 | 26,515 | 26,457 | 27,095 |
| | 48,265 | 48,141 | 48,835 | 49,437 | 50,427 | 51,382 | 51,323 | 51,961 |


EXHIBIT _C_
Page _9_ Of _20_

| SEP 2019 | OCT 2019 | NOV 2019 | DEC 2019 | YTD 2019 | | JAN 2020 | FEB 2020 | MAR 2020 |
|---|---|---|---|---|---|---|---|---|
| | | | | - | | | | |
| 11,003 | 11,003 | 11,003 | 11,003 | 132,039 | | 11,003 | 11,003 | 11,003 |
| 7,044 | | | | 63,393 | | | | |
| 1,250 | 1,500 | 1,500 | 1,500 | 15,750 | | 1,500 | 1,500 | 1,500 |
| 1,791 | 1,791 | 1,791 | 1,791 | 21,492 | | 1,791 | 1,791 | 1,791 |
| | | | | - | | | | |
| - | - | - | - | - | | - | - | - |
| - | - | - | - | - | | | | |
| 21,088 | 14,294 | 14,294 | 14,294 | 232,674 | | 14,294 | 14,294 | 14,294 |
| 1,154 | | | | 10,386 | | | | |
| | | | | 9,944 | | | | |
| 1,137 | 1,137 | | | 11,369 | | | | |
| 245 | 245 | 245 | | 2,693 | | | | |
| 2,536 | 1,382 | 245 | - | 34,392 | | - | - | - |
| 1,080 | 1,080 | 1,080 | 1,080 | 12,957 | | 1,080 | 1,080 | 1,080 |
| 11,056 | 11,056 | 10,721 | 7,674 | 110,354 | | 1,655 | | |
| 6,231 | 6,231 | 6,231 | 6,231 | 74,770 | | 6,231 | 6,231 | 6,231 |
| | | | | - | | | | |
| 491 | 491 | 491 | 491 | 5,891 | | 491 | 491 | 491 |
| | | | | - | | | | |
| | | | | - | | | | |
| 1,072 | 1,072 | 1,072 | 1,072 | 12,868 | | 1,072 | 1,072 | 1,072 |
| 4,000 | 4,000 | 4,000 | 4,000 | 48,000 | | 4,000 | 4,000 | 4,000 |
| 3,500 | 3,500 | 3,500 | 3,500 | 42,000 | | 3,500 | 3,500 | 3,500 |
| 27,430 | 27,430 | 27,095 | 24,047 | 306,840 | | 18,029 | 16,374 | 16,374 |
| 51,053 | 43,106 | 41,634 | 38,342 | 573,906 | | 32,323 | 30,668 | 30,668 |

EXHIBIT C

Page 16 Of 20

| | APR 2020 | MAY 2020 | JUN 2020 | JUL 2020 | AUG 2020 | SEP 2020 | OCT 2020 | NOV 2020 | DEC 2020 |
|---|---|---|---|---|---|---|---|---|---|
| | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | | | |
| | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 2,500 | 2,500 | 2,500 |
| | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 199,922 | | |
| | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| | 14,294 | 14,294 | 14,294 | 14,294 | 14,294 | 14,294 | 202,422 | 2,500 | 2,500 |

| | APR 2020 | MAY 2020 | JUN 2020 | JUL 2020 | AUG 2020 | SEP 2020 | OCT 2020 | NOV 2020 | DEC 2020 |
|---|---|---|---|---|---|---|---|---|---|
| | - | - | - | - | - | - | - | - | - |
| | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 |
| | 491 | 491 | 491 | 491 | 491 | 491 | 491 | | |
| | | | | | | | 4,683 | 4,683 | 4,683 |
| | | | | | | | 1,048 | 1,048 | 1,048 |
| | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | | | |
| | 4,000 | 4,000 | 4,000 | 4,000 | 2,239 | | | | |
| | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 4,209 |
| | 16,374 | 16,374 | 16,374 | 16,374 | 14,613 | 12,374 | 17,032 | 16,541 | 17,250 |
| | 30,668 | 30,668 | 30,668 | 30,668 | 28,907 | 26,668 | 219,455 | 19,041 | 19,750 |

EXHIBIT _C_

Page _11_ Of _20_

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| YTD 2020 | JAN 2021 | FEB 2021 | MAR 2021 | APR 2021 | MAY 2021 | JUN 2021 | JUL 2021 |
|---|---|---|---|---|---|---|---|
| - | | | | | | | |
| 99,030 | | | | | | | |
| - | | | | | | | |
| 21,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| 216,041 | | | | | | | |
| - | | | | | | | |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| 336,071 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| - | | | | | | | |
| - | | | | | | | |
| - | | | | | | | |
| - | | | | | | | |
| - | | | | | | | |
| - | - | - | - | - | - | - | - |
| 12,957 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| 1,655 | | | | | | | |
| 74,770 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 |
| - | | | | | | | |
| 4,909 | | | | | | | |
| 14,048 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 |
| 3,144 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 |
| 9,651 | | | | | | | |
| 30,239 | | | | | | | |
| 42,709 | | | | | | | |
| 194,082 | 13,041 | 13,041 | 13,041 | 13,041 | 13,041 | 13,041 | 13,041 |
| 530,153 | 15,541 | 15,541 | 15,541 | 15,541 | 15,541 | 15,541 | 15,541 |

EXHIBIT _C_
Page _12_ Of _20_

Case 14-63530-fra11    Doc 221    Filed 08/18/15



| | AUG 2021 | SEP 2021 | OCT 2021 | NOV 2021 | DEC 2021 | YTD 2021 | | JAN 2022 | FEB 2022 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | - | | | |
| | | | | | | - | | | |
| | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 | | 2,500 | 2,500 |
| | | | | | | - | | | |
| | | | | | | - | | | |
| | - | - | - | - | - | - | | - | - |
| | - | - | - | - | - | - | | - | - |
| | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 | | 2,500 | 2,500 |
| | | | | | | - | | | |
| | | | | | | - | | | |
| | | | | | | - | | | |
| | | | | | | - | | | |
| | - | - | - | - | - | - | | - | - |
| | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 12,957 | | 1,080 | 1,080 |
| | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 74,770 | | 6,231 | 6,231 |
| | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 56,193 | | 4,683 | 4,683 |
| | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 12,574 | | 1,048 | 1,048 |
| | 13,041 | 13,041 | 13,041 | 13,041 | 13,041 | 156,494 | | 13,041 | 13,041 |
| | 15,541 | 15,541 | 15,541 | 15,541 | 15,541 | 186,494 | | 15,541 | 15,541 |

EXHIBIT _C_

Page _13_ Of _21_

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| MAR 2022 | APR 2022 | MAY 2022 | JUN 2022 | JUL 2022 | AUG 2022 | SEP 2022 | OCT 2022 | NOV 2022 |
|---|---|---|---|---|---|---|---|---|
| 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| - | - | | | | | | | |
| - | - | | | | | | | |
| 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| - | - | - | - | - | - | - | - | - |
| 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| 6,231 | 6,231 | 6,231 | 8,895 | | | | | |
| 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 |
| 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 |
| 13,041 | 13,041 | 13,041 | 15,705 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |
| 15,541 | 15,541 | 15,541 | 18,205 | 9,310 | 9,310 | 9,310 | 9,310 | 9,310 |

EXHIBIT C
Page 14 Of 20

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| | DEC 2022 | YTD 2022 | | JAN 2023 | FEB 2023 | MAR 2023 | APR 2023 | MAY 2023 | JUN 2023 |
|---|---|---|---|---|---|---|---|---|---|
| | | - | | | | | | | |
| | | - | | | | | | | |
| | 2,500 | 30,000 | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | 2,500 | 30,000 | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | - | - | | - | - | - | - | - | - |
| | 1,080 | 12,957 | | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| | | 40,049 | | | | | | | |
| | 4,683 | 56,193 | | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 |
| | 1,048 | 12,574 | | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 |
| | 6,810 | 121,773 | | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |
| | 9,310 | 151,773 | | 9,310 | 9,310 | 9,310 | 9,310 | 9,310 | 9,310 |

EXHIBIT *C*
Page 15 Of 20

| | JUL 2023 | AUG 2023 | SEP 2023 | OCT 2023 | NOV 2023 | DEC 2023 | YTD 2023 | | JAN 2024 |
|---|---|---|---|---|---|---|---|---|---|
| | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 | | 2,500 |
| | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 | | 2,500 |
| | - | - | - | - | - | - | - | | - |
| | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 12,957 | | 1,080 |
| | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 56,193 | | 4,683 |
| | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 12,574 | | 1,048 |
| | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 81,724 | | 6,810 |
| | 9,310 | 9,310 | 9,310 | 9,310 | 9,310 | 9,310 | 111,724 | | 9,310 |

EXHIBIT _____ C
Page ___16___ Of _20_



| FEB 2024 | MAR 2024 | APR 2024 | MAY 2024 | JUN 2024 | JUL 2024 | AUG 2024 | SEP 2024 | OCT 2024 |
|---|---|---|---|---|---|---|---|---|
| 2,500 | 2,500 | 653 | | | | | | |
| 2,500 | 2,500 | 653 | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 |
| 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 |
| 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |
| 9,310 | 9,310 | 7,463 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |

EXHIBIT C
Page 17 Of 20

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| NOV 2024 | DEC 2024 | YTD 2024 | | JAN 2025 | FEB 2025 | MAR 2025 | APR 2025 | MAY 2025 |
|---|---|---|---|---|---|---|---|---|
| | | 8,153 | | | | | | |
| - | - | 8,153 | | - | - | - | - | - |
| - | - | - | | - | - | - | - | - |
| 1,080 | 1,080 | 12,957 | | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| 4,683 | 4,683 | 56,193 | | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 |
| 1,048 | 1,048 | 12,574 | | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 |
| 6,810 | 6,810 | 81,724 | | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |
| 6,810 | 6,810 | 89,877 | | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |

EXHIBIT _C_
Page _18_ Of _26_

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| | JUN 2025 | JUL 2025 | AUG 2025 | SEP 2025 | OCT 2025 | NOV 2025 | DEC 2025 | YTD 2025 |
|---|---|---|---|---|---|---|---|---|
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | 1,080 | 1,279 | | | | | | 7,757 |
| | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | | | 46,827 |
| | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | | | 10,479 |
| | 6,810 | 7,009 | 5,731 | 5,731 | 5,731 | - | - | 65,063 |
| | 6,810 | 7,009 | 5,731 | 5,731 | 5,731 | - | - | 65,063 |

EXHIBIT _C_
Page _19_ Of _20_

| Total<br>Paid<br>To-Date | | |
|---|---|---|
| 1,781,888 | | |
| 660,197 | 660,197 | |
| 356,094 | | |
| 162,153 | 161,170 | 983.44 |
| 295,466 | | |
| 868,369 | | |
| 660,000 | | |
| 350,000 | | - |
| 124,167 | | |
| 55,392 | | |
| 58,421 | | |
| 55,708 | | |
| 344,052 | | |
| 11,752 | | |
| 125,451 | | |
| 427,427 | (3,120) | |
| 494,900 | | (27,340) |
| 7,806 | | |
| 30,436 | | |
| 285,646 | | |
| 63,920 | | |
| 62,195 | | |
| - | | |
| 250,000 | - | |
| 126,709 | | |
| 7,658,150 | | |

EXHIBIT  *C*
Page 20 Of 20

Case 14-63530-fra11    Doc 221    Filed 08/18/15

Case 14-63530-fra11    Doc 221    Filed 08/18/15

# Valley Rolling Corporation
## Operating Forecast
### 2013

| Description | JAN 2013 Actual | FEB 2013 Actual | MAR 2013 Actual | APR 2013 Actual | MAY 2013 Actual | JUN 2013 Actual | JUL 2013 Actual | AUG 2013 Actual | SEP 2013 Actual | OCT 2013 Actual | NOV 2013 Actual | DEC 2013 Actual | YTD Total | YTD % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Material Sales | 508,327 | 428,129 | 459,899 | 613,232 | 610,124 | 744,365 | 650,590 | 734,325 | 847,033 | 756,417 | 592,790 | 540,919 | 7,486,149 | 101.2% |
| Labor/Handling Charges | 1,503 | 1,345 | 903 | 2,242 | 2,615 | 600 | 2,202 | 2,770 | 3,383 | 4,323 | 2,184 | 2,112 | 32,677 | 0.4% |
| Freight & Pkg. Revenue | 4,156 | 4,636 | 8,797 | 12,224 | 9,489 | 10,111 | 10,764 | 10,764 | 6,728 | 6,728 | 6,837 | 11,623 | 96,749 | 1.3% |
| Common Carrier Revenue | 117 | 60 | 119 | 100 | 178 | 2,369 | 131 | 80 | 55 | 121 | 120 | 3,137 | 3,137 | 0.0% |
| Multi-Bldg Item Category Discount | 16 | 121 | 463 | 51 | 129 | 129 | 59 | 55 | 95 | 1,290 | 29 | 7 | 1,138 | 0.0% |
| Discounts Allowed | (15,424) | (13,781) | (14,388) | (18,801) | (18,709) | (21,610) | (26,627) | (19,112) | (19,324) | (27,452) | (20,736) | (20,033) | (223,997) | -3.0% |
| **Total Sales** | 497,776 | 419,952 | 454,859 | 608,824 | 603,188 | 735,663 | 630,668 | 728,412 | 834,925 | 739,638 | 583,512 | 558,445 | 7,395,852 | 100.0% |
| *%* | 6.7% | 5.7% | 6.2% | 8.2% | 8.2% | 9.9% | 8.5% | 9.8% | 11.3% | 10.0% | 7.9% | 7.6% | | 100.0% |
| **Cost of Sales** | | | | | | | | | | | | | | |
| Materials | 347,658 | 316,525 | 363,291 | 445,186 | 420,350 | 524,161 | 456,845 | 519,847 | 603,155 | 525,643 | 410,273 | 381,489 | 5,314,422 | 71.9% |
| Scrap | (732) | 283 | (940) | (898) | — | 2,024 | 2,274 | 1,178 | 1,178 | (682) | 559 | 559 | 3,082 | 0.0% |
| Freight In | (433) | — | — | 25 | — | (200) | — | — | 13,000 | — | 1,300 | — | 13,426 | 0.2% |
| **Total Material Costs** | 346,493 | 316,808 | 362,350 | 444,313 | 420,350 | 525,985 | 459,119 | 519,597 | 617,333 | 524,960 | 411,573 | 382,048 | 5,330,930 | 72.1% |
| *%* | 69.6% | 75.4% | 79.7% | 73.0% | 69.7% | 71.5% | 72.8% | 71.3% | 73.9% | 71.0% | 70.5% | 68.4% | | 72.1% |
| **Delivery Expenses** | | | | | | | | | | | | | | |
| Wages/Labor | 14,578 | 15,188 | 23,026 | 20,076 | 19,307 | 24,906 | 17,524 | 22,491 | 20,593 | 20,440 | 20,830 | 14,431 | 233,388 | 3.2% |
| Independent Contractor/Driver | — | — | — | — | — | — | — | — | — | — | 500 | — | 500 | 0.0% |
| Fringe Benefits | 4,225 | 4,225 | 5,436 | 6,647 | 4,761 | 5,413 | 5,921 | 4,711 | 4,711 | 3,688 | 3,688 | 3,688 | 57,113 | 0.8% |
| Truck Driver Expense | 253 | 522 | 522 | 1,653 | 494 | 2,460 | 300 | 1,444 | 2,026 | 880 | 522 | 522 | 14,233 | 0.2% |
| Cellular Phone /Truck | 117 | 60 | 119 | 119 | 178 | 131 | 131 | 119 | 95 | 121 | 120 | 177 | 1,488 | 0.0% |
| Truck Expense | 16 | 121 | 463 | 51 | 59 | 129 | 59 | 80 | 55 | 121 | 29 | 569 | 2,834 | 0.0% |
| Truck Tracking | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 4,044 | 0.1% |
| Truck Lease | 8,436 | 11,442 | 10,557 | 8,436 | 10,733 | 13,339 | 11,053 | 8,505 | 10,582 | 10,345 | 12,585 | 7,255 | 123,267 | 1.7% |
| Trailer Expense | 123 | 443 | (21) | 193 | — | 3,454 | 4,114 | 2,767 | 222 | 1,292 | 2,275 | 49 | 3,081 | 0.0% |
| Gas/Fuel | 9,343 | 11,567 | 8,992 | 13,980 | 12,833 | 13,999 | 9,706 | 12,392 | 12,710 | 12,978 | 7,791 | 10,123 | 136,414 | 1.8% |
| Gas/Fuel (Pickup) | 1,060 | 1,065 | 243 | 473 | 652 | 1,352 | 876 | 1,037 | 222 | 2,620 | 2,275 | 14,910 | 14,910 | 0.2% |
| Pickup Expense | 973 | 393 | 11 | 277 | (133) | 24 | 51 | 14 | 818 | 2,620 | 1,921 | 4,081 | 17,239 | 0.2% |
| H/wy. & Fuel Tax (ODOT Fees) | 3,238 | 2,675 | 2,449 | 2,601 | 3,909 | 4,326 | 3,291 | 3,707 | 2,945 | 3,571 | 5,638 | 5,477 | 43,826 | 0.6% |
| Freight Expense (Outgoing) | 1,012 | 633 | 504 | 1,022 | 522 | 818 | 970 | 589 | 147 | 1,371 | 664 | 1,501 | 9,753 | 0.1% |
| **Total Delivery Expense** | 43,710 | 48,670 | 52,118 | 55,864 | 53,593 | 70,688 | 54,333 | 58,191 | 57,101 | 59,548 | 56,898 | 51,377 | 662,091 | 9.0% |
| *%* | 8.8% | 11.6% | 11.5% | 9.2% | 8.9% | 9.6% | 8.6% | 8.0% | 6.8% | 8.1% | 9.8% | 9.2% | | 9.0% |
| **Manufacturing Expenses** | | | | | | | | | | | | | | |
| Propane | 99 | 523 | 189 | 561 | 519 | 390 | 416 | (22) | 802 | 450 | 950 | 418 | 5,293 | 0.1% |
| Wages/Labor | 9,148 | 10,081 | 13,518 | 9,755 | 17,091 | 12,408 | 13,138 | 18,380 | 16,678 | 18,565 | 18,093 | 20,012 | 176,867 | 2.4% |
| Fringe Benefits | 5,776 | 5,776 | 5,776 | 4,376 | 4,225 | 4,225 | 4,225 | 4,225 | 4,225 | 4,225 | 4,225 | 4,425 | 55,705 | 0.8% |
| Payroll Taxes | 5,198 | 5,198 | 6,069 | 6,745 | 6,745 | 7,542 | 5,368 | 6,644 | 5,983 | 6,126 | 5,918 | 4,990 | 70,731 | 1.0% |
| Workers Comp | 4,794 | 633 | 633 | 316 | 633 | 633 | 633 | 1,100 | 633 | 633 | 1,300 | 200 | 7,349 | 0.1% |
| Supplies | — | — | — | — | — | 59 | — | — | — | — | — | — | 73 | 0.0% |
| Packaging | 3,488 | (437) | 1,904 | 2,254 | 1,288 | 665 | 3,498 | 3,612 | 454 | 2,889 | 2,807 | (1,120) | 21,302 | 0.3% |
| Health & Safety | 337 | 542 | — | 76 | 95 | — | — | — | — | 84 | 7 | 235 | 1,369 | 0.0% |
| Power & Electricity | 1,032 | 1,058 | 1,030 | 1,016 | 1,044 | 1,156 | 1,098 | 1,204 | 1,136 | 1,204 | 1,114 | 1,062 | 13,220 | 0.2% |
| Water & Sewer | (294) | 98 | 120 | (850) | 120 | 120 | (144) | 250 | 125 | 128 | 125 | 125 | 893 | 0.0% |
| Garbage | — | 240 | 184 | 104 | — | 899 | 180 | 180 | 180 | 180 | 180 | 180 | 1,128 | 0.0% |
| Gas | 297 | 240 | 184 | 104 | 71 | 2 | 22 | 17 | 16 | 16 | 41 | 236 | 1,245 | 0.0% |
| Maintenance | (129) | 1,765 | 529 | 1,688 | 670 | 492 | 140 | 222 | 5 | 4,334 | 218 | 632 | 10,565 | 0.1% |

# Valley Rolling Corporation
## Operating Forecast 2013

| Description | JAN 2013 Actual | FEB 2013 Actual | MAR 2013 Actual | APR 2013 Actual | MAY 2013 Actual | JUN 2013 Actual | JUL 2013 Actual | AUG 2013 Actual | SEP 2013 Actual | OCT 2013 Actual | NOV 2013 Actual | DEC 2013 Actual | YTD Total | YTD % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shop Tools | 17 | – | 42 | – | 147 | 18 | 171 | 117 | – | 82 | 56 | 122 | 772 | 0.0% |
| Rent | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 300,000 | 4.1% |
| Misc. Mfg. Expense | 423 | 839 | 1,175 | 890 | 684 | 340 | 340 | 487 | 371 | (261) | 424 | 514 | 6,228 | 0.1% |
| Insurance | 4,626 | 4,626 | 4,626 | 9,280 | – | – | – | 4,099 | 4,291 | 3,480 | 3,576 | 3,302 | 41,906 | 0.6% |
| Property Taxes | – | – | – | – | 3,311 | – | – | – | 4,000 | 5,357 | 4,339 | 4,562 | 21,569 | 0.3% |
| Depreciation | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 1,667 | 0.0% |
| **Total Manufacturing Expense** | 54,752 | 56,081 | 60,934 | 60,081 | 61,783 | 54,089 | 54,224 | 65,720 | 64,038 | 72,631 | 68,513 | 65,038 | 737,883 | 10.0% |
| (%) | 11.0% | 13.4% | 13.4% | 9.9% | 10.2% | 7.4% | 8.6% | 9.0% | 7.7% | 9.8% | 11.7% | 11.6% | | 10.0% |
| **Total Cost of Goods Sold** | 444,955 | 431,558 | 475,402 | 560,258 | 535,725 | 650,762 | 567,676 | 643,508 | 738,472 | 657,140 | 536,984 | 498,463 | 6,730,904 | 91.0% |
| (%) | 89.4% | 100.4% | 104.5% | 92.0% | 88.8% | 88.5% | 90.0% | 88.3% | 88.4% | 88.8% | 92.0% | 89.3% | | 91.0% |
| **Gross Profit** | 52,820 | (1,606) | (20,544) | 48,556 | 67,463 | 84,901 | 62,992 | 84,904 | 96,453 | 82,498 | 46,528 | 59,982 | 664,949 | 9.0% |
| (%) | 10.6% | -0.4% | -4.5% | 8.0% | 11.2% | 11.5% | 10.0% | 11.7% | 11.6% | 11.2% | 8.0% | 10.7% | | 9.0% |
| **Selling Expense** | | | | | | | | | | | | | | |
| Fringe Benefits | – | – | – | – | – | – | – | – | – | – | – | – | 672 | 0.0% |
| Advertising | 370 | 298 | 2,800 | 623 | 3,441 | 2,480 | 2,446 | 508 | 1,178 | – | 119 | 747 | 15,011 | 0.2% |
| Travel - Car | – | 982 | 323 | 1,777 | 1,007 | 812 | 806 | 347 | 595 | 86 | 1,295 | 1,767 | 9,797 | 0.1% |
| Meals & Entertainment | – | – | – | 96 | – | – | – | – | 26 | – | – | – | 122 | 0.0% |
| Travel - Hotel & Air | – | – | – | 275 | – | – | – | – | – | – | – | – | 504 | 0.0% |
| Cellular Phone - Sales | 57 | 99 | 29 | 24 | – | – | – | – | – | – | 32 | – | 242 | 0.0% |
| **Total Selling Expense** | 427 | 1,379 | 3,152 | 2,794 | 4,613 | 3,435 | 3,264 | 868 | 1,811 | 98 | 1,457 | 3,049 | 26,348 | 0.4% |
| (%) | 0.1% | 0.3% | 0.7% | 0.5% | 0.8% | 0.5% | 0.5% | 0.1% | 0.2% | 0.0% | 0.2% | 0.5% | | 0.4% |
| **Administrative Exps.** | | | | | | | | | | | | | | |
| Wages & Salaries | 17,248 | 18,418 | 16,603 | 16,604 | 29,305 | 27,580 | 20,551 | 24,914 | 22,688 | 25,030 | 25,525 | 19,452 | 263,916 | 3.6% |
| Fringe Benefits | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 71,661 | 1.0% |
| Travel - Car | – | – | – | – | – | – | – | – | – | – | – | – | | |
| Meals & Entertainment | – | – | – | 54 | – | 55 | – | – | – | – | – | – | | |
| Sales Commission | – | – | – | 1,000 | – | – | – | – | – | – | 209 | 185 | 1,000 | 0.0% |
| Office Expenses | 641 | 319 | 81 | 1,017 | 709 | 984 | 729 | 624 | 1,759 | 1,943 | 129 | 933 | 9,867 | 0.1% |
| Misc. Expenses | – | 3,000 | 600 | – | – | – | – | – | – | – | – | – | 600 | 0.0% |
| Accounting Fees | – | 3,000 | 600 | 4,950 | – | – | 4,550 | – | – | – | – | – | 12,500 | 0.2% |
| Legal Fees | – | – | – | – | – | 505 | – | – | 1,348 | – | – | – | 1,901 | 0.0% |
| Collection Expense | – | – | – | – | (33) | 14 | – | – | – | – | – | 81 | 14 | 0.0% |
| Com/Software Support/Data/Web | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 8,640 | 0.1% |
| Telephone/Admin | 666 | 637 | 666 | 654 | 691 | 672 | 668 | 689 | 703 | 712 | 721 | 699 | 8,179 | 0.1% |
| Cellular Phone/Admin (Prod) | 252 | – | 221 | 223 | 880 | 441 | 208 | 439 | 441 | 427 | 427 | 387 | 4,344 | 0.1% |
| Postage | 577 | – | – | 410 | 200 | – | 210 | – | – | 400 | 190 | 100 | 2,433 | 0.0% |
| Data Processing Supplies | 136 | 135 | 136 | – | (786) | – | 210 | 210 | 136 | 464 | – | 272 | 2,515 | 0.0% |
| Dues & Subscriptions | 440 | 20 | – | – | – | – | 1,350 | – | 162 | 40 | 375 | 40 | 1,326 | 0.0% |
| Health/Safety/Emp. Incentive | 467 | – | 725 | 1,018 | 925 | – | 330 | – | 971 | – | – | 968 | 4,828 | 0.1% |
| Licenses/Permits | – | – | – | – | 286 | – | 479 | – | – | 136 | – | – | 422 | 0.0% |
| Officers Life Insurance | – | – | – | – | – | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 436 | 0.0% |
| Service Contracts (Copier, Etc.) | – | – | – | – | – | – | – | – | 3,949 | – | – | 1,400 | 5,349 | 0.1% |

Valley Rolling Corporation
Operating Forecast
2013

| Description | JAN 2013 Actual | FEB 2013 Actual | MAR 2013 Actual | APR 2013 Actual | MAY 2013 Actual | JUN 2013 Actual | JUL 2013 Actual | AUG 2013 Actual | SEP 2013 Actual | OCT 2013 Actual | NOV 2013 Actual | DEC 2013 Actual | YTD Total | YTD % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lease/Copier | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 485 | 10,055 | 0.1% |
| Security Monitoring | 165 | 165 | - | - | 165 | 965 | - | 165 | - | - | 165 | 165 | 1,625 | 0.0% |
| Telephone Sys. Lease (ESI 100) | 494 | 996 | 494 | 494 | 494 | 494 | 494 | 494 | 494 | 494 | 494 | 494 | 6,428 | 0.1% |
| Outside Services | 3,250 | 3,250 | 1,920 | 1,920 | 2,800 | 2,860 | 2,870 | 1,340 | 885 | 2,580 | 2,040 | 220 | 24,015 | 0.3% |
| Amortization Expense | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 2,316 | 0.0% |
| **Total Administrative Exps.** | 28,676 | 34,693 | 30,531 | 36,100 | 43,391 | 42,387 | 40,256 | 36,481 | 41,563 | 40,042 | 37,927 | 32,827 | 444,874 | 6.0% |
| *(% )* | 5.8% | 8.3% | 6.7% | 5.9% | 7.2% | 5.8% | 6.4% | 5.0% | 5.0% | 5.4% | 6.5% | 5.9% | | 6.0% |
| **Other (Income) Exp.** | | | | | | | | | | | | | | |
| Bad Debts | - | - | - | - | - | - | - | - | - | 11,485 | - | - | 11,485 | 0.2% |
| Bank Charges | 1,793 | 1,603 | 1,405 | 1,201 | 1,290 | 1,315 | 1,797 | 181 | 1,855 | 1,013 | 431 | 51 | 13,935 | 0.2% |
| Finance Charges | 387 | 4,156 | 937 | 13,526 | 8,892 | 5,792 | 4,538 | 333 | 4,162 | 9,960 | 28 | 7,837 | 60,547 | 0.8% |
| Discounts Earned | (11) | (35) | (36) | (70) | (22) | (23) | (14) | (46) | (83) | (227) | (149) | (20) | (734) | 0.0% |
| Interest Expense | 4,365 | 2,124 | 1,924 | 6,276 | 1,931 | 19,836 | 2,213 | 4,770 | 3,643 | 4,779 | 4,766 | 4,516 | 61,144 | 0.8% |
| Commitment Fees | | | | | | | | | | | | | | 0.0% |
| Vendor Rebate | | (3,014) | | | | | | | | | | | (3,014) | 0.0% |
| Interest Income | | | (7,233) | | | | | | | | | | | 0.0% |
| Placeholder/(Suspense) | | | | | | | - | (0) | - | - | - | - | (0) | 0.0% |
| **Total Other (Income) Expense** | 6,985 | 11,618 | (3,003) | 20,934 | 12,092 | 26,921 | 8,533 | 5,238 | 9,576 | 27,011 | 5,075 | 12,384 | 143,364 | 1.9% |
| *(% )* | 1.4% | 2.8% | -0.7% | 3.4% | 2.0% | 3.7% | 1.4% | 0.7% | 1.1% | 3.7% | 0.9% | 2.2% | | 1.9% |
| **Total S+G+A+O Expense** | 36,089 | 47,690 | 30,680 | 59,828 | 60,096 | 72,743 | 52,053 | 42,587 | 52,950 | 67,152 | 44,459 | 48,260 | 614,586 | 8.3% |
| *(% )* | 7.2% | 11.4% | 6.7% | 9.8% | 10.0% | 9.9% | 8.3% | 5.8% | 6.3% | 9.1% | 7.6% | 8.6% | | 8.3% |
| **Net Income** | 16,732 | (49,296) | (51,223) | (11,272) | 7,367 | 12,159 | 10,939 | 42,317 | 43,503 | 15,346 | 2,069 | 11,722 | 50,363 | 0.7% |
| *(% )* | 3.4% | -11.7% | -11.3% | -1.9% | 1.2% | 1.7% | 1.7% | 5.8% | 5.2% | 2.1% | 0.4% | 2.1% | | 0.7% |

| _(Description_) | _(JAN_) 2014 (Actual_) | _(FEB_) 2014 (Actual_) | _(MAR_) 2014 (Actual_) | _(APR_) 2014 (Actual_) | _(MAY_) 2014 (Actual_) | _(JUN_) 2014 (Actual_) | _(JUL_) 2014 (Actual_) | _(AUG_) 2014 (Actual_) |
|---|---|---|---|---|---|---|---|---|
| _(Material Sales_) | 524,191 | 429,231 | 538,174 | 583,034 | 647,391 | 728,200 | 704,781 | 834,072 |
| _(Labor/Handling Charges_) | 75 | 100 | 195 | 100 | 25 | (150) | - | 15 |
| _(Freight & Pkg. Revenue_) | 1,903 | 4,298 | 1,465 | 1,870 | 2,125 | 1,792 | 1,230 | 1,801 |
| _(Common Carrier Revenue_) | 4,076 | 8,483 | 9,646 | 11,311 | 4,011 | 12,733 | 6,815 | 13,284 |
| _(Multi-Bldg Item Category Discount_) | | | | (935) | (986) | | | |
| _(Discounts Allowed_) | (11,388) | (10,315) | (16,146) | (11,679) | (26,120) | (27,196) | (34,006) | (32,416) |
| _(Total Sales_) | 518,856 | 431,798 | 533,334 | 583,701 | 626,446 | 715,379 | 678,820 | 816,756 |
| | | | | | | | | |
| _(Cost of Sales_) | 0.68 | 0.70 | 0.70 | 0.70 | 0.69 | 0.70 | 0.70 | 0.69 |
| _(Materials_) | 356,873 | 299,907 | 374,288 | 409,823 | 447,909 | 510,023 | 492,261 | 576,719 |
| _(Scrap_) | 651 | 577 | (2,403) | 1,961 | 1,880 | (34) | 135 | (866) |
| _(Freight In_) | 1,302 | 2,743 | 12 | 4,192 | - | 1,074 | - | 10 |
| _(Total Material Costs_) | 358,826 | 303,227 | 371,897 | 415,975 | 449,789 | 511,063 | 492,396 | 575,863 |
| _(Gross Profit_) | 160,030 | 128,570 | 161,437 | 167,726 | 176,656 | 204,316 | 186,424 | 240,893 |
| | 30.8% | 29.8% | 30.3% | 28.7% | 28.2% | 28.6% | 27.5% | 29.5% |
| | | | | | | | | |
| _(Manufacturing Expenses_) | | | | | | | | |
| _(Propane_) | 454 | 412 | 30 | 1,018 | 529 | 445 | 269 | 727 |
| _(Wages/Labor_) | 15,355 | 12,840 | 15,955 | 14,477 | 20,180 | 13,932 | 14,175 | 22,034 |
| _(Fringe Benefits_) | 4,485 | 4,485 | 4,485 | 4,485 | 4,485 | 4,485 | 4,485 | 4,485 |
| _(Payroll Taxes_) | 6,087 | 4,693 | 5,278 | 5,052 | 6,552 | 4,882 | 4,772 | 6,491 |
| _(Workers Comp_) | 1,500 | 7,510 | - | 1,730 | 3,083 | 2,940 | 2,227 | 1,500 |
| _(Supplies_) | 34 | - | 13 | | 65 | | | |
| _(Packaging_) | 5,949 | (5,725) | 5,574 | 2,748 | 308 | 3,509 | 1,148 | (1,051) |
| _(Health & Safety_) | 17 | 298 | 120 | 60 | 75 | | | |
| _(Power & Electricity_) | 1,109 | 1,119 | 1,066 | 1,092 | 1,071 | 1,125 | 1,295 | 1,206 |
| _(Water & Sewer_) | 128 | 128 | 125 | 128 | 128 | 125 | 125 | 125 |
| _(Garbage_) | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| _(Gas_) | 528 | 362 | 239 | 131 | 57 | 10 | 16 | 16 |
| _(Maintenance_) | 780 | 960 | 520 | 201 | 739 | 4,993 | 90 | 2,255 |
| _(Shop Tools_) | 149 | 125 | 35 | 142 | 113 | 35 | - | - |
| _(Misc. Mfg Expense_) | 445 | 440 | 542 | 548 | 228 | 329 | 269 | 269 |
| _(Insurance_) | 3,297 | 2,582 | 2,582 | 2,339 | 2,600 | 2,023 | 2,600 | 7,582 |
| _(Property Taxes_) | 4,339 | 4,339 | 4,339 | 4,000 | 4,000 | 4,000 | 4,339 | 4,339 |
| _(Total Manufacturing Expense_) | 44,836 | 34,747 | 41,082 | 38,325 | 44,393 | 43,014 | 35,990 | 45,158 |
| (% of Sales) | 8.6% | 8.0% | 7.7% | 6.6% | 7.1% | 6.0% | 5.3% | 5.5% |
| | | | | | | | | |
| _(Total Cost of Sales_) | 403,662 | 337,974 | 412,979 | 454,300 | 494,182 | 554,077 | 528,386 | 621,021 |
| | 77.8% | 78.3% | 77.4% | 77.8% | 78.9% | 77.5% | 77.8% | 76.0% |
| _(Gross Profit_) | 115,194 | 93,823 | 120,355 | 129,401 | 132,264 | 161,302 | 150,434 | 195,736 |
| | 22.2% | 21.7% | 22.6% | 22.2% | 21.3% | 22.5% | 22.2% | 24.0% |
| _(Selling Expense_) | | | | | | | | |
| _(Wages & Salaries_) | | | | | | | | 4,349 |
| _(Fringe Benefits_) | | | | | | | | |
| _(Advertising_) | 810 | 2,502 | 1,424 | 4,982 | 641 | 939 | 4,963 | 884 |
| _(Travel - Car_) | 341 | 1,284 | 1,206 | 360 | 732 | 381 | 796 | 476 |
| _(Meals & Entertainment_) | - | - | 58 | 54 | 90 | | | 37 |
| _(Travel - Hotel & Air_) | 453 | - | 168 | 694 | 96 | - | - | 1,344 |
| _(Cellular Phone - Sales_) | 12 | 12 | 12 | 51 | 53 | 53 | 54 | 106 |

EXHIBIT E
Page 4 Of 12

Laura L. Hagenauer
dba Valley Rolling Corporation
_(Post Petition Operating Forecast_)
2014-2015

| _(Description_) | _(JAN_) 2014 _(Actual_) | _(FEB_) 2014 _(Actual_) | _(MAR_) 2014 _(Actual_) | _(APR_) 2014 _(Actual_) | _(MAY_) 2014 _(Actual_) | _(JUN_) 2014 _(Actual_) | _(JUL_) 2014 _(Actual_) | _(AUG_) 2014 _(Actual_) |
|---|---|---|---|---|---|---|---|---|
| _(Total Selling Expense_) | 1,617 | 3,799 | 2,868 | 6,140 | 1,612 | 1,373 | 5,814 | 7,196 |
| | | | | | | | | |
| _(Administrative Expenses_) | | | | | | | | |
| _(Wages & Salaries_) | 20,083 | 16,579 | 21,351 | 21,451 | 27,706 | 21,180 | 22,444 | 24,007 |
| _(Fringe Benefits_) | 6,340 | 6,340 | 6,340 | 5,771 | 5,771 | 5,771 | 5,771 | 5,771 |
| _(Travel - Car_) | | | | | | | | |
| _(Meals & Entertainment_) | - | - | - | - | 47 | 156 | - | - |
| _(Office Expenses_) | 275 | 697 | 598 | 1,134 | 1,146 | 2,077 | 4,186 | 1,882 |
| _(Misc. Expenses_) | | | | | | | | |
| _(Professional_) | - | 1,882 | - | - | 5,726 | - | - | - |
| _(Collection Expense_) | - | - | - | - | - | 119 | - | - |
| _(Com/Software Support/Data/Web_) | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 |
| _(Telephone/Admin_) | 665 | 658 | 665 | 677 | 688 | 687 | 943 | 690 |
| _(Cellular Phone/Admin (Prod)_) | 387 | 440 | 260 | 209 | 385 | 385 | 758 | 397 |
| _(Postage_) | 268 | 10 | 268 | 156 | 156 | 156 | 156 | 156 |
| _(Data Processing Supplies_) | 1,350 | 235 | 325 | 376 | - | - | - | 332 |
| _(Dues & Subscriptions_) | 20 | 885 | 20 | - | 40 | 20 | - | 73 |
| _(Health/Safety/Emp. Incentive_) | - | 496 | 1,157 | 874 | 580 | 789 | - | 2,375 |
| _(Licenses/Permits_) | - | - | - | - | 86 | - | - | 86 |
| _(Officer's Life Insurance_) | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 |
| _(Service Contracts (Copier, Etc.)_) | - | - | - | - | - | - | 3,508 | - |
| _(Lease/Copier_) | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 870 |
| _(Security Monitoring_) | - | - | 165 | 965 | 165 | - | - | - |
| _(Telephone Sys. Lease (ES: 100)_) | 494 | 494 | 494 | 494 | 494 | 494 | 494 | 494 |
| _(Outside Services_) | 520 | 890 | 120 | 2,000 | - | 1,320 | 520 | 1,000 |
| _(Total Administrative Expenses_) | 32,054 | 31,258 | 33,720 | 34,759 | 44,642 | 34,807 | 40,431 | 38,916 |
| | | | | | | | | |
| _(Delivery Expenses_) | | | | | | | | |
| _(Wages/Labor_) | 17,342 | 11,926 | 9,907 | 9,787 | 11,836 | 11,273 | 10,051 | 14,426 |
| _(Fringe Benefits_) | 3,399 | 3,399 | 5,099 | 5,099 | 6,184 | 6,184 | 6,184 | 6,184 |
| _(Truck Driver Expense_) | 587 | 457 | 52 | 668 | 689 | 158 | 1,252 | 634 |
| _(Cellular Phone /Truck_) | 197 | 119 | 287 | 423 | 187 | 187 | 253 | 164 |
| _(Truck Expense_) | - | 152 | 345 | 416 | - | 162 | 410 | - |
| _(Truck Tracking_) | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 |
| _(Truck Lease_) | 9,496 | 6,917 | 9,792 | 10,312 | 11,894 | 9,592 | 8,683 | 10,252 |
| _(Trailer Expense_) | 439 | 184 | 377 | 748 | 300 | 1,930 | 114 | 3,306 |
| _(Gas/Fuel_) | 8,088 | 7,867 | 13,912 | 11,739 | 10,915 | 10,425 | 14,931 | 12,358 |
| _(Gas/Fuel (Pickup)_) | 1,839 | 1,484 | 1,624 | 1,137 | 1,560 | 1,614 | 1,366 | 1,444 |
| _(Pickup Expense_) | 42 | 4 | 255 | 61 | 93 | - | - | - |
| _(H/wy. & Fuel Tax (ODOT Fees)_) | 801 | 949 | 2,292 | 4,096 | 3,420 | 2,950 | 3,140 | 4,160 |
| _(Freight Expense (Outgoing)_) | 496 | 504 | 777 | 1,105 | 1,173 | 411 | 973 | 857 |
| _(Total Delivery Expense_) | 43,063 | 34,300 | 45,056 | 45,928 | 48,590 | 45,203 | 47,694 | 54,122 |
| _(% of Sales_) | 8.3% | 7.0% | 8.4% | 7.9% | 7.8% | 6.3% | 7.0% | 6.9% |
| | | | | | | | | |
| _(Net Income (Loss) from Operations_) | 38,461 | 24,467 | 38,711 | 42,573 | 37,420 | 79,920 | 56,496 | 95,501 |
| | | | | | | | | |
| _(Other (Income) Exp._) | | | | | | | | |
| _(Bank Charges_) | 60 | 213 | 241 | 1,482 | 1,327 | 689 | 884 | 1,328 |
| _(Finance Charges_) | 2,079 | 332 | (404) | 941 | 140 | 96 | (252) | 223 |
| _(Discounts Earned_) | (167) | (76) | (12) | (77) | (71) | (107) | (154) | (118) |

Laura L. Hagenauer
dba Valley Rolling Corporation
_(Post Petition Operating Forecast_)
2014-2015

| _(Description_) | _(JAN_) 2014 (Actual_) | _(FEB_) 2014 (Actual_) | _(MAR_) 2014 (Actual_) | _(APR_) 2014 (Actual_) | _(MAY_) 2014 (Actual_) | _(JUN_) 2014 (Actual_) | _(JUL_) 2014 (Actual_) | _(AUG_) 2014 (Actual_) |
|---|---|---|---|---|---|---|---|---|
| _(Interest Expense_) | 5,960 | 7,939 | 8,489 | 9,304 | 10,121 | 7,292 | 7,045 | 10,653 |
| _(Pre-Petition Interest_) | | | | | | | | |
| _(Chapter 11 Quarterly Fees_) | | | | | | | | |
| _(Vendor Rebate_) | | | (6,032) | | | | | |
| _(Adequate Protection Payments_) | | | | | | | | |
| _(Total Other (Income) Expense_) | 7,931 | 8,409 | 2,282 | 11,649 | 11,516 | 7,969 | 7,524 | 11,986 |
| | | | | | | | | |
| _(Net Income_) | 30,530 | 16,058 | 36,429 | 30,924 | 25,904 | 71,951 | 48,972 | 83,516 |
| | 5.9% | 3.7% | 6.8% | 5.3% | 4.1% | 10.1% | 7.2% | 10.2% |
| | | | | | | | | |
| _(Total Wages & Salaries_) | | | | | | | | |
| _(Manufacturing Expenses_) | 15,355 | 12,840 | 15,955 | 14,472 | 20,180 | 13,932 | 14,175 | 22,034 |
| _(Selling Expense_) | | | | | | | | 4,349 |
| _(Administrative Expenses_) | 20,083 | 16,579 | 21,351 | 21,451 | 27,706 | 21,180 | 22,444 | 24,007 |
| _(Delivery Expenses_) | 17,342 | 11,926 | 9,907 | 9,787 | 11,836 | 11,273 | 10,051 | 14,426 |
| _(Total Wages & Salaries_) | 52,780 | 41,346 | 47,213 | 45,711 | 59,722 | 46,385 | 46,670 | 64,817 |
| _(%% of Sales_) | 10.2% | 9.6% | 8.9% | 7.8% | 9.5% | 6.5% | 6.9% | 7.9% |
| | | | | | | | | |
| _(P/R Tax as %% of Total Labor_) | 11.5% | 11.4% | 11.2% | 11.1% | 11.0% | 10.5% | 10.2% | 10.0% |
| | | | | | | | | |
| _(Net Delivery Exp._) | 38,987 | 25,817 | 35,420 | 34,616 | 44,578 | 32,470 | 40,878 | 40,838 |
| _(Delivery COS %%_) | 7.4% | 6.0% | 6.6% | 5.9% | 6.9% | 4.5% | 5.8% | 4.9% |
| | | | | | | | | |
| _(YTD Delivery Exp._) | 38,987 | 64,804 | 100,214 | 134,832 | 179,411 | 211,881 | 252,759 | 293,597 |
| _(as %% of Sales_) | 7.51% | 6.82% | 6.75% | 6.52% | 6.66% | 6.21% | 6.18% | 5.99% |

_(Adequate Protection Payments:_)
_(Key Bank LOC_)
_(Mortgage_)
_(SBA Loan_)
_(OBDF_)
_(COG_)
_(IRS_)
_(Less Principal included_)
_(Total Adequate Protection Payments_)

Column headers (left to right):

| Description | 12/31/2014 Actual | 2015 JAN Pro-Forma | 2015 FEB Pro-Forma | 2015 MAR Pro-Forma | 2015 APR Pro-Forma | 2015 MAY Pro-Forma | 2015 JUN Pro-Forma | 2015 JUL Pro-Forma | 2015 AUG Pro-Forma | 2015 SEP Pro-Forma | 2015 OCT Pro-Forma | 2015 NOV Pro-Forma | 2015 DEC Pro-Forma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Row labels (ASSETS):

- ASSETS
- Cash
- Petty Cash
- Accounts Receivable
- Accounts Receivable- Pre-Pet
- Employee Advances
- Prepaid Insurance
- Other Prepaid Expenses
- Total Inventories
- Total Current Assets
- Fixed Assets-Valley
- Land & Buildings
- Equipment
- Autos/Trucks
- Less Accumulated Depreciation
- Leasehold Improvements- Hart
- Admin Assets - Hart
- Total Fixed Assets - Net
- Other Assets
- Loan to Officer
- Start Tax Payable
- Organization Cost
- Total Other Assets
- TOTAL ASSETS

Row labels (LIABILITIES & EQUITY):

- LIABILITIES & EQUITY
- Accounts Payable- Post Pet
- AP/AR Accrual
- Sales Tax Payable
- Total Current Liabilities
- Key Bank
- OR Bus Development
- Key Bank Bldg Mtg
- Pre-Pet Unsecured A/P Extension
- SBA Loan
- KC Cap Lease
- Pre-Pet Unsecured Credit Cards
- Cornelia Payable (Document)
- Post-Pet Payable (Document)
- Acceptance Payable- Pre-Pet
- Internal Revenue Service
- Oregon Excise Tax
- Total Long Term Debt
- Common Stock
- Paid-in Capital- Valley
- Sub-S Distribution
- Retained Earnings at Pre/5/31
- YTD Income (Loss)
- Post Confirmation Earnings
- Total Equity
- TOTAL LIABILITIES & EQUITY

Cash:
- Beginning Inventory
- Purchases
- Material COS
- Beginning A/R Receivable
- Plus Sales - Net
- Less Cash Receipts
- Ending A/R- Net

Valley Siding Corporation
Actual + Pro-Forma Balance Sheets
2015

| Description | 12/31/2014 Actual | 2015 JAN Pro-forma | 2015 FEB Pro-forma | 2015 MAR Pro-forma | 2015 APR Pro-forma | 2015 MAY Pro-forma | 2015 JUN Pro-forma | 2015 JUL Pro-forma | 2015 AUG Pro-forma | 2015 SEP Pro-forma | 2015 OCT Pro-forma | 2015 NOV Pro-forma | 2015 DEC Pro-forma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning A/C Payable | 3,764 | 4,028 | 6,058 | 7,505 | 10,000 | 25,000 | 35,000 | 39,000 | 40,000 | 60,000 | 30,000 | 25,000 | 45,000 |
| Total Expenses (Excl COGS) | 122,076 | 126,281 | 129,335 | 136,679 | 144,573 | 142,717 | 153,935 | 147,709 | 152,442 | 144,278 | 178,100 | 137,489 | 141,485 |
| Payments on Non-Debt Liab | (121,813) | (124,251) | (128,098) | (134,179) | (139,573) | (132,717) | (153,935) | (147,709) | (152,549) | (154,228) | (164,520) | (134,989) | (116,485) |
| Ending A/C Payable | 4,028 | 6,058 | 7,505 | 10,000 | 25,000 | 35,000 | 39,000 | 40,000 | 60,000 | 30,000 | 25,000 | 45,000 | 25,000 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Net Income (Loss) | 8,702 | 5,514 | 5,695 | 7,960 | 18,559 | 25,531 | 30,994 | 32,019 | 69,664 | 27,115 | 65,275 | 48,751 | 119,514 |
| A/R Increase/Decrease | (62,952) | (82,895) | 134,237 | (20,000) | (35,000) | 7,000 | (35,000) | (35,000) | (25,000) | (60,000) | (50,000) | 25,000 | 192,000 |
| Inventory (Increase)/Decrease | 70,488 | 37,929 | (146,423) | (25,000) | 25,000 | (25,000) | 15,000 | 125,000 | 125,000 | 125,000 | 100,000 | 25,000 | 40,000 |
| Other Current Assets (Inc)/Decr | (1,005) | 424 | 1,052 | 1,000 | 1,000 | 1,000 | 2,000 | 2,000 | 237,000 | 2,000 | 2,000 | 2,500 | 40,000 |
| Fixed Assets (Acq)/Disp | . | . | . | . | . | . | . | . | . | . | . | . | 2,000 |
| Other Assets (Incr)/Decr | . | . | . | . | . | . | . | . | . | . | . | . | . |
| Increase/(Decrease) in A/P & Liab | 837 | 4,521 | (1,297) | 22,500 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | (80,000) | (5,000) | (5,000) | 5,000 |
| Increase (Decrease) in Pre-Pet LTD | (45,075) | (9,294) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) |
| Increase (Decrease) in Sub S. Dist | . | . | . | . | . | . | . | . | . | . | . | . | . |
| Beginning Cash Balance | 58,252 | 27,758 | 19,004 | 58,216 | 913 | 918 | 6,057 | 7,621 | 1,756 | 15,443 | 1,601 | 16,686 | 5,923 |
| Ending Cash Balance | 27,758 | 19,004 | 58,216 | 913 | 918 | 6,057 | 7,621 | 1,756 | 15,443 | 1,601 | 16,686 | 5,923 | 93,116 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Check: | . | . | . | . | . | . | . | . | . | . | . | . | . |
| Change (Decr) During Period | (30,494) | (8,754) | 39,212 | (57,303) | 5 | 5,139 | 1,564 | (5,865) | 13,687 | (13,842) | 15,085 | (10,763) | 87,193 |

EXHIBIT F
Page 2 Of 2

**Fill in this information to identify your case:**

Debtor 1    **Laura Lee Hagenauer**
<br>First Name      Middle Name      Last Name

Debtor 2
<br>(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of Oregon

Case number   **14-63530-fra11**
<br>(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

     MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
<br>   ☐ Yes. Does Debtor 2 live in a separate household?

       ☐ No
<br>       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☐ No

Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent........................

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **18** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
<br>   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $   **1,967.00** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $   **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $   **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $   **225.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | $   **0.00** |

EXHIBIT   *G*
<br>Page   *1*   of   *3*

Debtor 1 __Laura Lee Hagenauer_____    Case number (if known) __14-63530-fra11_____
      First Name      Middle Name      Last Name

| | | | Your expenses |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5 | $ 0.00 |
| 6. | Utilities: | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 148.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| | 6c. Telephone, cell phone, internet, satellite, and cable services | 6c. | $ 251.00 |
| | 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | Food and housekeeping supplies | 7. | $ 260.00 |
| 8. | Childcare and children's education costs | 8. | $ 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $ 50.00 |
| 10. | Personal care products and services | 10. | $ 95.00 |
| 11. | Medical and dental expenses | 11. | $ 300.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 500.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 200.00 |
| 14. | Charitable contributions and religious donations | 14. | $ 100.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 300.00 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| | 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I). | 18 | $ 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify:_____ | 19 | $ 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| | 20a. Mortgages on other property | 20a | $ 0.00 |
| | 20b. Real estate taxes | 20b | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e | $ 0.00 |

Debtor 1    __Laura Lee Hagenauer__
             First Name    Middle Name    Last Name

Case number (if known) __14-63530-fra11__

21  **Other**. Specify: _____     21.  +$ _____0.00_____

22  **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.             22   $ ____4,396.00____

23. **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.  $ ____4,745.00____

23b.  Copy your monthly expenses from line 22 above.     23b.  – $ ____4,396.00____

23c.  Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income*.     23c.  $ _____349.00_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.   **Car payment paid in full after November 2014. Payment amount for October and November is $1,135.00**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In Re:                 )

                    )    Case No. 14-63530-fra11

LAURA LEE HAGENAUER    )

                    )    VOTING BALLOT FOR ACCEPTING

        Debtor.      )    OR REJECTING DEBTORS' PLAN

Filed By: _____ on: _____
               Creditor                               Date

Designated Class Number: _____

       The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in total dollar amount and more than one-half in number of claims in each class voting on the Plan.  If the requisite acceptances are not obtained, the Court may confirm the Plan if it finds that the Plan accords fair and equitable treatment to the class rejecting it.  You must complete and return this Ballot for your vote to count.  Only those Ballots actually received by the voting deadline will be counted as either accepting or rejecting the Plan.

       **You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  If you hold claims or equity interests in more than one class, you will receive a Ballot for each class in which you are entitled to vote.**

       The undersigned: (check one box)

      ☐ ACCEPTS THE PLAN      ☐ REJECTS THE PLAN

       The Debtor's Plan of Reorganization.

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

Return this Ballot on or before the date specified by the Court in the order accompanying the Plan and Disclosure Statement to:

Ted A. Troutman
Troutman Law Firm, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005

**THIS FORM DOES NOT CONSTITUTE A PROOF OF CLAIM AND MUST NOT BE USED TO FILE A CLAIM OR TO INCREASE ANY AMOUNT LISTED IN THE DEBTROS' SCHEDULES.**

Exhibit H

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In Re:                              )
                                    )      Case No:  14-63530-fra11
LAURA LEE HAGENAUER,                )
                                    )      SECOND AMENDED DISCLOSURE
            Debtor.                 )            STATEMENT

## INTRODUCTION

This is the Amended Disclosure Statement in the Chapter 11 bankruptcy case of
Laura Lee Hagenauer ("Debtor").  The accompanying Second Amended Plan of Reorganization
describes how all claims will be treated under the proposed plan.  You should read the Second
Amended Plan and this Second Amended Disclosure Statement carefully and discuss them with
your attorney.  If you do not have an attorney, you may wish to consult one.  The proposed
distributions under the Second Amended Plan are discussed on pages 12 through 19 of this
Amended Disclosure Statement.

## PURPOSE OF THIS DOCUMENT

This Amended Disclosure Statement describes: 1) the Debtor and "collapse" of
the prior entities, Valley Rolling Corporation and DeLaMMC, LLC, into Debtor just prior to the
Petition Date; 2) significant events during the bankruptcy case; 3) how the Second Amended

1 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Plan proposes to treat claims (*i.e.* what you will receive on your claim if the Second Amended

Plan is confirmed); 4) what factors the Bankruptcy Court will consider when deciding whether to

confirm the Second Amended Plan; and 5) why Debtor believes the Second Amended Plan is

feasible and how treatment of your claim compares to what you would receive in liquidation. Be

sure to read the Second Amended Plan and Amended Disclosure Statement. This Amended

Disclosure Statement describes the Second Amended Plan, but it is the Second Amended Plan

itself that if confirmed establishes your rights.

DEADLINES FOR VOTING AND OBJECTING: DATE OF SECOND AMENDED PLAN
CONFIRMATION HEARING

The court has not yet confirmed the Second Amended Plan described in this

Second Amended Disclosure Statement. This section describes the procedures pursuant to which

the Second Amended Plan will or will not be confirmed. The time and place of the hearing at

which the Court will determine whether to finally approve this Second Amended Disclosure

Statement will be set by the Court. The hearing on confirmation of the Second Amended Plan

will be set by the Court in a separate notice containing both a copy of the Second Amended

Disclosure Statement and a copy of the Second Amended Plan which will be mailed to each

creditor along with a ballot for voting.

IDENTITY OF PERSON TO CONTACT FOR MORE INFORMATION

If you want additional information about the Second Amended Plan you should

contact Ted A. Troutman, attorney for the Debtor, at 503-292-6788, and address, 5075 SW

Griffith Dr, Ste 220, Beaverton, OR 97005.

2 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

DESCRIPTION OF SECOND AMENDED PLAN

The accompanying Second Amended Plan of Reorganization describes how all claims will be treated under the proposed plan. In particular, if the Second Amended Plan is confirmed, holders of general unsecured claims will receive a dividend of 100% of their allowed claims from operation of the Debtor's business as described below.

The Second Amended Plan will be funded by the ongoing operation of Debtor's steel rolling facility, any recovery on avoidance claims under 11 USC §§ 547, 548 and 550 and from the sale of real property.

The administrative claims will be paid in part on the Effective Date from an account set up in April of 2015 funded with approximately $18,000 per month through the Effective Date, with the rest to be paid from income from post-confirmation operations (the "Accumulated Administrative Account") and any proceeds from Avoidance Claims recoveries. Currently the total unpaid attorney's fees for the Debtor are approximately $84,275. It is estimated an additional $35,000 will be incurred through confirmation. Total Financial Advisor fees are estimated at $50,000.00 through confirmation. Debtor will also have CPA fees for tax preparation estimated at $5000. Debtor also is responsible for paying the attorney fees of the Creditors' Committee which are estimated to be $50,000.00, excluding fees incurred in pursuit of avoidance actions that the Court has authorized the Creditors' Committee to pursue. Total professional fees incurred are estimated to be $250,000 through confirmation.

There are $332,068.28 of claims filed as administrative claims pursuant to 11 U.S.C. § 503(b)(9) which provides that suppliers who ship goods within 20 days of the

3 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

bankruptcy have an administrative claim.  Unless agreed in writing, these claims must be paid on confirmation.  Debtor believes she will be able to enter into written agreements with these suppliers as she has continued to do business with all of them after the Chapter 11 was filed.  Part of the 503(b)(9) claims will be paid with a pro rata share of the Accumulated Administrative Account on the Effective Date.  The remainder of the claims will be paid over time with 1.8% surplus amount over each invoice for goods sold by such claimants to the Debtor post-confirmation.  If these claimants demanded payment on confirmation, Debtor would not be able to set forth a confirmable plan.  Both Cascadia, with a 503(b)(9) claim of $137,544.18 and West Coast Metals with a claim of $174,456.90, have orally agreed to the treatment.

The proponent of the plan projects that if the Second Amended Plan is confirmed Debtors' assets and liabilities will be as shown on the projected balance sheet attached as Exhibit F.

## DESCRIPTION OF DEBTOR AND HER BUSINESSES

Debtor and her brother started Valley Rolling Corp. in May of 2003.  Effective December 31, 2006, Debtor purchased the interest of her brother for $800,000.  Debtor has 28 years of experience in the steel roofing and siding industry.

Prior to March of 2011, Valley Rolling Corp. leased a facility in Woodburn, Oregon.  In March of 2011, Valley Rolling Corp. moved from its old location at 310 Broadway St., Woodburn, Oregon to the new facility at 3071 Schmidt Lane NE, Hubbard, Oregon.  The total square footage under cover is 82,650 which includes two warehouses attached by a breezeway.

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Valley Rolling Corp. originally offered a product line for agricultural steel roofing and siding use. The company originally made one agricultural panel. Valley expanded the profile to two different agricultural panels and one commercial panel. Valley Rolling Corp. also sells trim products, accessories such as fasteners, poly-carbonate, pipe flashing, vapor barrier and sliding door track and hardware. DeLaMMC was formed on November 1, 2006 as an Oregon limited liability company. The Debtor and her husband, Dennis Hagenauer, were the managers, and the members consisted of the Debtor (35%), her husband (50%) and their three children, Matthew Hagenauer (5%), Mitchell Hagenauer (5%), and Cassie Hagenauer (5%). DeLaMMC was a holding company, whose assets consisted of the building and improvements located at 3071 Schmidt Lane NE, Hubbard Oregon, three forklifts, a Rollformer and a piece of equipment described by the Debtor as a rollformer addition. These assets were transferred to the Debtor on September 26, 2014, leaving DeLaMMC as merely a shell company. None of the members of the LLC received consideration in exchange for their interests in connection with the transfer.

ASSETS

The manufacturing facility is subject to combined secured debt of approximately $4,188,881. The creditors that are owed money on the buildings are KeyBank on a first mortgage in the approximate amount of $1,600,000, current and past due, Marion County for property taxes of approximately $88,000 (both real and personal), and U.S. Small Business Administration is owed approximately $860,448. In addition Oregon Business Development Corporation has a mortgage for approximately $660,000 and Cascadia Metals has a mortgage of approximately $630,000. The building's value is insufficient to pay all asserted liens.

5 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Therefore, Cascadia Metals is partially secured with a secured claim of approximately $350,000. The IRS asserted tax liens are entirely unsecured by the building.

Debtor also owns jointly, with her husband, a home located at 1129 Belle Passi Rd., Woodburn, OR 97071 valued at $500,000.00. The first mortgage on the property is $159,004 payable to Greentree Loan Servicing. The lien of Oregon Business Development of $660,000 is also secured by this property.

## OPERATIONS IN BANKRUPTCY

Since the filing of the bankruptcy Debtor has had an operating profit of over $98,176.00 after servicing of the secured debt and payment of $2,000 per month to the IRS and $4,000 per month to property taxes through March 2015. After March the payments to secured debt and IRS were reduced by approximately $18,500 per month. Debtor's Second Amended Plan calls for a cram down of the interest rate on the debt owed to KeyBank to a rate of 6.5% on the line-of-credit and 6.5% on the mortgage.

## EFFECT OF PRE-FILING DISSOLUTION OF
## Valley Rolling Corp. and DeLaMCC LLC

Debtor believes that there will be no tax consequence from the dissolution prior to filing this case of Valley Rolling Corp. and DeLaMCC LLC, since Valley Rolling was a Subchapter S corporation and all tax attributes passed through to Debtor and her Husband. DeLaMCC was an LLC and likewise all tax attributes passed through to Debtor, her husband and their children.

## DISSOLUTION OF CORPORATIONS AND ASSUMPTION OF LIABILITIES AND
## ASSIGNMENT OF ASSETS PRIOR TO FILING

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Before Debtor filed her Chapter 11 bankruptcy, she entered into agreements with Valley Rolling Mills Corporation and with the owner of the manufacturing facility DeLaMCC LLC to assume all the liabilities of both corporations and for an assignment of all of the assets of the corporations. The execution of the assumption and assignment agreements occurred on September 26, 2014, two days before the Chapter 11 bankruptcy petition was filed. Debtor was the majority owner of both the corporation and the LLC. The minority owners included Debtor's husband and minor children. All parties accepted the assignment and assumption agreements. The owners of the corporation and the LLC signed in favor of the assignment and assumption agreements.

The business facility at 3071 Schmidt Lane, Hubbard, OR 97032, was owned by DeLaMCC, LLC. Debts secured by the business facility, which included a tax lien, exceeded the value of the asset. All of the debt owed by DeLaMCC LLC was secured debt. None of the creditors, which are set forth in the chart below, were harmed by the assignment and assumption agreement. The creditors secured by the business property owned by DeLaMCC LLC are approximately as follows and are in the order of priority:

| | | |
|---|---|---|
| 1. | Marion County Assessor's Office – Property taxes | $ 86,425.00 |
| 2. | KeyBank National Association | $1,600,000.00 |
| 3. | US Small Business Administration | $ 860,448.00 |
| 4. | Oregon Business Development Corporation | $ 660,000.00 |
| 5. | Cascadia Metals Inc. | $ 600,000.00 |
| 6. | Internal Revenue Service – tax lien | $ 57,774.87 |
| 7. | Internal Revenue Service – tax lien | $ 332,859.48 |

7 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

In addition to the debts above secured by the real property, DeLaMCC, LLC also owed Valley Development Initiatives $228,326.09, secured by the business equipment. Because all of the creditors of DeLaMCC, LLC are secured, and their security continued after the assignment and assumption agreement, none of the creditors of DeLaMCC, LLC are better or worse off because of the assignment and assumption agreement and subsequent Chapter 11 filing by Debtor, Laura Lee Hagenauer.

### CREDITORS OF VALLEY ROLLING CORPORATION

The unsecured creditors of Valley Rolling Corporation would have received nothing if Valley Rolling Corporation had not assigned its assets to Debtor, Laura Lee Hagenauer. The only creditors of Valley Rolling Corporation that would have been paid from a liquidation of Valley Rolling by itself, would have been the secured creditors. These included:

1. Internal Revenue Service                                  $ 390,634.35

2. Valley Development Initiatives secured by both    $ 228,326.00
   Both DeLaMCC, LLC and Valley Rolling

3. KeyBank National Association                          $ 549,625.89
   secured by accounts receivable.

4. Internal Revenue Service – priority taxes          $   57,774.00

In addition, to the extent the tax liens were under secured, all but $136,423.00 would be considered priority taxes and would be paid ahead of any general unsecured creditors of Valley Rolling in a liquidation.

Because these secured creditors retained their liens and because the general unsecured creditors would have received nothing in a Chapter 7 liquidation of Valley Rolling,

8 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

the unsecured creditors of Valley Rolling were no worse off by Debtor's Assumption and Assignment Agreement then they would have been if Valley Rolling was liquidated without the Assumption and Assignment Agreement.

## EFFECT OF ASSUMPTION AND ASSIGNMENT ON DEBTOR'S INDIVIDUAL CREDITORS

If Debtor had been liquidated in a Chapter 7 without the Assumption and Assignment Agreement, her individual creditors are no worse off because of the Assumption and Assignment Agreement. This is because Debtor had personally guaranteed the majority of the debts of both DeLaMCC LLC and Valley Rolling. In a personal liquidation, the amount of debt owed by Debtor on guaranteed general unsecured debt equaled $524,444.00. Upon liquidation of Debtor, all of her personal assets were fully encumbered or exempt or would have been paid to the IRS, since all of the taxes were a personal obligation, and therefore none of her creditors were harmed by the Assignment and Assumption Agreement.

The major reason why Valley Rolling and DeLaMCC LLC assigned their property interests to Debtor and why she assumed the debt and then filed the Chapter 11, is because otherwise three separate bankruptcy attorneys and three separate bankruptcies would have been necessary. The cost of three separate filings would have been outside of what Debtor, Valley Rolling or DeLaMCC, LLC could afford and Debtor would have been liquidated by KeyBank and the assets of Valley Rolling and DeLaMCC, LLC would have been liquidated by KeyBank with anything left over taken by other secured creditors or the IRS.

## RETENTION OF JURISDICTION

9 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Nothwithstanding the entry of an order confirming the Second Amended Plan, the Court shall retain jurisdiction of the Chapter 11 Case pursuant to and for the purposes set forth in Section 1127(b) and 1141-1146 of the Bankruptcy Code to enforce the provisions of the Second Amended Plan and to ensure that the intent and purposes of the Second Amended Plan are carried out and given effect. Without limiting the proceeding, the Court shall retain jurisdiction to classify claims or interests of any creditor, determine requests for payment of claims entitled to priority under section 507(a) of the Bankruptcy Code, avoid transfers or obligations to subordinate claims under chapter 5 of the Bankruptcy Code, approve the assumption, assignment, rejection of executory contracts or leases, resolve controversies and disputes regarding the interpretation or enforcement of the Second Amended Plan, implement the provisions of the Second Amended Plan and enter orders in aid of confirmation, approve settlements entered by the Debtor or Creditors' Committee on the Debtor's behalf, adjudicate adversary proceedings and contested matters pending or hereafter commenced in the Chapter 11 Case and enter a final decree closing the Chapter 11 Case.

## AVOIDANCE ACTIONS

Debtor shall retain any and all claims and causes of action whatsoever (whether known, unknown, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, or undisputed, and whether asserted or assertable directly, indirectly, or derivatively, at law in equity, or otherwise), including, but not limited to, all Avoidance Actions, subject to the authority given by the bankruptcy court for the Creditors' Committee to pursue certain Avoidance Actions. Notwithstanding the entry of an order confirming the Second Amended Plan, so long as any members of the Creditors' Committee are willing to serve, the Creditors'

10 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Committee shall continue until it is dissolved by action of the members thereof or until the Second Amended Plan is complete and all creditors have been paid in full, whichever occurs first. Neither the Creditors' Committee nor any of its past, present, or future members (or any of the respective past, present, or future officers, directors, employees, or agents of such members) shall have or incur any liability to any holder of a claim or equity interest or to any entity for any act or omission in connection with or arising out of the chapter 11 case, or the negotiations and pursuit of confirmation of the Second Amended Plan, the consummation of the Second Amended Plan, the pursuit of any Avoidance Actions the Creditors' Committee has been authorized to pursue, the administration of the Second Amended Plan or the property to be distributed under the Second Amended Plan.

Debtor believes she would have a possible avoidance action against her mother-in-law, Agnes Hagenauer, for money paid to her in the one year prior to filing by Valley Rolling Corp. Debtor had paid Agnes Hagenauer $21,189.58 during the one year prior to filing of the Chapter 11. The Bankruptcy Code provides that money paid to an insider within one year of filing a bankruptcy can be recovered by the Debtor in possession or the Trustee for the benefit of the Bankruptcy Estate. The payments to Agnes Hagenauer starting in the 60th month, are a fair resolution because the majority of the other unsecured debt will be paid by the 60th month and her payments will not dilute the amount being paid to the other general unsecured creditors. The Debt to Agnes Hagenauer will not accrue interest during the first 60 months. Interest will only begin after the payments start. Debtor does not intend to pursue the action, but as a concession to the other unsecured creditors is separately classifying the claim and it will be paid starting on the 60th month.

11 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

The Creditors' Committee also believes the Debtor has a preference/fraudulent transfer action against Bank of America for payments by Valley Rolling Corp. on two employee credit cards. These cards were used by Valley Rolling to purchase product for Valley Rolling to manufacture. The payments were made to Bank of America within the 90 days preceding the Petition Date, were made to a creditor of Valley Rolling because if the payments had not been made, Bank of America would have asserted an unjust enrichment claim against Valley Rolling and the payments allowed Bank of America to receive more than it would have received in a liquidation under chapter 7. The payments made during the preference period to Bank of America total over $620,000. Debtor is not going to pursue these claims but the Court has entered an order authorizing the Creditors' Committee to pursue such claims.

In addition the Creditors' Committee intends to pursue a claim against unsecured creditor Cannonball for preferential payments made during the 90 days preceding the Petition Date on a settlement agreement in the amount of $15,000.

The Creditors' Committee is also pursuing a preference claim against FORA Financial for payments of $1,168 per business day during the 90 days preceding the Petition Date totaling $58,430. FORA Financial's purported secured claim was actually entirely unsecured at the time the payments were made based upon the value of the personal property and the lien amounts superior to FORA Financial. Debtor has no opinion as to the viability or the value of the avoidance actions. Likewise, Debtor has no opinion as to the projected cost of recovery or the estimated time frame to complete litigation. The proceeds from any transfer recovered by the Creditors Committee will be used first, to pay for the cost of the preference payment litigation,

12 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

second, to pay administrative expenses that remain unfunded on the Effective Date of the Plan and finally, to pay to general unsecured creditors if there are any excess proceeds.

None of the proceeds of the Preference action litigation will be paid to Reorganized Debtor. If the Creditors Committee is unsuccessful in the litigation, costs of the litigation will be an administrative expense, which will be paid for by Debtor.

Allowed professional fees incurred by the Creditors' Committee in pursuing the Avoidance Claims pre-confirmation will be paid pro rata from the Accumulated Administrative Account on the Effective Date. The remaining balance owed and amounts incurred post-confirmation will be paid from any Avoidance Claim recoveries and from Debtor's income from operations and/or the other assets of Debtor if liquidated after the payment of allowed secured claims encumbering such assets. The professional person or agent seeking a payment from the Debtor shall submit an invoice to the Debtor, which (absent an objection by the Debtor) the Debtor shall promptly pay. Any objection which cannot be resolved by the parties shall be resolved by the Court.

REASONS FOR CHAPTER 11 BANKRUPTCY

The main reason for the Chapter 11 filing was the under capitalization of Valley Rolling Corp. and DeLaMCC when they built the new facility in Hubbard, OR. In addition the recession that started in 2007 and continued into 2012 contributed to the eventual insolvency of Valley Rolling and Debtor, Laura Hagenauer. In 2013, Valley Rolling, Inc. and DeLaMMC, LLC defaulted under their loan agreements with KeyBank. Following these defaults, KeyBank entered into forbearance agreements to allow the borrowers to refinance the debt. Under the forbearance agreements, the KeyBank loans matured on March 31, 2014. After waiting several

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

additional months for Valley Rolling and DeLaMMC to secure the promised new financing, on August 1, 2014, KeyBank commenced an action in Marion County Circuit Court to collect the amounts due and owing. On September 17, 2014, in violation of the state court injunction, Laura Hagenauer, the controlling person of Valley Rolling and DeLaMMC, transferred all of the assets and liabilities of the companies to herself, individually, in consideration of her agreement to assume all outstanding debt.

SECOND AMENDED PLAN AND FEASIBILITY

The source of funds to be received for distribution to creditors will be from the ongoing operations of the business and any recoveries from Avoidance Claims. Distributions will also be made to the secured creditors KeyBank, SBA, Oregon Development Corporation and Cascadia Metals from the sale or refinance of the Valley Rolling building located at 3071 Schmidt Ln NE Hubbard OR 97032. There will still be a balance of approximately $300,000 owed to Cascadia Metals after the sale.

During the duration of the Second Amended Plan, and as long as payments to Classes 1-12 and Class 15 remain unpaid, the Debtor shall not sell, lease, transfer, convey, assign, encumber or voluntarily lien any of Debtor's assets, unless (i) such sale, lease, transfer, conveyance, assignment, encumbrance or lien is related to a non-material asset of Debtor; (ii) the asset is replaced with an asset of equal or greater value within ten (10) days after the transaction; (iii) the encumbrance or lien is the result of a refinance of an existing obligation on more favorable terms than the prior encumbrance or lien; or (iv) such sale, lease, transfer, conveyance or assignment is performed in the ordinary course of Debtor's business consistent with past

14 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

practices, and will not have a material adverse effect on the business or financial condition of Debtor.

## DEBTOR'S BUDGET INFORMATION

Attached as Exhibit B are Debtor's cash flow projections, which do not include Debtor's monthly household expenses. Debtor's household expenses are listed on the attached Exhibit G and total $4,396.00 per month. Attached as Exhibit C are the monthly plan payments.

## DEFAULT

In the event the Debtor defaults in the performance of any of the obligations under the Second Amended Plan, the holder of each affected claim may pursue such remedies as are available at law or in equity. An event of default occurring with respect to one claim shall not be an event of default with respect to any other claim. Nothing contained in the Second Amended Plan shall limit the right of any creditor to reopen this case or move to convert the case to a liquidation under Chapter 7 of the United States Bankruptcy Code if cause exists for such relief.

## TAX CONSEQUENCES

The liquidation analysis shows the tax that will be owed upon sale of the building, even with the capital gains taxes that will be owed upon sale of the properties, Debtor's Second Amended Plan is still feasible

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

None

## RISKS

Risks include that Debtor will be unable to meet cash flow projections and will then be unable to pay the payments called for under the Second Amended Plan. Another risk is

15 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

that Debtor will be unable to sell the building at 3071 Schmidt Lane NE, Hubbard, Oregon for enough to pay the secured creditors scheduled to be paid from the sale.

If Debtor is unable to make the payments called for by the Second Amended Plan, Debtor might have to convert the case to a case under Chapter 7 of the bankruptcy code and liquidate.

## VALUE OF ASSETS

The real property listed on attached Exhibit A was valued based upon the Debtor's opinion of value.

The value of inventory is based upon the cost of the inventory.

The value of the accounts receivable is based upon the book value of the receivables. The value of equipment and other personal property is based upon Debtor's opinion of value.

## RETENTION OF PROPERTY

Debtor intends to retain all personal property. The real property at 3071 Schmidt Lane NE, Hubbard, Oregon will be immediately listed for sale at $3,775,000 and sold on or before February 1, 2016; if the real property is not sold by that timeframe, then KeyBank will be entitled to foreclose its lien against the real property. Debtor will either lease back a part of the facility or move to another location.

## COST OF MOVING IF NECESSARY AND ESTIMATED RENT PAYMENT

Based upon Debtor's discussions with the real estate broker, Debtor believes the total monthly rental payment for a new facility of 50,000 square feet will be $28,875.00. In addition, if Debtor is unable to rent at the current location, Debtor estimates the total moving

16 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

costs to be $83,851.00.  Debtor estimates that the time necessary to move and set up would be seven days.  Debtor estimates the total loss in net revenue would be $20,000.

DISCUSSION OF CASH FLOWS

Attached cash flow projections, Exhibit B, show that in order for the Second Amended Plan to be feasible there needs to be a net cash flow before plan payments of approximately $60,000 per month from Valley Rolling.  Debtor's cash flows since the date of filing show that Debtor has had average net income from Valley Rolling of approximately $35,000 per month before items to be paid through the Second Amended Plan.  See attached Exhibit C.  The cash flow projections include a payment provision for both back property taxes and current property taxes.  See Exhibit B to this Amended Disclosure Statement.  The cash flow projections include a 5% increase per year in gross sales and a 3% increase in expenses.  This is included in the projections to account for an improving economy and also to account for inflation.  Before the recession in 2008, Debtor had annual sales of $9,592,273.66 in 2007.  Last year, 2014, total sales were $7,540,136.00.  If the cash flows are not met, Debtor will be unable to make the payments called for under the Second Amended Plan of Reorganization and Debtor's reorganization may fail.

FUNDS FOR PAYMENT OF ADMINISTRATIVE AND 503 CLAIMS

If Debtor does not have funds on hand sufficient to make the proposed payments to administrative and 503(b) claims, the Plan will not be confirmable.  This will require Debtor to have not less than $72,000 in its restricted account on the date of confirmation.  The Debtor will notify the Bankruptcy Court, the U.S. Trustee, counsel for the Creditors' Committee, Cascadia Metals, Inc. and KeyBank as soon as practicable, but in any event not less than ten (10)

17 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

days prior to the confirmation hearing if it does not appear that Debtor will have sufficient funds on hand to make the payment on the Effective Date.

## ALTERNATIVES

Alternatives to this Second Amended Plan include dismissal of the case, conversion to a case under Chapter 7 or adoption of a different plan. If the case is dismissed, creditors may assert and enforce their claims against Debtor by any method allowed by law. Secured creditors may foreclose their security interest and creditors may obtain Judgment and levy on unencumbered assets.

If this case is converted to a case under Chapter 7, a trustee will be appointed to liquidate the Debtor's assets for the benefit of the estate. Costs of liquidation, secured claims (with respect to the specific collateral liquidated), administrative claims, priority tax claims, and Debtor's exemptions will be paid in full before any payment is made to unsecured creditors. Exhibit A shows the proponent's estimate of the possible results if the Debtor is liquidated in a Chapter 7 case, including the resultant amount available to pay unsecured claims.

The proponent believes that if the Debtor were liquidated in a Chapter 7 the amount available to pay general unsecured creditors would be 0%. Debtor is proposing to pay all unsecured claims plus 3.5% interest. Attached as Exhibit A is the liquidation analysis.

## VOTING AND CONFIRMATION

Who May Vote. Creditors are entitled to vote on confirmation of the Second Amended Plan unless (i) the class is unimpaired (presumed to accept) or are to receive no distribution (presumed to reject); (ii) an objection has been filed to that creditor's claim; or (iii) the claim is unclassified (required by law to be paid in full). A creditor whose claim has been

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

objected to and who wishes to vote must move to have its claim allowed for voting purposes by filing a motion for such relief in time for that motion to be heard at or before the confirmation hearing. All classes of claims will be entitled to vote except the Unclassified Claims.

How to Vote. Fill out and return the attached ballot so that it is received by Debtor's counsel on or before (date will be set by the Court). Mail to Ted A. Troutman, 5075 SW Griffith Dr, #220, Beaverton, OR 97005.

Effect of Vote. A class of creditors accepts the Second Amended Plan it if is accepted by a majority in number and two-thirds in dollar amount of creditors who cast ballots. Because this is an individual Chapter 11 the court may confirm the Second Amended Plan even if only one class of creditors accepts the Second Amended Plan.

Deadline for Voting to Accept or Reject the Second Amended Plan. The Court will set a Confirmation Hearing date. Notice of that date will be mailed to each creditor. If you are entitled to vote whether to accept or reject the Second Amended Plan, you will vote on the Ballot that we will mail to you along with the Second Amended Plan. A sample copy of the Ballot is attached as Exhibit J. You must return the Ballot by the date set by the Court or it will not be counted. Debtor believes that all classes of creditors are entitled to vote except for unclassified claims. All creditors have a choice to vote for or against the Second Amended Plan. The Court cannot confirm the Second Amended Plan unless at least one class of Impaired Creditors accepts the Second Amended Plan.

Impairment of Claims. As noted above, the holder of an allowed claim may vote only if it is in a class that is impaired under the Second Amended Plan. You will find this in Section 1124 of the Bankruptcy Code. A class is considered Impaired if the Second Amended

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Plan alters the legal, equitable, or contractual rights of the members of that class. Debtor

believes that all of the classes of creditors, other than administrative claims, and unclassified

claims will be allowed to vote. **Even if you are not entitled to vote on the Second Amended**

**Plan, you have a right to object to the confirmation of the Second Amended Plan and to**

**object to the adequacy of the Amended Disclosure Statement.**

> Treatment of non-accepting Classes. If one or more Impaired Classes reject the

Second Amended Plan, the Court may none the less confirm the Second Amended Plan if the

non-accepting classes are treated in the manner described by 1129(b) of the Code. The Second

Amended Plan that binds non-accepting classes is called a "cram down" plan. The Code allows

the Second Amended Plan to bind non-accepting classes of claims if it meets all the requirement

for confirmation except the voting requirement of 1129(a)(8) of the code, it does not discriminate

unfairly and is fair and equitable toward each impaired class that has not voted to accept the

Second Amended Plan. **You should consult your own attorney about how a "cram down"**

**confirmation will affect your claim, as variations on this general rule are numerous and**

**complex.**

> Financial Information. Debtor intends to make the payments required under the

Second Amended Plan from cash available on the effective date and from future revenue from

operation of Valley Rolling and from sale or refinance of the real property located at 3071

Schmidt Ln NE, Hubbard, OR 97032. The cash flow projection, Exhibit B, shows the Second

Amended Plan is feasible.

> Operations in Chapter 11. During the 9 months since the petition date, Debtor has

collected gross revenues of approximately $5,429,163. The net revenue for Debtor has been

20 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

approximately $98,176 through July 31, 2015.  Upon request, Debtor will provide copies of

monthly operating reports filed with the Court.

<u>Cash Available on effective Date</u>.

(1)     Cash on hand as of 07/31/15:  $80,395

(2)     The total amount to be paid on the Effective Date:  $58,108.00,

plus approximately $72,000 in the Accrued Administrative Account to Allowed

Administrative Claims, pro rata.

<u>Liquidation Analysis</u>.  General unsecured creditors would be paid $-0- in a

Chapter 7 liquidation.  See attached Exhibit A.

Attached as Exhibit B is a cash flow analysis.

Attached as Exhibit C is a plan payment chart.

Attached as Exhibit D are historical profit and loss statements post-petition.

Attached as Exhibit E are historical profit and loss statements pre-petition.

Attached as Exhibit F is a current balance sheet and pro forma balance sheet.

Attached as Exhibit G is Debtor's personal monthly budget.

Attached as Exhibit H is a Sample Ballot for accepting or rejecting Second

Amended Plan.

TREATMENT OF CLASSES

<u>Class 1</u>          <u>Impaired Secured Claim of KeyBank</u> secured by 3071 Schmidt Lane NE,

Hubbard, OR 97032 in the approximate amount of $1,605,401.05.  The interest rate will be

reduced to 6.5%.  The payments on the loan will be $14,730.00 per month until the sale of the

property at 3071 Schmidt Lane NE, Hubbard, OR 97032.  The property will be immediately

21 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

listed and will be sold on or before February 1, 2016. If not sold by that date, the automatic stay or discharge injunction shall terminate with respect to KeyBank and KeyBank shall be relieved from the effect of any stay under the Bankruptcy Code and any other restriction on the enforcement of its lien against the property. The Debtor shall make regular payments to KeyBank in the amount of $14,730 until the earlier of the sale of the property or February 1, 2016.

Class 2       Impaired Secured Claim of KeyBank secured by the accounts receivable, equipment and accounts of Debtor in the approximate balance of $562,363.00. The loan documents will be modified to reduce the interest rate to 6.5% per annum. The loan will be modified to require monthly payments of $11,003.28 for 60 months upon the Effective Date of the Second Amended Plan. Any pre-petition default on the loan will be waived.

Class 3       Impaired Secured Claim of Valley Development Initiatives secured by the equipment formerly owned by Valley Rolling, Inc. and DeLaMCC, LLC. The balance of the loan is approximately $229,028.88. The loan documents will be modified to require monthly payments of $1,129.00 which represents interest only at 6% per annum. These payments will start on the Effective Date and continue for a period of 18 months, at which time the loan will require monthly payments of $1,791.00 for a period of 42 months. At the end of 42 months the entire unpaid balance of principal and interest will be due. The balance due at the end of the 42 months will be $198,926.70 and can be paid out of Debtor's cash flow as set forth on attached Exhibit B.

Class 4       Impaired Claim of Oregon Business Development Initiatives secured by a second lien on Debtor's residence, a third lien on Debtor's building at 3071 Schmidt Lane NE,

22 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Hubbard, OR 97032, and a third lien on the personal property of Valley Rolling. Any pre-petition default on the loan will be waived. The loan is in the approximate amount of $660,000. The loan will be paid at $4,250 per month until the business property at 3071 Schmidt Lane NE, Hubbard OR 97032 is sold, at which time the loan will be paid in full.

Class 5          Impaired Secured Claim of US Small Business Administration of $860,448.55 secured by a third lien on the property at 3071 Schmidt Lane NE, Hubbard, OR 97032. For a period of 12 months following the Effective Date of the Second Amended Plan, the monthly payments will be interest only with payments in the amount of $1,980.00. The loan will be paid in full upon sale of the business property at 3071 Schmidt Lane NE, Hubbard, OR 97032.

Class 6          Impaired Unsecured Inventory Related Claims of Current Suppliers. These claimants are:

| | |
|---|---|
| Cascadia Metals, Inc. (approximate) | $300,000.00 |
| RF Factor | 61,107.25 |
| Winrock – Superior Plus | 42,922.41 |
| Atlas Bolt & Screw | 8,109.88 |
| Champion Metal of Washington | 12,167.97 |
| TOTAL | $424,307.51 |

These creditors will be paid the amount of any current invoice shipped after confirmation of the Second Amended Plan plus an additional 1.5% of the invoice to apply toward the unpaid claim. These payments will continue until the claim is paid in full plus 3.25% interest. If any of the claimants cease to be suppliers of Debtor, the balance left owing on the claim will be amortized with monthly payments for 72 months with 3.25% interest.

23 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Class 7    Unimpaired Secured Claim of GreenTree Home Mortgage in the amount

of $159,004.44 secured by Debtors personal residence at 1129 Belle Passi Rd., Woodburn, OR

97071.  Debtor will continue to make the payments according to the terms of the mortgage.  At

the time the case was filed, there was no arrearage on the GreenTree Home Mortgage.  Since the

filing of the case, Debtor did become delinquent on the mortgage, however that delinquency has

been cured.  Debtor will stay current on the GreenTree Home Mortgage loan.

Class 8    Impaired Secured Claim of Marion County secured by Debtor's real

property at 3071 Schmidt Lane NE, Hubbard, OR 97032 in the approximate amount of $124,167.

Debtor will pay $4,000 for the past due property tax each month and pay the current taxes as

they come due in 3 monthly installments as allowed by the County.  The taxes will accrue

interest at the statutory rate of 16%.

Class 9    Impaired Secured Claim of Cascadia Metals Inc. in the amount of

$350,000 secured by a fourth lien on Debtor's real property at 3071 Schmidt Lane NE, Hubbard,

OR 97032.  Debtor will make no payments on this claim until the sale of the property.  Cascadia

will receive all funds left after payment of the prior liens.  The balance left owing, estimated at

$350,000, constitutes a general unsecured claim, a class 6 claim.

Class 10    Impaired Unsecured Claim of Chase Bank in the amount of $110,496.64.

This claim is for Debtor's use of a personal credit card to fund the Valley Rolling operation.  The

claim will be amortized over 120 months with interest at the rate of 3.25% per annum.  The first

payment will be due on the Effective Date in the amount of $1,079.76 with an equal monthly

payment thereafter for a total of 120 months.

24 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

<u>Class 11</u>      <u>Impaired Claim of Unsecured Claim Under $1,000</u> will be paid 60 days after the Effective Date of the Second Amended Plan without interest.  These claims are as follows:

| | |
|---|---|
| Primesource Building Products | $935.20 |
| Wells Fargo | 870.00 |
| Century Link | 773.29 |
| Pitney Bowes Purchase Power | 730.14 |
| Long Brothers Building Supply Inc. | 630.15 |
| AT&T | 610.74 |
| Pacific Marketing | 583.68 |
| J.J. Thayer Company | 569.73 |
| Pitney Bowes | 432.40 |
| Davison Auto Parts | 384.39 |
| Teletrac | 337.00 |
| Commercial Business Machines | 250.00 |
| Amerititle | 200.00 |
| G.W. Hardware | 199.19 |
| Industrial Welding Supply, Inc. | 165.69 |
| Oak Harbor Freight Lines, Inc. | 69.84 |
| Marion County Tax Collector | 42.99 |
| Northwest Natural Gas | 13.16 |
| Fastenal | 8.89 |

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

|  | TOTAL | $7,806.48 |
|---|---|---|

Class 12    Impaired Claim of Unsecured Creditors with claims over $1,000 that are not Current Inventory Suppliers.  These claims total $467,559.71 and will be amortized over 84 months with 3.25% interest.  The total monthly payment amount will be $6,230.83.  These creditors and monthly payments are as follows:

|  | Balance Owed | Payment |
|---|---|---|
| Marc Nelson Oil Products | $17,985.35 | $239.68 |
| Discover | 17,175.84 | 228.89 |
| Mackey Porth & Unrein | 9,838.97 | 84.96 |
| Toyota Lift Northwest | 6,375.00 | 67.68 |
| Les Schwab | 2,901.89 | 38.67 |
| MWI Components | 2,950.74 | 38.11 |
| Mt. Angel Telephone | 2,492.44 | 33.22 |
| National Manufacturing Co. | 2,014.98 | 26.85 |
| Aramark Uniform Services | 1,927.19 | 25.68 |
| Artis Metals Company, Inc. | 1,455.31 | 19.39 |
| McMinnville Gas Inc. | 1,406.36 | 18.74 |
| Portland General Electric | 1,332.90 | 17.76 |
| Protec, Inc. Security, Fire & Video | 1,295.00 | 17.26 |
| Cannonball | 29,134.12 | 388.25 |
| ISS West | 224,493.64 | 2,991.66 |
| Euler Hermes | 48,414.04 | 645.18 |

26 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

| | | |
|---|---|---|
| Penske (Disputed) | 60,949.29 | 346.66 |
| IRS General Unsecured | 14,254.31 | 189.96 |
| Associated Management Consultants (AMCI) | 26,013.61 | 346.66 |
| TOTAL | $467,559.71 | $6,230.83 |

<u>Class 13</u>     <u>Impaired Unsecured Claim of Agnes Hagenauer</u> in the amount of $259,000. This claim will be paid starting in the 60th month after confirmation with 3.25% interest. Monthly payments starting the 60th month after confirmation will be $4,682.72 per month until paid in full. The claim of Agnes Hagenauer in the amount of $259,000 will not accrue interest until after payments begin in the 60th month.

<u>Class 14</u>     <u>Impaired Unsecured Claim of Dennis Hagenauer</u> in the amount of $57,957.36 for money advanced by Dennis Hagenauer to Valley Rolling on his personal credit lines and in cash. This claim will be paid starting 60 months after the Effective Date with monthly payments of $1,047.87 for 60 months. Interest will accrue starting in the 60th month at 3.25% per annum.

<u>Class 15</u>     <u>Impaired Unsecured Claim of Employee Bruce Kahler</u> in the amount of $59,309.47. This debt will be paid in full with 3.25% interest starting on the Effective Date. Payments will be $1,072.32 per month for 60 months.

<u>Class 16</u>     <u>Impaired Claim for Unfunded 401(k) Plan</u> in the amount of $126,709.00. This claim is for unfunded 401(k) contributions for employees of Valley Rolling Corp. including Debtor and her husband. Payments on this claim will start January of 2018 in the amount of $3,500 per month without interest until paid in full.

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

Class 17    Impaired Secured Claim of KeyBank secured by 3071 Schmidt Lane NE, Hubbard, OR 97032, which is the amount of KeyBank's indebtedness in Class 1 by which the default rate of interest exceeds the non-default rate of interest in KeyBank's claim, and any late fees, pre-payment penalties and other default charges included in KeyBank's claim, which are subordinate to the SBA's Class 5 claim, as provided in the Prior Lienholder Agreement between SBA as assignee and KeyBank, dated February 14, 2012 and recorded February 23, 2012 in Marion County, Oregon, recording number 3359 p 88. These amounts will be paid from the sale of 3071 Schmidt Lane NE after payment in full to SBA Class 5.

Class 18    Disputed Secured Claim of AMCI (Associated Management Consultants Inc.) in the amount of $26,013.61. Debtor asserts the claim is unsecured and intends to file an objection to secured status of the claim. If the Court determines the claim is secured, the claim will be paid with five percent (5%) interest over sixty (60) months with monthly payments of $490.91 until paid. If the claim is determined by the Court to be unsecured, it will be paid as part of Class 12 over eighty-four (84) months at three and one-quarter percent (3.25%) interest and monthly payments of $346.66.

TREATMENT OF UNCLASSIFIED CLAIMS

**Administrative Claims** allowed by the Court for professional fees of Debtor's counsel, Debtor's financial consultant and Committee's Counsel shall be paid as follows: (1) a pro rata share of the account established pursuant to the Stipulated Final Order For Use of Cash Collateral (Doc. No. 153) at paragraph 10, (the "Accumulated Administrative Account") along with the Allowed 503(b)(9) Claims as set forth below, upon the Effective Date; (2) a pro rata share of any Avoidance Claims recoveries; (3) a pro rata share of monthly payments of $3,000

28 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

per month from the Effective Date for 12 months; (4) a pro rata share of monthly payments of $3,500 per month for the next 12 months; and (5) a pro rata share of monthly payments of $4,000 per month thereafter until paid in full.

**IRS Secured Claim** in the amount of $311,973.83 will be paid starting on the November 20, 2015 with monthly payments of $7,043.63 and interest at the rate of 3% per annum until paid in full.

**IRS Secured Claim for Amounts Due that Would Otherwise be General Unsecured Claim pursuant to Bankruptcy Code.** The IRS secured claims that, but for the security would otherwise be general unsecured claims can be paid over a longer period than sixty (60) months. This claim is for penalty in the amount of $136,423.00 and will be paid $500 per month starting November 2015 through September 2017. Starting October 2017 the payments will increase to $1,000 per month through September 2018. Starting October of 2018 the payments will increase to $1,250 through September of 2019. Starting October 2019 the payments will increase to $1,500 per month through September of 2020. Starting October of 2020 the payments will increase to $2,500 per month and continue until paid in full. Interest will accrue on the unpaid balance at 3% per annum.

**IRS Priority Claim** in the amount of $51,363.78 will be paid starting November 20, 2015 with monthly payments of $1,136.90 and interest at three percent (3%) until paid in full.

**Oregon Department of Revenue Priority Claim.** Upon the Effective Date of the Second Amended Plan, the unpaid balance of $47,287 will be paid over 48 months with

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

monthly payments of $1,154.41. The claim will be paid with interest of 8% per annum as required under § 511 of the bankruptcy code.

**Priority Tax Claim of California Board of Equalization** in the amount of $9,838.97 will be paid over 48 months with interest at the statutory rate of 9% per annum. Monthly payments starting on the Effective Date of the Second Amended Plan will be $244.84.

**Priority Claim of the Oregon Employment Division** in the amount of $50,902.49 will be paid over 48 months with the statutory interest rate of 8% per annum and monthly payments starting on the Effective Date of the Second Amended Plan in the amount of $1,242.68.

**503(b)(9) Claims.** There are filed 503(b)(9) administrative claims of $332,068.28. These claims are all from current suppliers including Cascadia Metals, Inc. which has filed a 503(b)(9) claim for $137,544.18, West Coast Metals for $174,456.90 and Atlas Bolt for $20,067.20. These claims will be paid 1.8% additional funds for each invoice for goods sold to Debtor. If the creditor ships goods invoiced at $100,000 they will be paid $100,000 plus 1.8% toward the 503(b)(3) claim which would equal an additional $1,800. This will continue until the claim, plus 3.25% interest, is paid in full. It is estimated that the amount of time required to pay the 503(b)(9) claims in full is 36 months from the Date of Confirmation as set forth on attached Exhibit B. Cascadia Metals and West Coast Metals have verbally agreed to the proposed treatment.

**Penske Administrative Claim** for post-petition charges incurred between September 29, 2014 and November 4, 2014 in the amount of $25,976.75. Debtor has filed a claim dispute on this claim alleging the claim should be reduced to $4,607.37. Debtor will be

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

required to pay on the Effective Date of the Plan, the full allowed claim of Penske, unless Penske

agrees in writing to be treated the same as the other administrative claims.

DATED: August 18, 2015

*/s/Laura Lee Hagenauer*
Laura Lee Hagenauer

PRESENTED BY:

*/s/Ted A. Troutman*

Ted A. Troutman, OSB # 844470
Troutman Law Firm P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
503-292-6788 TEL
503-596-2371 FAX
tedtroutman@sbcglobal.net
Of Attorneys for Debtor

31 – SECOND AMENDED DISCLOSURE STATEMENT

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

EXHIBIT LIST

EXHIBIT A – Liquidation Analysis

EXHIBIT B – Cash Flow Analysis

EXHIBIT C – Plan Payment Chart

EXHIBIT D – Historical Profit & Loss Statements Post-Petition

EXHIBIT E – Historical Profit & Loss Statements Pre-Petition

EXHIBIT F – Current Balance Sheet

EXHIBIT G – Personal Monthly Budget

EXHIBIT H – Sample Ballot for accepting or rejecting plan

Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788 TEL (503) 596-2371 FAX
tedtroutman@sbcglobal.net

# EXHIBIT A
## LIQUIDATION ANALYSIS
### Laura Lee Hagenauer
### Bankruptcy Case No. 14-63530-fra11

### Building and Land
### 3071 Schmidt Lane NE, Hubbard, OR 97032

| | |
|---|---|
| Value | $3,775,000.00 |
| 1st lien – KeyBank | <1,605,401.00> |
| 2nd lien – SBA | <   811.075.00> |
| 3rd lien – Oregon Business Development | <   660.000.00> |
| 4th lien – Cascadia Metals | <   634,358.00> |
| Marion County Tax | <   124,000.00> |
| IRS liens | <   481,899.61> |
| Cost of Sale – 7% | <   266,000.00> |
| Trustee's Commission | <   136,500.00>* |
| Equity | <   944,233.01> |
| Net to Estate | $    -0- |

### Debtor's Residence
### 1129 Belle Passi Rd., Woodburn, OR 97071
### 50% Interest

| | |
|---|---|
| Value | $ 250,000.00 |
| 1st lien – GreenTree (1/2) | <    79,502.00> |
| 2nd lien – Oregon Business Development (paid by Sale of building on Schmidt Lane) | -0- |
| Trustee's Commission at 3% | <     7,500.00> |
| Cost of Sale – 7% | <    17,500.00> |
| Exemption | <    22,975.00> |
| Equity | $  122,523.00 |
| IRS lien ($481,899.61) | <  122,523.00> |
| Net to Estate | $    -0- |

IRS lien remaining after house sale - $481,899.61 - $122,523.00 = $   359,576.61

### Whole Life Policy

| | |
|---|---|
| Value | $    9,936.56 |
| IRS lien | <     9,936.56> |
| Net to Estate | $    -0- |

Remaining IRS lien - $359,576.61 – $9,936.56 = $349,640.05

### Household Goods

| | |
|---|---|
| Value | $     6,000.00 |

Page 1 of 4

| | | | | |
|---|---|---|---|---|
| IRS line | | <       6,000.00> | | |
| Net to Estate | | | $ | -0- |

Remaining IRS lien - $349,640.05 - $6,000.00 = $343,640.05

## Books, Pictures, Home Décor

| | | | | |
|---|---|---|---|---|
| Value | $ | 1,500.00 | | |
| Exemption | < | 1,500.00> | | |
| Net to Estate | | | $ | -0- |

## Clothing and Shoes

| | | | | |
|---|---|---|---|---|
| Value | $ | 500.00 | | |
| Exemption | < | 500.00> | | |
| Net to Estate | | | $ | -0- |

## Jewelry

| | | | | |
|---|---|---|---|---|
| Value | $ | 1,000.00 | | |
| Exemption | < | 1,000.00> | | |
| Net to Estate | | | $ | -0- |

## Annuity

| | | | | |
|---|---|---|---|---|
| Value | $ | 57,858.00 | | |
| IRS lien | < | 57,858.00> | | |
| Net to Estate | | | $ | -0- |

Remaining IRS lien: $343,640.05- $57,858.00 = $285,782.05

## Valley Rolling Accounts Receivable

| | | | | |
|---|---|---|---|---|
| Value | $ | 422,308.49 | | |
| KeyBank lien | < | 548,610.21> | | |
| Net to Estate | | | $ | -0- |

Remaining KeyBank lien: $548,610.21 - $422,308.49 = $126,301.72

## 1988 Bounder Motorhome
## ½ interest

| | | | | |
|---|---|---|---|---|
| Value (1/2) | $ | 5,150.00 | | |
| IRS lien | < | 5,150.00> | | |
| Net to Estate | | | $ | -0- |

Remaining IRS lien: $285,782.05 - $5,150.00 = $280,632.05

Page 2 of 4

## 1997 Ford Expedition
### ½ interest

| | | |
|---|---|---|
| Value (1/2) | $ | 500.00 |
| Cost of Sale – 10% | < | 50.00> |
| Trustee's Commission – 3% | < | 15.00> |
| IRS lien | < | 435.00> |
| Net to Estate | | $    -0- |

Remaining IRS lien: $280.632.05 - $435.00 = $280,197.05

## 2011 Ford F350
### ½ interest

| | | |
|---|---|---|
| Value (1/2) | $ | 17,000.00 |
| Cost of Sale – 10% | < | 1,700.00> |
| Trustee's Commission – 3% | < | 510.00> |
| Debtor's Exemption | < | 3,675.00> |
| IRS lien | < | 11,115.00> |
| Net to Estate | | $    -0- |

Remaining IRS lien: $280,197.05 - $11,115.00 = $269,082.05

## Office Equipment

| | | |
|---|---|---|
| Value | $ | 49,180.27 |
| Cost of Sale – 10% | < | 4,918.03> |
| Trustee's Commission – 3% | < | 1,475.41> |
| IRS lien | < | 42,786.83> |
| Net to Estate | | $    -0- |

Remaining IRS lien: $269,082.05 - $42,786.83 = $226,295.22

## Equipment

| | | |
|---|---|---|
| Value | $ | 500,000.00 |
| VDI lien | < | 229,028.88> |
| Cost of Sale – 10% | < | 50,000.00> |
| Balance of KeyBank lien | < | 126,301.72> |
| Trustee's Commission – 3% | < | 15,000.00> |
| IRS lien | < | 79,669.40> |
| Net to Estate | | $    -0- |

Remaining IRS lien: $226,295.22 - $79,669.40 = $146,625.82

Lawn Mower

| | | |
|---|---|---|
| Value | $ | 3,000.00 |
| Cost of Sale – 10% | < | 300.00> |
| Trustee's Commission – 3% | < | 90.00> |
| IRS lien | < | 2,610.00> |
| Net to Estate | | $ -0- |

Remaining IRS lien: $146,625.82 - $2,610.00 = $144,015.82

Shop Tools

| | | |
|---|---|---|
| Value | $ | 3,000.00 |
| Cost of Sale – 10% | < | 300.00> |
| Trustee's Commission – 3% | < | 90.00> |
| IRS lien | < | 2,610.00> |
| Net to Estate | | $ -0- |

Remaining IRS lien: $144,015.82 - $2,610.00 = $141,405.82

Inventory

| | | |
|---|---|---|
| Value | $ | 761,803.12 |
| Cost of Sale – 10% | < | 76,180.31> |
| Trustee's Commission – 3% | < | 22,854.09> |
| IRS lien | < | 141,405.82> |
| Net to Estate | | $521,362.90 |

| | |
|---|---|
| Total Available before Priority and Administrative Costs | $521,362.90 |
| Priority Taxes – ODR | < 47,287.10> |
| Oregon Employment Department | < 50,902.00> |
| California Board of Equalization | < 9,839.00> |
| 503(b)(9) Claims** | <339,418.00> |
| Estimated Unpaid Administrative Expenses | <250,000.00> |
| **Balance Available to Unsecured Creditors** | $ -0- |

*Trustee's Commission:  25% of first $5,000; 10% of $5,000 - $50,000; 5% of $50,000 - $1,000,000; 3% of anything over $1,000,000

| Description | 100 2015 | 100 2015 | 100 2015 | 200 2015 | 300 2015 | 400 2015 | 500 2015 | 600 2015 | 700 2015 | 800 2015 | 900 2015 | 1000 2015 | Total 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

East Lake, Inc.
Projected Statement of Operations
Five Year Operating Forecast
2015

**Material Sales**
**Freight and Handling Charges**
**Freight In**
**Freight Out**
**Continued Carton Revenue**

**Payment & Pricing Discounts Allowed**

**Net Sales**

**Cost of Sales**
Materials
Freight
Total Material Costs

**Gross Profit**

**Manufacturing Expenses**
Propane
Wages
Fringe Benefits
Payroll Taxes
Payroll Taxes
Supplies
Shop Tools
Maintenance
Rent
Misc. Mfg. Expense
Power & Electricity
Garbage
Water & Sewer
Uniforms
Property Taxes
Property Taxes

**Total Manufacturing Expenses**

**Net Manufacturing Profit**

**Selling Expenses**
Wages
Fringe Benefits
Travel
Meals & Entertainment
Advertising
Freight Out
Office Expenses
Commissions
Travel - Car
Meals & Entertainment
Accounting Fees

**Administrative Exp.**
Wages & Salaries
Fringe Benefits
Travel - Car
Meals & Entertainment
Telephone/Internet
Office Expense
Credit Card Fees/Bank Chgs/OtherFees
Dues & Subscriptions
Postage
Data Processing Supplies
Bad Debt
Health/Dental/Disability Insurance
Licenses/Permits
Officers Life Insurance
Legal & Accounting
Security Monitoring
Leases/Contracts (Copiers, Etc.)
Outside Services
Insurance (D&O, WC, BOND)
Interest Expense

**Total Administrative Exp.**

**Delivery Expense**

Laura L. Hagenauer
dba Valley Rolling Corporation
 Plan Payments
2015 to 2024

| Description | Total Owed | %% | JAN 2015 Forecast |
|---|---|---|---|
| **Secured Creditors:** | | | |
| Key Bank - Mortgage | 1,605,401 | | 21,198 |
| Key Bank - LOC | 562,363 | | |
| IRS - Secured (Priority) | 311,974 | | 2,000 |
| IRS - Secured (General) | 136,423 | | |
| MWV-COG | 229,029 | | |
| SBA | 860,449 | | |
| OR. Bus. Development | 660,000 | | |
| Cascadia (Secured) | 350,000 | | |
| Property Taxes | 124,167 | | |
| | - | | 23,198 |
| **Priority Creditors:** | | | |
| Oregon Employment Division | 50,902 | 48 Mo's | |
| Oregon Withholding | 47,287 | 48 Mo's | |
| IRS Priority | 51,364 | | |
| 503(b) 9 Claims | 332,068 | 1.85% | |
| Cal. BOE | 9,839 | 48 Mo's | |
| | | | - |
| **Unsecured Non-Priority:** | | | |
| Chase | 110,497 | 120 Mo's | |
| Post Petition CLASS "Inventory Related" | 424,307 | 1.50% | |
| Post Petiton Plan Payments Class - Over $1,001 | 467,560 | 80 Mo's | |
| Post Petition Plan Class "under $1k" | 7,806 | 1 Pmt. | |
| AMCI | 26,014 | | |
| Agnes Hagenauer | 259,000 | 60 Mo's | |
| Dennis Hageouer | 57,957 | 60 Mo's | |
| Bruce Kahler | 59,309 | 61 Mo's | |
| Administrative Expenses | 250,000 | | |
| 401(k) Payments | 126,709 | Start Jan. 2018 | |
| | | | - |
| | 7,120,424 | | |
| Total Plan Payments | | | |

EXHIBIT  *C*
Page  *1*   Of *20*

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| | FEB 2015 Forecast | MAR 2015 Forecast | APR 2015 Forecast | MAY 2015 Forecast | JUN 2015 Forecast | JUL 2015 Forecast | AUG 2015 Forecast | SEP 2015 Forecast | OCT 2015 Forecast |
|---|---|---|---|---|---|---|---|---|---|
| | 21,198 | 21,198 | 21,198 | 6,555 | 6,555 | 6,555 | 6,555 | 6,555 | 14,730 |
| | | | | | | | | | 11,003 |
| | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 7,044 |
| | | | | | | | | | 1,129 |
| | | | | | | | | | 1,980 |
| | | | | | | | | | 4,250 |
| | | | | - | - | - | - | - | 4,000 |
| | 23,198 | 23,198 | 23,198 | 8,555 | 8,555 | 8,555 | 8,555 | 8,555 | 44,136 |
| | | | | | | | | | 1,154 |
| | | | | | | | | | 1,243 |
| | | | | | | | | | 1,137 |
| | | | | | | | | | 44,239 |
| | | | | | | | | | 245 |
| | - | - | - | - | - | - | - | - | 48,018 |
| | | | | | | | | | 1,080 |
| | | | | | | | | | 9,286 |
| | | | | | | | | | 6,231 |
| | | | | | | | 7,806 | | |
| | | | | | | | | | 1,072 |
| | | | | | | | | | 33,761 |
| | - | - | - | - | - | - | 7,806 | - | 51,430 |
| | | | | 8,555 | 8,555 | 8,555 | 16,362 | 8,555 | 143,584 |

EXHIBIT  *C*
Page 2 Of 20

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| | NOV 2015 Forecast | DEC 2015 Forecast | YTD Total 2015 | JAN 2016 | FEB 2016 | MAR 2016 | APR 2016 | MAY 2016 |
|---|---|---|---|---|---|---|---|---|
| | 14,730 | 14,730 | 161,757 | 14,730 | 1,605,401 | - | - | - |
| | 11,003 | 11,003 | 33,010 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 |
| | 7,044 | 7,044 | 39,131 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 |
| | 500 | 500 | 1,000 | 500 | 500 | 500 | 500 | 500 |
| | 1,129 | 1,129 | 3,387 | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 |
| | 1,980 | 1,980 | 5,940 | 1,980 | 860,449 | - | - | - |
| | 4,250 | 4,250 | 12,750 | 4,250 | 643,000 | 0 | 0 | - |
| | | | | | 290,000 | 5,000 | 5,000 | - |
| | 4,000 | 4,000 | 12,000 | 4,000 | 108,167 | - | - | - |
| | 44,636 | 44,636 | 268,975 | 44,636 | 3,526,693 | 24,676 | 24,676 | 19,676 |
| | 1,154 | 1,154 | 3,462 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 |
| | 1,243 | 1,243 | 3,729 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 |
| | 1,137 | 1,137 | 3,411 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 |
| | 10,908 | | 55,147 | 7,747 | 7,611 | 8,376 | 9,039 | 10,131 |
| | 245 | | 490 | 245 | 245 | 245 | 245 | 245 |
| | 14,686 | 3,534 | 66,238 | 11,526 | 11,389 | 12,155 | 12,818 | 13,910 |
| | 1,080 | | 2,160 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| | 9,120 | | 18,407 | 6,282 | 6,171 | 6,792 | 7,329 | 8,215 |
| | 6,231 | | 12,462 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 |
| | | | 7,806 | | | | | |
| | 491 | 491 | 982 | 491 | 491 | 982 | 982 | 491 |
| | | | - | | | | | |
| | | | - | | | | | |
| | 1,072 | | 2,145 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 |
| | 3,000 | 3,000 | 39,761 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| | | | - | | | | | |
| | 20,994 | 3,491 | 83,722 | 18,155 | 18,045 | 19,156 | 19,694 | 20,088 |
| | 80,316 | 51,661 | 418,935 | 74,317 | 3,556,127 | 55,987 | 57,188 | 53,674 |

EXHIBIT _C_
Page _3_ Of _20_

Case 14-63530-fra11    Doc 221    Filed 08/18/15


| | |
|---|---:|
| Sale | 3,800,000 |
| Costs | (228,000) |
| Cash from Closing | 3,572,000 |
| Payoff: Key Bank | (1,605,401) |
| SBA | (860,449) |
| Or. Bus. Devel. | (643,000) |
| Cascadia | (290,000) |
| 503(b)9 Claims | (7,611) |
| Capital Gains Taxes at 25% | (137,230) |
| Net Cash from Sale | 28,310 |

EXHIBIT _C_
Page _4_ Of _2C_

Case 14-63530-fra11   Doc 221   Filed 08/18/15

| JUN 2016 | JUL 2016 | AUG 2016 | SEP 2016 | OCT 2016 | NOV 2016 | DEC 2016 | YTD 2016 |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1,620,131 |
| 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 132,039 |
| 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 84,524 |
| 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 1,129 | 13,548 |
| | | | | | | | 862,429 |
| | | | | | | | 647,250 |
| 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 333,335 |
| - | - | - | - | - | - | - | 112,167 |
| 24,438 | 24,438 | 24,438 | 24,438 | 24,438 | 24,438 | 24,438 | 3,811,423 |
| 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 13,848 |
| 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 14,916 |
| 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 13,643 |
| 11,185 | 11,120 | 11,824 | 12,193 | 12,193 | 11,824 | 8,463 | 121,707 |
| 245 | 245 | 245 | 245 | 245 | 245 | | 2,693 |
| 14,964 | 14,899 | 15,602 | 15,972 | 15,972 | 15,602 | 11,997 | 166,807 |
| 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | | 11,877 |
| 9,069 | 9,016 | 9,587 | 9,886 | 9,886 | 9,587 | | 91,819 |
| 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | | 68,539 |
| | | | | | | | - |
| 491 | 491 | 491 | 491 | 491 | 491 | 491 | 6,873 |
| | | | | | | | - |
| | | | | | | | - |
| 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | | 11,796 |
| 3,000 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 39,000 |
| | | | | | | | - |
| 20,943 | 21,390 | 21,961 | 22,260 | 22,260 | 21,961 | 3,991 | 229,904 |
| 60,344 | 60,727 | 62,001 | 62,670 | 62,670 | 62,001 | 40,426 | 4,208,133 |

4,208,133

EXHIBIT C
Page 5 Of 20

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| | JAN 2017 | FEB 2017 | MAR 2017 | APR 2017 | MAY 2017 | JUN 2017 | JUL 2017 | AUG 2017 | SEP 2017 |
|---|---|---|---|---|---|---|---|---|---|
| | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 |
| | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 |
| | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| | 1,129 | 1,129 | 1,129 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 |
| | 4,762 | 4,762 | 4,762 | 2,378 | - | - | - | - | - |
| | - | - | - | - | | | | | - |
| | 24,438 | 24,438 | 24,438 | 22,716 | 20,338 | 20,338 | 20,338 | 20,338 | 20,338 |
| | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 |
| | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 |
| | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 |
| | 7,858 | 7,720 | 8,496 | 9,169 | 10,276 | 11,345 | 11,279 | 11,993 | 12,368 |
| | 245 | 245 | 245 | 245 | 245 | 245 | 245 | 245 | 245 |
| | 11,637 | 11,498 | 12,275 | 12,947 | 14,055 | 15,124 | 15,058 | 15,772 | 16,147 |
| | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| | 6,372 | 6,259 | 6,889 | 7,434 | 8,332 | 9,199 | 9,145 | 9,724 | 10,028 |
| | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 |
| | 491 | 491 | 491 | 491 | 491 | 491 | 491 | 491 | 491 |
| | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 |
| | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 4,000 | 4,000 | 4,000 |
| | 18,745 | 18,633 | 19,263 | 19,808 | 20,706 | 21,572 | 22,019 | 22,598 | 22,902 |
| | 54,821 | 54,570 | 55,976 | 55,471 | 55,099 | 57,034 | 57,415 | 58,708 | 59,386 |


EXHIBIT C
Page 6 Of 20

| | OCT 2017 | NOV 2017 | DEC 2017 | YTD 2017 | | JAN 2018 | FEB 2018 | MAR 2018 | APR 2018 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | - | | | | | |
| | 11,003 | 11,003 | 11,003 | 132,039 | | 11,003 | 11,003 | 11,003 | 11,003 |
| | 7,044 | 7,044 | 7,044 | 84,524 | | 7,044 | 7,044 | 7,044 | 7,044 |
| | 1,000 | 1,000 | 1,000 | 7,500 | | 1,000 | 1,000 | 1,000 | 1,000 |
| | 1,791 | 1,791 | 1,791 | 19,506 | | 1,791 | 1,791 | 1,791 | 1,791 |
| | | | | - | | | | | |
| | - | - | - | 16,665 | | - | - | - | - |
| | - | - | | | | - | | | |
| | 20,838 | 20,838 | 20,838 | 260,234 | | 20,838 | 20,838 | 20,838 | 20,838 |
| | 1,154 | 1,154 | 1,154 | 13,848 | | 1,154 | 1,154 | 1,154 | 1,154 |
| | 1,243 | 1,243 | 1,243 | 14,916 | | 1,243 | 1,243 | 1,243 | 1,243 |
| | 1,137 | 1,137 | 1,137 | 13,643 | | 1,137 | 1,137 | 1,137 | 1,137 |
| | 12,368 | 11,993 | 8,584 | 123,449 | | 8,251 | 8,106 | 8,921 | 6,157 |
| | 245 | 245 | 245 | 2,938 | | 245 | 245 | 245 | 245 |
| | 16,147 | 15,772 | 12,363 | 168,794 | | 12,030 | 11,884 | 12,700 | 9,936 |
| | 1,080 | 1,080 | 1,080 | 12,957 | | 1,080 | 1,080 | 1,080 | 1,080 |
| | 10,028 | 9,724 | 6,960 | 100,094 | | 6,690 | 6,572 | 7,233 | 7,806 |
| | 6,231 | 6,231 | 6,231 | 74,770 | | 6,231 | 6,231 | 6,231 | 6,231 |
| | | | | - | | | | | |
| | 491 | 491 | 491 | 5,891 | | 491 | 491 | 491 | 491 |
| | | | | - | | | | | |
| | | | | - | | | | | |
| | 1,072 | 1,072 | 1,072 | 12,868 | | 1,072 | 1,072 | 1,072 | 1,072 |
| | 4,000 | 4,000 | 4,000 | 45,000 | | 4,000 | 4,000 | 4,000 | 4,000 |
| | | | | | | 3,500 | 3,500 | 3,500 | 3,500 |
| | | | | - | | | | | |
| | 22,902 | 22,598 | 19,834 | 251,580 | | 23,064 | 22,946 | 23,607 | 24,180 |
| | 59,886 | 59,208 | 53,035 | 680,608 | | 55,932 | 55,668 | 57,145 | 54,953 |

EXHIBIT C
Page 7 Of 20
Case 14-63530-fra11   Doc 221   Filed 08/18/15

| MAY 2018 | JUN 2018 | JUL 2018 | AUG 2018 | SEP 2018 | OCT 2018 | NOV 2018 | DEC 2018 | YTD 2018 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | - |
| 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 132,039 |
| 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 84,524 |
| 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,250 | 1,250 | 1,250 | 12,750 |
| 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 21,492 |
| | | | | | | | | - |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 20,838 | 20,838 | 20,838 | 20,838 | 20,838 | 21,088 | 21,088 | 21,088 | 250,805 |
| 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 13,848 |
| 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 14,916 |
| 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 13,643 |
| 6,157 | 6,157 | | | | | | | 43,749 |
| 245 | 245 | 245 | 245 | 245 | 245 | 245 | 245 | 2,938 |
| 9,936 | 9,936 | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 | 89,094 |
| 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 12,957 |
| 8,749 | 9,659 | 9,603 | 10,210 | 10,529 | 10,529 | 10,210 | 7,308 | 105,099 |
| 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 74,770 |
| | | | | | | | | - |
| 491 | 491 | 491 | 491 | 491 | 491 | 491 | 491 | 5,891 |
| | | | | | | | | - |
| | | | | | | | | - |
| 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 12,868 |
| 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 48,000 |
| 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 42,000 |
| 25,123 | 26,032 | 25,977 | 26,584 | 26,903 | 26,903 | 26,584 | 23,682 | 301,585 |
| 55,896 | 56,806 | 50,593 | 51,201 | 51,520 | 51,770 | 51,451 | 48,549 | 641,484 |

EXHIBIT C
Page 8 Of 20

Case 14-63530-fra11    Doc 221    Filed 08/18/15



| | JAN 2019 | FEB 2019 | MAR 2019 | APR 2019 | MAY 2019 | JUN 2019 | JUL 2019 | AUG 2019 |
|---|---|---|---|---|---|---|---|---|
| | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 |
| | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 | 7,044 |
| | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 |
| | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | 21,088 | 21,088 | 21,088 | 21,088 | 21,088 | 21,088 | 21,088 | 21,088 |
| | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 | 1,154 |
| | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 | 1,243 |
| | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 |
| | 245 | 245 | 245 | 245 | 245 | 245 | 245 | 245 |
| | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 | 3,779 |
| | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| | 7,025 | 6,901 | 7,595 | 8,196 | 9,186 | 10,141 | 10,083 | 10,721 |
| | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 |
| | 491 | 491 | 491 | 491 | 491 | 491 | 491 | 491 |
| | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 |
| | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| | 23,398 | 23,275 | 23,969 | 24,570 | 25,560 | 26,515 | 26,457 | 27,095 |
| | 48,265 | 48,141 | 48,835 | 49,437 | 50,427 | 51,382 | 51,323 | 51,961 |

EXHIBIT 
Page 9 Of 20

| | SEP 2019 | OCT 2019 | NOV 2019 | DEC 2019 | YTD 2019 | | JAN 2020 | FEB 2020 | MAR 2020 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | - | | | | |
| | 11,003 | 11,003 | 11,003 | 11,003 | 132,039 | | 11,003 | 11,003 | 11,003 |
| | 7,044 | | | | 63,393 | | | | |
| | 1,250 | 1,500 | 1,500 | 1,500 | 15,750 | | 1,500 | 1,500 | 1,500 |
| | 1,791 | 1,791 | 1,791 | 1,791 | 21,492 | | 1,791 | 1,791 | 1,791 |
| | | | | | - | | | | |
| | | | | | - | | | | |
| | - | - | - | - | - | | - | - | - |
| | - | - | - | - | - | | | | |
| | 21,088 | 14,294 | 14,294 | 14,294 | 232,674 | | 14,294 | 14,294 | 14,294 |
| | 1,154 | | | | 10,386 | | | | |
| | | | | | 9,944 | | | | |
| | 1,137 | 1,137 | | | 11,369 | | | | |
| | 245 | 245 | 245 | | 2,693 | | | | |
| | 2,536 | 1,382 | 245 | - | 34,392 | | - | - | - |
| | 1,080 | 1,080 | 1,080 | 1,080 | 12,957 | | 1,080 | 1,080 | 1,080 |
| | 11,056 | 11,056 | 10,721 | 7,674 | 110,354 | | 1,655 | | |
| | 6,231 | 6,231 | 6,231 | 6,231 | 74,770 | | 6,231 | 6,231 | 6,231 |
| | | | | | - | | | | |
| | 491 | 491 | 491 | 491 | 5,891 | | 491 | 491 | 491 |
| | | | | | - | | | | |
| | | | | | - | | | | |
| | 1,072 | 1,072 | 1,072 | 1,072 | 12,868 | | 1,072 | 1,072 | 1,072 |
| | 4,000 | 4,000 | 4,000 | 4,000 | 48,000 | | 4,000 | 4,000 | 4,000 |
| | 3,500 | 3,500 | 3,500 | 3,500 | 42,000 | | 3,500 | 3,500 | 3,500 |
| | 27,430 | 27,430 | 27,095 | 24,047 | 306,840 | | 18,029 | 16,374 | 16,374 |
| | 51,053 | 43,106 | 41,634 | 38,342 | 573,906 | | 32,323 | 30,668 | 30,668 |

EXHIBIT _C_
Page _16_ Of _20_

| | APR 2020 | MAY 2020 | JUN 2020 | JUL 2020 | AUG 2020 | SEP 2020 | OCT 2020 | NOV 2020 | DEC 2020 |
|---|---|---|---|---|---|---|---|---|---|
| | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | 11,003 | | | |
| | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 2,500 | 2,500 | 2,500 |
| | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 1,791 | 199,922 | | |
| | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| | 14,294 | 14,294 | 14,294 | 14,294 | 14,294 | 14,294 | 202,422 | 2,500 | 2,500 |

| | APR 2020 | MAY 2020 | JUN 2020 | JUL 2020 | AUG 2020 | SEP 2020 | OCT 2020 | NOV 2020 | DEC 2020 |
|---|---|---|---|---|---|---|---|---|---|
| | - | - | - | - | - | - | - | - | - |
| | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 |
| | 491 | 491 | 491 | 491 | 491 | 491 | 491 | | |
| | | | | | | | 4,683 | 4,683 | 4,683 |
| | | | | | | | 1,048 | 1,048 | 1,048 |
| | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | 1,072 | | | |
| | 4,000 | 4,000 | 4,000 | 4,000 | 2,239 | | | | |
| | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 4,209 |
| | 16,374 | 16,374 | 16,374 | 16,374 | 14,613 | 12,374 | 17,032 | 16,541 | 17,250 |
| | 30,668 | 30,668 | 30,668 | 30,668 | 28,907 | 26,668 | 219,455 | 19,041 | 19,750 |

EXHIBIT C

Page 11 Of 20

Case 14-63530-fra11   Doc 221   Filed 08/18/15

| YTD 2020 | JAN 2021 | FEB 2021 | MAR 2021 | APR 2021 | MAY 2021 | JUN 2021 | JUL 2021 |
|---|---|---|---|---|---|---|---|
| - | | | | | | | |
| 99,030 | | | | | | | |
| - | | | | | | | |
| 21,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| 216,041 | | | | | | | |
| - | | | | | | | |
| - | | | | | | | |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| 336,071 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| - | | | | | | | |
| - | | | | | | | |
| - | | | | | | | |
| - | | | | | | | |
| - | | | | | | | |
| - | - | - | - | - | - | - | - |
| 12,957 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| 1,655 | | | | | | | |
| 74,770 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 |
| - | | | | | | | |
| 4,909 | | | | | | | |
| 14,048 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 |
| 3,144 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 |
| 9,651 | | | | | | | |
| 30,239 | | | | | | | |
| 42,709 | | | | | | | |
| 194,082 | 13,041 | 13,041 | 13,041 | 13,041 | 13,041 | 13,041 | 13,041 |
| 530,153 | 15,541 | 15,541 | 15,541 | 15,541 | 15,541 | 15,541 | 15,541 |

EXHIBIT _C_
Page _12_ Of _20_

Case 14-63530-fra11    Doc 221    Filed 08/18/15



| | AUG 2021 | SEP 2021 | OCT 2021 | NOV 2021 | DEC 2021 | YTD 2021 | | JAN 2022 | FEB 2022 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | - | | | |
| | | | | | | - | | | |
| | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 | | 2,500 | 2,500 |
| | | | | | | - | | | |
| | | | | | | - | | | |
| | - | - | - | - | - | - | | - | - |
| | - | - | - | - | - | - | | - | - |
| | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 | | 2,500 | 2,500 |
| | | | | | | - | | | |
| | | | | | | - | | | |
| | | | | | | - | | | |
| | | | | | | - | | | |
| | - | - | - | - | - | - | | - | - |
| | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 12,957 | | 1,080 | 1,080 |
| | 6,231 | 6,231 | 6,231 | 6,231 | 6,231 | 74,770 | | 6,231 | 6,231 |
| | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 56,193 | | 4,683 | 4,683 |
| | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 12,574 | | 1,048 | 1,048 |
| | 13,041 | 13,041 | 13,041 | 13,041 | 13,041 | 156,494 | | 13,041 | 13,041 |
| | 15,541 | 15,541 | 15,541 | 15,541 | 15,541 | 186,494 | | 15,541 | 15,541 |

EXHIBIT C
Page 13 Of 26

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| | MAR 2022 | APR 2022 | MAY 2022 | JUN 2022 | JUL 2022 | AUG 2022 | SEP 2022 | OCT 2022 | NOV 2022 |
|---|---|---|---|---|---|---|---|---|---|
| | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| | - | - | | | | | | | |
| | - | - | | | | | | | |
| | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| | - | - | - | - | - | - | - | - | - |
| | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| | 6,231 | 6,231 | 6,231 | 8,895 | | | | | |
| | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 |
| | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 |
| | 13,041 | 13,041 | 13,041 | 15,705 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |
| | 15,541 | 15,541 | 15,541 | 18,205 | 9,310 | 9,310 | 9,310 | 9,310 | 9,310 |

EXHIBIT C
Page 14 Of 20

| | DEC 2022 | YTD 2022 | | JAN 2023 | FEB 2023 | MAR 2023 | APR 2023 | MAY 2023 | JUN 2023 |
|---|---|---|---|---|---|---|---|---|---|
| | | - | | | | | | | |
| | | - | | | | | | | |
| | 2,500 | 30,000 | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | 2,500 | 30,000 | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | | - | | | | | | | |
| | - | - | | - | - | - | - | - | - |
| | 1,080 | 12,957 | | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| | | 40,049 | | | | | | | |
| | 4,683 | 56,193 | | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 |
| | 1,048 | 12,574 | | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 |
| | 6,810 | 121,773 | | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |
| | 9,310 | 151,773 | | 9,310 | 9,310 | 9,310 | 9,310 | 9,310 | 9,310 |

EXHIBIT C

Page 15 Of 20

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| | JUL 2023 | AUG 2023 | SEP 2023 | OCT 2023 | NOV 2023 | DEC 2023 | YTD 2023 | | JAN 2024 |
|---|---|---|---|---|---|---|---|---|---|
| | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 | | 2,500 |
| | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 | | 2,500 |
| | - | - | - | - | - | - | - | | - |
| | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 12,957 | | 1,080 |
| | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 56,193 | | 4,683 |
| | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 12,574 | | 1,048 |
| | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 81,724 | | 6,810 |
| | 9,310 | 9,310 | 9,310 | 9,310 | 9,310 | 9,310 | 111,724 | | 9,310 |



EXHIBIT _____ C
Page _16_ Of _20_

| FEB 2024 | MAR 2024 | APR 2024 | MAY 2024 | JUN 2024 | JUL 2024 | AUG 2024 | SEP 2024 | OCT 2024 |
|---|---|---|---|---|---|---|---|---|
| 2,500 | 2,500 | 653 | | | | | | |
| 2,500 | 2,500 | 653 | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 |
| 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 |
| 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |
| 9,310 | 9,310 | 7,463 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |

EXHIBIT _C_
Page _17_ Of _20_

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| | NOV 2024 | DEC 2024 | YTD 2024 | | JAN 2025 | FEB 2025 | MAR 2025 | APR 2025 | MAY 2025 |
|---|---|---|---|---|---|---|---|---|---|
| | | | 8,153 | | | | | | |
| | - | - | 8,153 | | - | - | - | - | - |
| | - | - | - | | - | - | - | - | - |
| | 1,080 | 1,080 | 12,957 | | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| | 4,683 | 4,683 | 56,193 | | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 |
| | 1,048 | 1,048 | 12,574 | | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 |
| | 6,810 | 6,810 | 81,724 | | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |
| | 6,810 | 6,810 | 89,877 | | 6,810 | 6,810 | 6,810 | 6,810 | 6,810 |

EXHIBIT _C_
Page _18_ Of _26_

Case 14-63530-fra11    Doc 221    Filed 08/18/15

| | JUN 2025 | JUL 2025 | AUG 2025 | SEP 2025 | OCT 2025 | NOV 2025 | DEC 2025 | YTD 2025 |
|---|---|---|---|---|---|---|---|---|
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| | 1,080 | 1,279 | | | | | | 7,757 |
| | 4,683 | 4,683 | 4,683 | 4,683 | 4,683 | | | 46,827 |
| | 1,048 | 1,048 | 1,048 | 1,048 | 1,048 | | | 10,479 |
| | 6,810 | 7,009 | 5,731 | 5,731 | 5,731 | - | - | 65,063 |
| | 6,810 | 7,009 | 5,731 | 5,731 | 5,731 | - | - | 65,063 |

EXHIBIT __C__
Page __19__ Of __20__

| Total Paid To-Date | | |
| --- | --- | --- |
| 1,781,888 | | |
| 660,197 | 660,197 | |
| 356,094 | | |
| 162,153 | 161,170 | 983.44 |
| 295,466 | | |
| 868,369 | | |
| 660,000 | | |
| 350,000 | | - |
| 124,167 | | |
| 55,392 | | |
| 58,421 | | |
| 55,708 | | |
| 344,052 | | |
| 11,752 | | |
| 125,451 | | |
| 427,427 | (3,120) | |
| 494,900 | | (27,340) |
| 7,806 | | |
| 30,436 | | |
| 285,646 | | |
| 63,920 | | |
| 62,195 | | |
| - | | |
| 250,000 | - | |
| 126,709 | | |
| 7,658,150 | | |

EXHIBIT C
Page 20 Of 20

# Valley Rolling Corporation
## Operating Forecast
### 2013

All monthly columns are labeled "2013 Actual".

| Description | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD Total | YTD % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Material Sales | 508,327 | 428,129 | 459,899 | 613,232 | 610,124 | 744,365 | 650,590 | 734,325 | 847,033 | 756,417 | 592,790 | 540,919 | 7,486,149 | 101.2% |
| Labor/Handling Charges | 4,156 | 1,345 | 903 | 2,242 | 2,615 | 600 | 2,202 | 2,770 | 3,383 | 4,323 | 2,112 | 3,137 | 32,677 | 0.4% |
| Freight & Pkg. Revenue | 1,503 | 4,636 | 8,797 | 12,224 | 9,489 | 10,111 | 10,764 | 4,103 | 6,728 | 11,623 | 6,837 | 11,623 | 96,749 | 1.3% |
| Common Carrier Revenue | 117 | 60 | 119 | 119 | 178 | 131 | 131 | 119 | 95 | 121 | 120 | 177 | 1,488 | 0.0% |
| Multi-Bldg Item Category Discount | (787) | (377) | (428) | (184) | (331) | (371) | (343) | (385) | (420) | (377) | (42) | (1,138) | (4,987) | 0.0% |
| Discounts Allowed | (15,424) | (13,781) | (14,388) | (18,801) | (18,709) | (21,610) | (26,627) | (19,112) | (19,324) | (27,452) | (20,736) | (8,033) | (223,997) | -3.0% |
| **Total Sales** | 497,776 | 419,952 | 454,859 | 608,824 | 603,188 | 735,663 | 630,668 | 728,412 | 834,925 | 739,638 | 583,512 | 558,445 | 7,395,852 | 100.0% |
| % of Total | 6.7% | 5.7% | 6.2% | 8.2% | 8.2% | 9.9% | 8.5% | 9.8% | 11.3% | 10.0% | 7.9% | 7.6% | | 100.0% |
| **Cost of Sales** | | | | | | | | | | | | | | |
| Materials | 347,658 | 316,525 | 363,291 | 445,186 | 420,350 | 524,161 | 456,845 | 519,847 | 603,155 | 525,643 | 410,273 | 381,489 | 5,314,422 | 71.9% |
| Scrap | (433) | 283 | (940) | (898) | — | 2,024 | 2,274 | (250) | 1,178 | (682) | — | 559 | 3,082 | 0.0% |
| Freight In | (732) | — | — | 25 | — | (200) | — | — | 13,000 | — | 1,300 | — | 13,426 | 0.2% |
| **Total Material Costs** | 346,493 | 316,808 | 362,350 | 444,313 | 420,350 | 525,985 | 459,119 | 519,597 | 617,333 | 524,960 | 411,573 | 382,048 | 5,330,920 | 72.1% |
| % | 69.6% | 75.4% | 79.7% | 73.0% | 69.7% | 71.5% | 72.8% | 71.3% | 73.9% | 71.0% | 70.5% | 68.4% | | 72.1% |
| **Delivery Expenses** | | | | | | | | | | | | | | |
| Wages/Labor | 14,578 | 15,188 | 23,026 | 20,076 | 19,307 | 24,906 | 17,524 | 22,491 | 20,593 | 20,440 | 20,830 | 14,431 | 233,388 | 3.2% |
| Independent Contractor/Driver | — | — | — | — | — | — | — | — | — | — | 500 | — | 500 | 0.0% |
| Fringe Benefits | 4,225 | 4,225 | 5,436 | 6,647 | 4,761 | 5,413 | 5,921 | 4,711 | 4,711 | 3,688 | 3,688 | 3,688 | 57,113 | 0.8% |
| Truck Driver Expense | 253 | 522 | — | 1,653 | 494 | 2,460 | 300 | 1,444 | 2,026 | 880 | 522 | 3,681 | 14,233 | 0.2% |
| Cellular Phone /Truck | 117 | 60 | 119 | 119 | 178 | 131 | 131 | 119 | 95 | 121 | 120 | 177 | 1,488 | 0.0% |
| Truck Expense | 16 | 121 | 463 | 51 | — | 59 | 59 | 80 | 55 | 121 | 569 | 337 | 2,834 | 0.0% |
| Truck Tracking | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 4,044 | 0.1% |
| Truck Lease | 8,436 | 11,442 | 10,557 | 10,733 | 13,339 | 11,053 | 10,582 | 10,345 | 12,585 | 12,585 | 7,255 | 7,255 | 123,267 | 1.7% |
| Trailer Expense | 123 | 443 | (21) | 193 | — | 3,454 | 4,114 | 2,767 | 222 | 1,292 | 2,275 | 49 | 14,910 | 0.2% |
| Gas/Fuel | 9,343 | 11,567 | 8,992 | 13,980 | 12,833 | 13,999 | 9,706 | 12,392 | 12,710 | 12,978 | 7,791 | 10,123 | 136,414 | 1.8% |
| Gas/Fuel (Pickup) | 1,060 | 1,065 | 243 | 473 | 652 | 1,352 | 876 | 1,037 | 1,859 | 2,620 | 1,921 | 4,081 | 17,239 | 0.2% |
| Pickup Expense | 973 | 393 | 11 | 277 | (133) | 24 | 51 | 14 | 818 | 617 | 29 | 7 | 3,081 | 0.0% |
| H/wy. & Fuel Tax (ODOT Fees) | 3,238 | 2,675 | 2,449 | 2,601 | 3,909 | 4,326 | 3,291 | 3,707 | 2,945 | 3,571 | 5,638 | 5,477 | 43,826 | 0.6% |
| Freight Expense (Outgoing) | 1,012 | 633 | 504 | 1,022 | 522 | 818 | 970 | 589 | 147 | 1,371 | 664 | 1,501 | 9,753 | 0.1% |
| **Total Delivery Expense** | 43,710 | 48,670 | 52,118 | 55,864 | 53,593 | 70,688 | 54,333 | 58,191 | 57,101 | 59,548 | 56,898 | 51,377 | 662,091 | 9.0% |
| % | 8.8% | 11.6% | 11.5% | 9.2% | 8.9% | 9.6% | 8.6% | 8.0% | 6.8% | 8.1% | 9.8% | 9.2% | | 9.0% |
| **Manufacturing Expenses** | | | | | | | | | | | | | | |
| Wages/Labor | 9,148 | 10,081 | 13,518 | 9,755 | 17,091 | 12,408 | 13,138 | 18,380 | 16,678 | 18,565 | 18,093 | 20,012 | 176,867 | 2.4% |
| Propane | 99 | 523 | 189 | 561 | 519 | 390 | 416 | (22) | 802 | 450 | 950 | 418 | 5,293 | 0.1% |
| Fringe Benefits | 5,776 | 5,776 | 5,776 | 4,376 | 4,225 | 4,225 | 4,225 | 4,225 | 4,225 | 4,225 | 4,225 | 4,425 | 55,705 | 0.8% |
| Payroll Taxes | 4,794 | 5,198 | 6,069 | 5,355 | 6,745 | 7,542 | 5,368 | 6,644 | 5,983 | 6,126 | 5,918 | 4,990 | 70,731 | 1.0% |
| Workers Comp | 633 | 633 | 633 | 316 | 633 | 633 | 633 | 1,100 | 633 | 633 | 1,300 | 200 | 7,349 | 0.1% |
| Supplies | — | — | — | — | — | 59 | — | — | — | — | 7 | 7 | 73 | 0.0% |
| Packaging | 3,488 | (437) | 1,904 | 2,254 | 1,288 | 665 | 3,498 | 3,612 | 454 | 2,889 | 2,807 | (1,120) | 21,302 | 0.3% |
| Health & Safety | 337 | 542 | — | 76 | 95 | — | — | 337 | — | 84 | 7 | 235 | 1,369 | 0.0% |
| Power & Electricity | 1,032 | 1,058 | 1,030 | 1,016 | 1,044 | 1,156 | 1,098 | 1,204 | 1,136 | 1,204 | 1,114 | 1,062 | 13,220 | 0.2% |
| Water & Sewer | (294) | 98 | 120 | (850) | 120 | 120 | (144) | 250 | 125 | 128 | 125 | 235 | 893 | 0.0% |
| Garbage | 297 | 240 | 184 | 104 | 71 | 899 | 180 | 180 | 180 | 180 | 41 | 236 | 1,128 | 0.0% |
| Gas | 222 | — | — | — | — | — | — | — | — | — | — | — | 1,245 | 0.0% |
| Maintenance | (129) | 1,765 | 529 | 1,688 | 670 | 492 | 140 | 222 | 5 | 4,334 | 218 | 632 | 10,565 | 0.1% |

# Valley Rolling Corporation
## Operating Forecast 2013

All monthly columns are "2013 Actual".

| Description | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD Total | YTD % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shop Tools | 17 | - | 42 | - | 147 | 18 | 171 | 117 | - | 82 | 56 | 122 | 772 | 0.0% |
| Rent | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 300,000 | 0.0% |
| Misc. Mfg. Expense | 423 | 839 | 1,175 | 890 | 684 | 340 | 340 | 487 | 371 | (261) | 424 | 514 | 6,228 | 0.1% |
| Insurance | 4,626 | 4,626 | 4,626 | 9,280 | - | - | - | 4,099 | 4,291 | 3,480 | 3,576 | 3,302 | 41,906 | 0.6% |
| Property Taxes | - | - | - | - | 3,311 | - | - | 4,000 | 5,357 | 4,339 | 4,562 | - | 21,569 | 0.3% |
| Depreciation | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 1,667 | 0.0% |
| **Total Manufacturing Expense** | 54,752 | 56,081 | 60,934 | 60,081 | 61,783 | 54,089 | 54,224 | 65,720 | 64,038 | 72,631 | 68,513 | 65,038 | 737,883 | 10.0% |
| (% of Sales) | 11.0% | 13.4% | 13.4% | 9.9% | 10.2% | 7.4% | 8.6% | 9.0% | 7.7% | 9.8% | 11.7% | 11.6% | | 10.0% |
| **Total Cost of Goods Sold** | 444,955 | 431,558 | 475,402 | 560,258 | 535,725 | 650,762 | 567,676 | 643,508 | 738,472 | 657,140 | 536,984 | 498,463 | 6,730,904 | 91.0% |
| (% of Sales) | 89.4% | 100.4% | 104.5% | 99.0% | 88.8% | 88.5% | 90.0% | 88.3% | 88.4% | 88.8% | 92.0% | 89.3% | | 91.0% |
| **Gross Profit** | 52,820 | (1,606) | (20,544) | 48,556 | 67,463 | 84,901 | 62,992 | 84,904 | 96,453 | 82,498 | 46,528 | 59,982 | 664,949 | 9.0% |
| (% of Sales) | 10.6% | -0.4% | -4.5% | 8.0% | 11.2% | 11.5% | 10.0% | 11.7% | 11.6% | 11.2% | 8.0% | 10.7% | | 9.0% |
| **Selling Expense** | | | | | | | | | | | | | | |
| Fringe Benefits | | | | | | | | | | | | | | |
| Advertising | 370 | 298 | 2,800 | 623 | 3,441 | 2,480 | 2,446 | 508 | 1,178 | - | 119 | 747 | 15,011 | 0.2% |
| Travel - Car | - | 982 | 323 | 1,777 | 1,007 | 812 | 806 | 347 | 595 | 86 | 1,295 | 1,767 | 9,797 | 0.1% |
| Meals & Entertainment | - | - | - | 96 | - | - | - | - | 26 | - | - | - | 122 | 0.0% |
| Travel - Hotel & Air | 57 | 99 | - | 275 | 117 | 131 | - | - | - | - | - | 522 | 1,176 | 0.0% |
| Cellular Phone - Sales | - | - | 29 | 24 | 48 | 12 | 12 | 13 | 12 | 12 | 32 | 12 | 242 | 0.0% |
| **Total Selling Expense** | 427 | 1,379 | 3,152 | 2,794 | 4,613 | 3,435 | 3,264 | 868 | 1,811 | 98 | 1,457 | 3,049 | 26,348 | 0.4% |
| (% of Sales) | 0.1% | 0.3% | 0.7% | 0.5% | 0.8% | 0.5% | 0.5% | 0.1% | 0.2% | 0.0% | 0.2% | 0.5% | | 0.4% |
| **Administrative Exps.** | | | | | | | | | | | | | | |
| Wages & Salaries | 17,248 | 18,418 | 16,603 | 16,604 | 29,305 | 27,580 | 20,551 | 24,914 | 22,688 | 25,030 | 25,525 | 19,452 | 263,916 | 3.6% |
| Fringe Benefits | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 5,972 | 71,661 | 1.0% |
| Travel - Car | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| Meals & Entertainment | - | - | - | 54 | (33) | 55 | - | - | - | - | 209 | 185 | 504 | 0.0% |
| Sales Commission | - | - | - | 1,000 | - | - | - | - | - | - | - | - | 1,000 | 0.0% |
| Office Expenses | 641 | 319 | 81 | 1,017 | 709 | 984 | 729 | 624 | 1,759 | 1,943 | 129 | 933 | 9,867 | 0.1% |
| Misc. Expenses | - | - | 600 | - | - | - | - | - | - | - | - | - | 600 | 0.0% |
| Accounting Fees | - | 3,000 | - | 4,950 | - | - | 4,550 | - | - | - | - | - | 12,500 | 0.2% |
| Legal Fees | - | - | - | - | - | 505 | - | - | 1,348 | - | - | - | 1,901 | 0.0% |
| Collection Expense | - | - | - | - | - | 14 | - | - | - | - | - | - | 14 | 0.0% |
| Com/Software Support/Data/Web | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| Telephone/Admin | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 8,640 | 0.1% |
| Cellular Phone/Admin (Prod) | 666 | 637 | 666 | 654 | 691 | 672 | 668 | 689 | 703 | 712 | 721 | 699 | 8,179 | 0.1% |
| Postage | 252 | - | 221 | 223 | 880 | 441 | 208 | 439 | 441 | 427 | 427 | 387 | 4,344 | 0.1% |
| Data Processing Supplies | 577 | 20 | - | 410 | 200 | 210 | 210 | - | 210 | 400 | 190 | 100 | 2,433 | 0.0% |
| Dues & Subscriptions | 440 | 135 | 725 | - | - | - | 1,350 | - | - | - | - | - | 2,515 | 0.0% |
| Health/Safety/Emp. Incentive | 136 | - | 136 | - | (786) | - | 330 | 136 | 162 | 136 | 375 | 272 | 1,326 | 0.0% |
| Licenses/Permits | 467 | - | - | 1,018 | 925 | - | 479 | - | 971 | - | - | 968 | 4,828 | 0.1% |
| Officers Life Insurance | - | - | - | - | 286 | - | - | - | 136 | - | - | - | 422 | 0.0% |
| Service Contracts (Copier, Etc.) | - | - | - | - | - | - | - | - | 3,949 | - | - | 1,400 | 5,349 | 0.1% |

EXHIBIT 3
Page ___ of ___

**Valley Rolling Corporation**
**Operating Forecast**
**2013**

| Description | JAN 2013 Actual | FEB 2013 Actual | MAR 2013 Actual | APR 2013 Actual | MAY 2013 Actual | JUN 2013 Actual | JUL 2013 Actual | AUG 2013 Actual | SEP 2013 Actual | OCT 2013 Actual | NOV 2013 Actual | DEC 2013 Actual | YTD Total | YTD % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lease/Copier | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 485 | 10,055 | 0.1% |
| Security Monitoring | - | 165 | - | - | 165 | 965 | - | 165 | - | - | - | 165 | 1,625 | 0.0% |
| Telephone Sys. Lease (ESI 100) | 494 | 996 | 494 | 494 | 494 | 494 | 494 | 494 | 494 | 494 | 494 | 494 | 6,428 | 0.1% |
| Outside Services | 3,250 | 3,250 | - | 1,920 | 2,800 | 2,860 | 2,870 | 1,340 | 885 | 2,580 | 2,040 | 494 | 24,015 | 0.3% |
| Amortization Expense | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 220 | 2,316 | 0.0% |
| **Total Administrative Exps.** | 28,676 | 34,693 | 30,531 | 36,100 | 43,391 | 42,387 | 40,256 | 36,481 | 41,563 | 40,042 | 37,927 | 32,827 | 444,874 | 6.0% |
| | 5.8% | 8.3% | 6.7% | 5.9% | 7.2% | 5.8% | 6.4% | 5.0% | 5.0% | 5.4% | 6.5% | 5.9% | | 6.0% |
| Other (Income) Exp. | | | | | | | | | | | | | | |
| Bad Debts | | | | | | | | | | 11,485 | | | 11,485 | 0.2% |
| Bank Charges | 1,793 | 1,603 | 1,405 | 1,201 | 1,290 | 1,315 | 1,797 | 181 | 1,855 | 1,013 | 431 | 51 | 13,935 | 0.2% |
| Finance Charges | 387 | 4,156 | 937 | 13,526 | 8,892 | 5,792 | 4,538 | 333 | 4,162 | 9,960 | 28 | 7,837 | 60,547 | 0.8% |
| Discounts Earned | (11) | (35) | (36) | (70) | (22) | (23) | (14) | (46) | (83) | (227) | (149) | (20) | (734) | 0.0% |
| Interest Expense | 4,365 | 2,124 | 1,924 | 6,276 | 1,931 | 19,836 | 2,213 | 4,770 | 3,643 | 4,779 | 4,766 | 4,516 | 61,144 | 0.8% |
| Commitment Fees | 450 | 6,782 | | | | | | | | | | | | 0.0% |
| Vendor Rebate | | (3,014) | | | | | | | | | | | (3,014) | 0.0% |
| Interest Income | | | | | | | | (0) | | | | | (0) | 0.0% |
| Placeholder/(Suspense) | | | (7,233) | | | | | | | | | | | 0.0% |
| **Total Other (Income) Expense** | 6,985 | 11,618 | (3,003) | 20,934 | 12,092 | 26,921 | 8,533 | 5,238 | 9,576 | 27,011 | 5,075 | 12,384 | 143,364 | 1.9% |
| | 1.4% | 2.8% | -0.7% | 3.4% | 2.0% | 3.7% | 1.4% | 0.7% | 1.1% | 3.7% | 0.9% | 2.2% | | 1.9% |
| **Total S+G+A+O Expense** | 36,089 | 47,690 | 30,680 | 59,828 | 60,096 | 72,743 | 52,053 | 42,587 | 52,950 | 67,152 | 44,459 | 48,260 | 614,586 | 8.3% |
| | 7.2% | 11.4% | 6.7% | 9.8% | 10.0% | 9.9% | 8.3% | 5.8% | 6.3% | 9.1% | 7.6% | 8.6% | | 8.3% |
| **Net Income** | 16,732 | (49,296) | (51,223) | (11,272) | 7,367 | 12,159 | 10,939 | 42,317 | 43,503 | 15,346 | 2,069 | 11,722 | 50,363 | 0.7% |
| | 3.4% | -11.7% | -11.3% | -1.9% | 1.2% | 1.7% | 1.7% | 5.8% | 5.2% | 2.1% | 0.4% | 2.1% | | 0.7% |

Laura L. Hagenauer
dba Valley Rolling Corporation
_(Post Petition Operating Forecast_)
2014-2015

| _(Description_) | _(JAN_) 2014 (Actual_) | _(FEB_) 2014 (Actual_) | _(MAR_) 2014 (Actual_) | _(APR_) 2014 (Actual_) | _(MAY_) 2014 (Actual_) | _(JUN_) 2014 (Actual_) | _(JUL_) 2014 (Actual_) | _(AUG_) 2014 (Actual_) |
|---|---|---|---|---|---|---|---|---|
| _(Material Sales_) | 524,191 | 429,231 | 538,174 | 583,034 | 647,391 | 728,200 | 704,781 | 834,072 |
| _(Labor/Handling Charges_) | 75 | 100 | 195 | 100 | 25 | (150) | · | 15 |
| _(Freight & Pkg. Revenue_) | 1,903 | 4,298 | 1,465 | 1,870 | 2,125 | 1,792 | 1,230 | 1,801 |
| _(Common Carrier Revenue_) | 4,076 | 8,483 | 9,646 | 11,311 | 4,011 | 12,733 | 6,815 | 13,284 |
| _(Multi-Bldg Item Category Discount | · | · | · | (935) | (986) | · | · | · |
| _(Discounts Allowed_) | (11,388) | (10,315) | (16,146) | (11,679) | (26,120) | (27,196) | (34,006) | (32,416) |
| _(Total Sales_) | 518,856 | 431,798 | 533,334 | 583,701 | 626,446 | 715,379 | 678,820 | 816,756 |
| | | | | | | | | |
| _(Cost of Sales_) | 0.68 | 0.70 | 0.70 | 0.70 | 0.69 | 0.70 | 0.70 | 0.69 |
| _(Materials_) | 356,873 | 299,907 | 374,288 | 409,823 | 447,909 | 510,023 | 492,261 | 576,719 |
| _(Scrap_) | 651 | 577 | (2,403) | 1,961 | 1,880 | (34) | 135 | (866) |
| _(Freight In_) | 1,302 | 2,743 | 12 | 4,192 | · | 1,074 | · | 10 |
| _(Total Material Costs_) | 358,826 | 303,227 | 371,897 | 415,975 | 449,789 | 511,063 | 492,396 | 575,863 |
| _(Gross Profit_) | 160,030 | 128,570 | 161,437 | 167,726 | 176,656 | 204,316 | 186,424 | 240,893 |
| | 30.8% | 29.8% | 30.3% | 28.7% | 28.2% | 28.6% | 27.5% | 29.5% |
| | | | | | | | | |
| _(Manufacturing Expenses_) | | | | | | | | |
| _(Propane_) | 454 | 412 | 30 | 1,018 | 529 | 445 | 269 | 727 |
| _(Wages/Labor_) | 15,355 | 12,840 | 15,955 | 14,472 | 20,180 | 13,932 | 14,175 | 22,034 |
| _(Fringe Benefits_) | 4,485 | 4,485 | 4,485 | 4,485 | 4,485 | 4,485 | 4,485 | 4,485 |
| _(Payroll Taxes_) | 6,087 | 4,693 | 5,278 | 5,052 | 6,552 | 4,882 | 4,772 | 6,491 |
| _(Workers Comp_) | 1,500 | 7,510 | · | 3,730 | 3,083 | 2,940 | 2,227 | 1,500 |
| _(Supplies_) | 34 | · | 13 | · | 65 | · | · | · |
| _(Packaging_) | 5,949 | (5,725) | 5,574 | 2,748 | 308 | 3,509 | 1,148 | (1,051) |
| _(Health & Safety_) | 17 | 298 | 120 | 60 | 75 | · | · | · |
| _(Power & Electricity_) | 1,109 | 1,119 | 1,066 | 1,092 | 1,071 | 1,125 | 1,295 | 1,206 |
| _(Water & Sewer_) | 128 | 128 | 125 | 128 | 128 | 125 | 125 | 125 |
| _(Garbage_) | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| _(Gas_) | 528 | 362 | 239 | 131 | 57 | 10 | 16 | 16 |
| _(Maintenance_) | 780 | 960 | 520 | 201 | 739 | 4,993 | 90 | 2,255 |
| _(Shop Tools_) | 149 | 125 | 35 | 142 | 113 | 35 | · | · |
| _(Misc. Mfg Expense_) | 445 | 440 | 542 | 548 | 228 | 329 | 269 | 269 |
| _(Insurance_) | 3,297 | 2,582 | 2,582 | 2,339 | 2,600 | 2,023 | 2,600 | 7,582 |
| _(Property Taxes_) | 4,339 | 4,339 | 4,339 | 4,000 | 4,000 | 4,000 | 4,339 | 4,339 |
| _(Total Manufacturing Expense_) | 44,836 | 34,747 | 41,082 | 38,325 | 44,393 | 43,014 | 35,990 | 45,158 |
| _(%% of Sales_) | 8.6% | 8.0% | 7.7% | 6.6% | 7.1% | 6.0% | 5.3% | 5.5% |
| | | | | | | | | |
| _(Total Cost of Sales_) | 403,662 | 337,974 | 412,979 | 454,300 | 494,182 | 554,077 | 528,386 | 621,021 |
| | 77.8% | 78.3% | 77.4% | 77.8% | 78.9% | 77.5% | 77.8% | 76.0% |
| | | | | | | | | |
| _(Gross Profit_) | 115,194 | 93,823 | 120,355 | 129,401 | 132,264 | 161,302 | 150,434 | 195,736 |
| | 22.2% | 21.7% | 22.6% | 22.2% | 21.3% | 22.5% | 22.2% | 24.0% |
| _(Selling Expense_) | | | | | | | | |
| _(Wages & Salaries_) | · | · | · | · | · | · | · | 4,349 |
| _(Fringe Benefits_) | · | · | · | · | · | · | · | · |
| _(Advertising_) | 810 | 2,502 | 1,424 | 4,982 | 641 | 939 | 4,963 | 884 |
| _(Travel - Car_) | 341 | 1,284 | 1,206 | 360 | 732 | 381 | 796 | 476 |
| _(Meals & Entertainment_) | · | · | 58 | 54 | 90 | · | · | 37 |
| _(Travel - Hotel & Air_) | 453 | · | 168 | 694 | 96 | · | · | 1,344 |
| _(Cellular Phone - Sales_) | 12 | 12 | 12 | 51 | 53 | 53 | 54 | 106 |

Laura L. Hagenauer
dba Valley Rolling Corporation
_(Post Petition Operating Forecast_)
2014-2015

| _(Description_) | _(JAN_) 2014 _(Actual_) | _(FEB_) 2014 _(Actual_) | _(MAR_) 2014 _(Actual_) | _(APR_) 2014 _(Actual_) | _(MAY_) 2014 _(Actual_) | _(JUN_) 2014 _(Actual_) | _(JUL_) 2014 _(Actual_) | _(AUG_) 2014 _(Actual_) |
|---|---|---|---|---|---|---|---|---|
| _(Total Selling Expense_) | 1,617 | 3,799 | 2,868 | 6,140 | 1,612 | 1,373 | 5,814 | 7,196 |
| | | | | | | | | |
| _(Administrative Expenses._) | | | | | | | | |
| _(Wages & Salaries_) | 20,083 | 16,579 | 21,351 | 21,451 | 27,706 | 21,180 | 22,444 | 24,007 |
| _(Fringe Benefits_) | 6,340 | 6,340 | 6,340 | 5,771 | 5,771 | 5,771 | 5,771 | 5,771 |
| _(Travel - Car_) | | | | | | | | |
| _(Meals & Entertainment_) | - | | - | - | 47 | 156 | - | - |
| _(Office Expenses_) | 275 | 697 | 598 | 1,134 | 1,146 | 2,077 | 4,186 | 1,882 |
| _(Misc. Expenses_) | | | | | | | | |
| _(Professional_) | | 1,882 | 304 | | 5,726 | | | |
| _(Collection Expense_) | | | | | | 119 | | |
| _(Com/Software Support/Data/Web_ | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 |
| _(Telephone/Admin_) | 665 | 658 | 665 | 677 | 688 | 687 | 943 | 690 |
| _(Cellular Phone/Admin (Prod)_) | 387 | 440 | 260 | 209 | 385 | 385 | 758 | 397 |
| _(Postage_) | 268 | 10 | 268 | 156 | 156 | 156 | 156 | 156 |
| _(Data Processing Supplies_) | 1,350 | 235 | 325 | 376 | - | | | 332 |
| _(Dues & Subscriptions_) | 20 | 885 | 20 | - | 40 | 20 | | 73 |
| _(Health/Safety/Emp. Incentive_) | - | 496 | 1,157 | 874 | 580 | 789 | | 2,375 |
| _(Licenses/Permits_) | | | | | 86 | | | 86 |
| _(Officer's Life Insurance_) | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 |
| _(Service Contracts (Copier, Etc.)_) | | | | | | | 3,508 | |
| _(Lease/Copier_) | 870 | 870 | 870 | 870 | 870 | 870 | 870 | 870 |
| _(Security Monitoring_) | - | | 165 | 965 | 165 | | | |
| _(Telephone Sys. Lease (ES: 100)_) | 494 | 494 | 494 | 494 | 494 | 494 | 494 | 494 |
| _(Outside Services_) | 520 | 890 | 120 | 2,000 | | 1,320 | 520 | 1,000 |
| _(Total Administrative Expenses_) | 32,054 | 31,258 | 33,720 | 34,759 | 44,642 | 34,807 | 40,431 | 38,916 |
| | | | | | | | | |
| _(Delivery Expenses_) | | | | | | | | |
| _(Wages/Labor_) | 17,342 | 11,926 | 9,907 | 9,787 | 11,836 | 11,273 | 10,051 | 14,426 |
| _(Fringe Benefits_) | 3,399 | 3,399 | 5,099 | 5,099 | 6,184 | 6,184 | 6,184 | 6,184 |
| _(Truck Driver Expense_) | 587 | 457 | 52 | 668 | 689 | 158 | 1,252 | 634 |
| _(Cellular Phone /Truck_) | 197 | 119 | 287 | 423 | 187 | 187 | 251 | 164 |
| _(Truck Expense_) | - | 152 | 345 | 416 | - | 162 | 410 | - |
| _(Truck Tracking_) | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 |
| _(Truck Lease_) | 9,496 | 6,917 | 9,792 | 10,312 | 11,894 | 9,592 | 8,683 | 10,252 |
| _(Trailer Expense_) | 439 | 184 | 377 | 748 | 300 | 1,910 | 114 | 3,306 |
| _(Gas/Fuel_) | 8,088 | 7,867 | 13,912 | 11,739 | 10,915 | 10,425 | 14,931 | 12,358 |
| _(Gas/Fuel (Pickup)_) | 1,839 | 1,484 | 1,624 | 1,137 | 1,560 | 1,614 | 1,366 | 1,444 |
| _(Pickup Expense_) | 42 | 4 | 255 | 61 | 93 | - | | - |
| _(H/wy. & Fuel Tax (ODOT Fees)_) | 801 | 949 | 2,292 | 4,096 | 3,420 | 2,950 | 3,140 | 4,160 |
| _(Freight Expense (Outgoing)_) | 496 | 504 | 777 | 1,105 | 1,173 | 411 | 973 | 857 |
| _(Total Delivery Expense_) | 43,063 | 34,300 | 45,056 | 45,928 | 48,590 | 45,203 | 47,694 | 54,122 |
| _(% of Sales_) | 8.3% | 7.9% | 8.4% | 7.9% | 7.8% | 6.3% | 7.0% | 6.9% |
| | | | | | | | | |
| _(Net Income (Loss) from Operations_) | 38,461 | 24,467 | 38,711 | 42,573 | 37,420 | 79,920 | 56,496 | 95,501 |
| | | | | | | | | |
| _(Other (Income) Exp._) | | | | | | | | |
| _(Bank Charges_) | 60 | 213 | 241 | 1,482 | 1,327 | 689 | 884 | 1,328 |
| _(Finance Charges_) | 2,079 | 332 | (404) | 941 | 140 | 96 | (252) | 223 |
| _(Discounts Earned_) | (167) | (76) | (12) | (77) | (71) | (107) | (154) | (118) |

Laura L. Hagenauer
dba Valley Rolling Corporation
_(Post Petition Operating Forecast_)
2014-2015

| _(Description _) | _(JAN_) 2014 (Actual_) | _(FEB_) 2014 (Actual_) | _(MAR_) 2014 (Actual_) | _(APR_) 2014 (Actual_) | _(MAY_) 2014 (Actual_) | _(JUN_) 2014 (Actual_) | _(JUL_) 2014 (Actual_) | _(AUG_) 2014 (Actual_) |
|---|---|---|---|---|---|---|---|---|
| _(Interest Expense_) | 5,960 | 7,939 | 8,489 | 9,304 | 10,121 | 7,292 | 7,045 | 10,653 |
| _(Pre-Petition Interest_) | | | | | | | | |
| _(Chapter 11 Quarterly Fees_) | | | | | | | | |
| _(Vendor Rebate_) | . | . | (6,032) | . | . | . | . | . |
| _(Adequate Protection Payments_) | | | | | | | | |
| _(Total Other (Income) Expense_) | 7,931 | 8,409 | 2,282 | 11,649 | 11,516 | 7,969 | 7,524 | 11,986 |
| | | | | | | | | |
| _(Net Income_) | 30,530 | 16,068 | 36,429 | 30,924 | 25,904 | 71,951 | 48,972 | 83,516 |
| | 5.9% | 3.7% | 6.8% | 5.3% | 4.1% | 10.1% | 7.2% | 10.2% |
| | | | | | | | | |
| _(Total Wages & Salaries_) | | | | | | | | |
| _(Manufacturing Expenses_) | 15,355 | 12,840 | 15,955 | 14,472 | 20,180 | 13,932 | 14,175 | 22,034 |
| _(Selling Expense_) | . | . | . | . | . | . | . | 4,349 |
| _(Administrative Expenses _) | 20,083 | 16,579 | 21,351 | 21,451 | 27,706 | 21,180 | 22,444 | 24,007 |
| _(Delivery Expenses_) | 17,342 | 11,926 | 9,907 | 9,787 | 11,836 | 11,273 | 10,051 | 14,426 |
| _(Total Wages & Salaries_) | 52,780 | 41,346 | 47,213 | 45,711 | 59,722 | 46,385 | 46,670 | 64,817 |
| _(%% of Sales_) | 10.2% | 9.6% | 8.9% | 7.8% | 9.5% | 6.5% | 6.9% | 7.9% |
| | | | | | | | | |
| _(P/R Tax as %% of Total Labor_) | 11.5% | 11.4% | 11.2% | 11.1% | 11.0% | 10.5% | 10.2% | 10.0% |
| | | | | | | | | |
| _(Net Delivery Exp._) | 38,987 | 25,817 | 35,410 | 34,618 | 44,578 | 32,470 | 40,878 | 40,838 |
| _(Delivery COS %% _) | 7.4% | 6.0% | 6.6% | 5.9% | 6.9% | 4.5% | 5.8% | 4.9% |
| | | | | | | | | |
| _(YTD Delivery Exp._) | 38,987 | 64,804 | 100,214 | 134,832 | 179,411 | 211,881 | 252,759 | 293,597 |
| _(as %% of Sales_) | 7.51% | 6.82% | 6.75% | 6.52% | 6.66% | 6.21% | 6.18% | 5.99% |

_(Adequate Protection Payments:_)
_(Key Bank LOC_)
_(Mortgage_)
_(SBA Loan_)
_(OBDF_)
_(COG_)
_(IRS_)
_(Less Principal included_)
_(Total Adequate Protection Payments_)

Valley Rolling Corporation
Actual / Pro Forma Balance Sheets
2015

| Description | 12/31/2014 Actual | 2015 JAN Pro Forma | 2015 FEB Pro Forma | 2015 MAR Pro Forma | 2015 APR Pro Forma | 2015 MAY Pro Forma | 2015 JUN Pro Forma | 2015 JUL Pro Forma | 2015 AUG Pro Forma | 2015 SEP Pro Forma | 2015 OCT Pro Forma | 2015 NOV Pro Forma | 2015 DEC Pro Forma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | |
| Cash | 67,760 | | 7,500 | 10,000 | 35,000 | 35,000 | 40,000 | 40,000 | 30,000 | 20,000 | | | |
| Petty Cash | | 139,012 | 38,116 | 918 | 7,481 | 6,067 | 15,606 | 1,756 | 15,443 | 1,401 | 5,823 | 38,116 | 202,246 |
| Accounts Receivable | 659,616 | 491,137 | 350,000 | 350,000 | 420,000 | 475,000 | 475,000 | 500,000 | 525,000 | 575,000 | 500,000 | 500,000 | 450,000 |
| Accounts Receivable - Pre-Pet | 17,752 | 17,680 | 20,000 | 5,000 | 15,000 | | | | | | | | |
| Employee Advances | | | | | | | | | | | | | |
| Prepaid Insurance | 18,931 | 10,931 | 8,931 | 2,931 | 6,931 | 5,931 | 3,931 | 28,931 | 22,931 | 18,931 | 18,931 | | |
| Other Prepaid Expenses | 56,917 | 56,917 | 56,917 | 56,917 | 56,917 | 56,917 | 56,917 | 56,917 | 56,917 | 56,917 | 56,917 | | |
| Total Inventory | 741,412 | 708,583 | 708,583 | 850,000 | 850,000 | 850,000 | 850,000 | 850,000 | 850,000 | 875,000 | 875,000 | 390,000 | 860,000 |
| **Total Current Assets** | 1,303,374 | 1,392,293 | 1,289,497 | 1,792,183 | 1,938,349 | 2,953,637 | 2,410,667 | 2,610,293 | 1,472,152 | 1,551,469 | 1,883,985 | 1,596,114 | |
| **Other Assets:** | | | | | | | | | | | | | |
| Real Estate-Valley | 766,110 | 766,110 | 766,110 | 766,110 | 766,110 | 766,110 | 766,110 | 766,110 | 766,110 | 766,110 | 766,110 | 766,110 | |
| Land-Development | 3,775,000 | 3,775,000 | 3,775,000 | 3,775,000 | 3,775,000 | 3,775,000 | 3,775,000 | 3,775,000 | 3,775,000 | 3,775,000 | 3,775,000 | | |
| Deferred Costs | 53,547 | 53,547 | 53,547 | 53,547 | 53,547 | 53,547 | 53,547 | 53,547 | 53,547 | 53,547 | 53,547 | | |
| Assets - Equipment | 917,858 | 917,858 | 917,858 | 917,858 | 917,858 | 917,858 | 917,858 | 917,858 | 917,858 | 917,858 | 917,858 | | |
| Less Accumulated Depreciation | (761,918) | (761,918) | (761,918) | (761,918) | (761,918) | (761,918) | (761,918) | (761,918) | (761,918) | (761,918) | (761,918) | | |
| Investments-Improvement-New | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | | |
| Admin.Assn. - Net | 2,567 | 2,567 | 2,567 | 2,567 | 2,567 | 2,567 | 2,567 | 2,567 | 2,567 | 2,567 | 2,567 | | |
| **Total Fixed Assets - Net** | 4,952,344 | 4,953,344 | 4,952,344 | 4,952,444 | 4,792,444 | 4,952,444 | 4,952,444 | 4,952,444 | 4,952,444 | 4,792,444 | 4,792,444 | | |
| **TOTAL ASSETS** | 6,275,622 | 6,735,623 | 6,376,000 | 6,711,951 | 6,754,435 | 6,790,997 | 6,817,525 | 6,810,710 | 6,844,779 | 6,905,817 | 7,007,825 | 7,024,233 | |
| **LIABILITIES & EQUITY** | | | | | | | | | | | | | |
| Accounts Payable-Post Pet | 4,627 | 8,038 | | | | | | | | | | | |
| AP/AR Inter-co | 2,491 | 7,663 | 7,663 | 2,763 | | | | | | | | | |
| Taxes - Tax Payable | 8,089 | 137,595 | | | | | | | | | | | |
| **Total Current Liabilities** | 137,695 | 137,595 | 139,596 | | | | | | | | | | |
| **Key Bank** | | | | | | | | | | | | | |
| Off. Bk Development | 17,584 | 2,108,747 | 2,108,747 | 2,108,747 | 2,108,747 | 2,108,747 | 2,108,747 | 2,108,747 | 2,108,747 | 2,108,747 | 2,108,747 | | |
| Car Note | 246,760 | 242,600 | 238,600 | 234,520 | 230,460 | 226,380 | 222,296 | 218,256 | 214,120 | 210,060 | 205,960 | | |
| Key Bank-Bldg Mtg | 43,239 | 43,239 | 43,239 | 43,239 | 43,239 | 43,239 | 43,239 | 43,239 | 43,239 | 43,239 | 43,239 | | |
| Pier Pet.-Unsecured A/P Def.cred. | 302,042 | 302,042 | 302,042 | 302,042 | 302,042 | 302,042 | 302,042 | 302,042 | 302,042 | 302,042 | 302,042 | | |
| SBA Document | 295,752 | 225,685 | 226,337 | 222,996 | 241,290 | 239,920 | 221,042 | 225,948 | 220,258 | 217,481 | 215,462 | | |
| Cancelled Payable Document | 800,079 | 800,079 | 800,079 | 800,079 | 800,079 | 800,079 | 800,079 | 800,079 | 800,079 | 800,079 | 800,079 | | |
| Pre Pet.-Unsecured Credit Cards | 163,193 | 163,193 | 163,193 | 163,193 | 163,193 | 163,193 | 163,193 | 163,193 | 163,193 | 163,193 | 163,193 | | |
| Accounts Payable - Pre-Pet | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | | |
| Internal Revenue Service | | | | | | | | | | | | | |
| Oregon Dept of Rev | | | | | | | | | | | | | |
| Congest.area Tax | 418,789 | 418,789 | 418,789 | 418,789 | 418,789 | 418,789 | 418,789 | 418,789 | 418,789 | 418,789 | 418,789 | | |
| **Total Long Term Debt** | 5,608,037 | 5,449,578 | 5,900,821 | 5,586,864 | 5,934,907 | 5,566,996 | 5,556,994 | 5,551,037 | 5,569,293 | 5,519,229 | 5,513,259 | | |
| **Total Liabilities** | 5,745,741 | 5,726,284 | 5,777,530 | 5,741,571 | 5,798,684 | 5,722,702 | 5,711,786 | 5,711,781 | 5,689,891 | 5,609,691 | 5,667,918 | 5,511,392 | |
| **Common Stock** | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | |
| Paid-In Capital - Valley | 237,000 | 237,000 | 237,000 | 237,000 | 237,000 | 237,000 | 237,000 | 237,000 | 237,000 | 237,000 | 237,000 | | |
| Paid-In Capital - New | 163,782 | 163,782 | 163,782 | 163,782 | 163,782 | 163,782 | 163,782 | 163,782 | 163,782 | 163,782 | 163,782 | | |
| Sub-S Distribution | (1,529,552) | (1,529,552) | (1,529,552) | (1,529,552) | (1,529,552) | (1,529,552) | (1,529,552) | (1,529,552) | (1,529,552) | (1,529,552) | (1,529,552) | | |
| Retained Earnings at 09/30/14 | 1,925,682 | 1,963,561 | 1,963,561 | 1,963,561 | 1,963,561 | 1,963,561 | 1,963,561 | 1,963,561 | 1,963,561 | 1,963,561 | 1,963,561 | | |
| YTD Income/Loss | 139,815 | 139,815 | 139,815 | 139,815 | 139,815 | 139,815 | 139,815 | 139,815 | 139,815 | 139,815 | 139,815 | | |
| Post Pet.Earnings | 39,274 | 9,512 | 9,512 | 18,526 | 36,722 | 62,998 | 129,921 | 276,585 | 276,685 | 341,904 | 790,270 | 378,105 | |
| **Total Equity** | 994,605 | 1,005,603 | 1,012,663 | 1,031,388 | 1,056,313 | 1,094,345 | 1,105,739 | 1,258,929 | 1,334,888 | 1,396,126 | 1,484,813 | 1,512,841 | |
| **TOTAL LIABILITIES & EQUITY** | 6,735,622 | 6,735,000 | 6,760,200 | 6,772,959 | 6,854,435 | 6,810,310 | 6,844,275 | 6,905,560 | 6,984,832 | 6,984,817 | 7,007,825 | 7,024,233 | |

| Cash | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning A/C Receivable | 562,875 | 425,602 | 508,217 | 370,000 | 405,000 | 460,000 | 475,000 | 500,000 | 525,000 | 575,000 | 825,000 | | |
| Plus Sales - Net | 548,200 | 501,365 | 527,681 | 585,165 | 788,896 | 820,145 | 850,250 | 882,572 | 928,584 | 809,666 | 852,286 | | |
| Less Cash Receipts | (416,127) | (419,420) | (665,000) | (550,165) | (735,000) | (805,145) | (830,150) | (859,072) | (893,584) | (979,666) | (852,286) | | |
| Ending A/C Net | 675,000 | 508,217 | 370,000 | 405,000 | 460,000 | 475,000 | 500,000 | 525,000 | 575,000 | 825,000 | 825,000 | | |
| **Cash** | 0 | 0 | | | | | | | | | | | |
| Beginning Inventory | 811,301 | 741,412 | 708,583 | 825,000 | 850,000 | 850,000 | 850,000 | 850,000 | 850,000 | 875,000 | 875,000 | | |
| Purchases | 330,379 | 312,382 | 482,805 | 430,000 | 826,500 | 850,000 | 575,000 | 925,000 | 647,284 | 618,916 | 852,286 | | |
| Material COGS | (390,468) | (345,199) | (366,188) | (405,000) | (826,711) | (803,500) | (573,578) | (622,302) | (621,568) | (612,869) | (791,169) | | |
| Ending Inventory | 708,583 | 708,583 | 850,000 | 850,000 | 850,000 | 850,000 | 850,000 | 875,000 | 875,000 | 927,744 | (407,784) | | |

| | Cost | Sale | Basis | | Gain |
|---|---|---|---|---|---|
| Building Sales Price | | 3,800,000 | | 3,800,000 | |
| Commission @ 6% | | (228,000) | | (228,000) | |
| Other Costs | | (100,000) | | (100,000) | |
| Cash to Seller | | 3,472,000 | | | |
| | | | | | |
| Cash | 3,775,000 | (201,000) | 3,572,000 | | 3,564,000 |
| Building | 761,793 | | | 761,793 | |
| Accum. Depr. | | | | | |
| Gain on Sale | | | | 548,918 | |
| | | | | **4,325,918** | **4,325,918** |

EXHIBIT F
Page 1 Of 2

Valley Riding Corporation
Actual - Proforma Balance Sheets
2015

| Description | 12/31/2014 Actual | 2015 JAN Pro Forma | 2015 FEB Pro Forma | 2015 MAR Pro Forma | 2015 APR Pro Forma | 2015 MAY Pro Forma | 2015 JUN Pro Forma | 2015 JUL Pro Forma | 2015 AUG Pro Forma | 2015 SEP Pro Forma | 2015 OCT Pro Forma | 2015 NOV Pro Forma | 2015 DEC Pro Forma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning A/C Payable | 3,764 | 4,028 | 6,058 | 7,505 | 9,000 | 25,000 | 35,000 | 39,000 | 40,000 | 60,000 | 30,000 | 25,000 | 45,000 |
| Ending Inventory | 741,412 | 708,583 | 825,000 | 850,000 | 525,000 | 800,000 | 650,000 | 560,000 | 550,000 | 675,000 | 875,000 | 550,000 | 330,000 |
| Total Expenses (Excl COGS) | 122,076 | 128,281 | 129,335 | 184,679 | 144,571 | 141,713 | 153,993 | 147,209 | 153,498 | 149,278 | 178,103 | 117,499 | 141,685 |
| Payments on Non-Debt Liab. | (121,812) | (130,251) | (128,139) | (118,139) | (139,571) | (147,717) | (153,985) | (147,109) | (152,545) | (156,228) | (168,320) | (102,499) | (136,585) |
| Ending A/P Payable | 4,028 | 8,718 | 7,505 | 30,000 | 25,000 | 35,000 | 39,000 | 40,000 | 60,000 | 30,000 | 25,000 | 45,000 | 75,000 |
| | | | | | | | | | | | | | |
| Net Income (Loss) | 8,702 | 5,514 | 5,495 | 7,960 | 18,519 | 25,532 | 30,904 | 32,029 | 69,664 | 72,115 | 80,275 | 48,751 | 139,314 |
| A/R Increase/(Decrease) | (62,952) | (82,875) | 134,237 | (30,000) | (30,000) | 7,600 | (35,000) | (50,000) | (25,000) | (80,000) | (58,000) | 25,000 | 190,000 |
| Inventory (Increase)/Decrease | 70,488 | 32,829 | (116,417) | (25,000) | (25,000) | (25,000) | (35,000) | (95,000) | (95,000) | 125,000 | 75,000 | 75,000 | 40,000 |
| Other Current Assets (Inc)/Dec | (1,065) | 424 | 1,052 | 1,000 | 1,000 | 1,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,500 | 2,000 |
| Fixed Assets (Incr)/Decr | | | | | | | | | | | | | |
| Other Assets (Incr)/Decr | | | | | | | | | | | | | |
| Increase/(Decrease) in A/P & Liab | 837 | 4,521 | (1,297) | 22,500 | 5,000 | 1,000 | 5,000 | 5,000 | (80,000) | (5,000) | (5,000) | 5,000 | |
| Increase (Decrease) in Pre-Pd LTD | (48,075) | (9,234) | (7,975) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) | (7,957) |
| Increase (Decrease) in Sub S. Dist. | | | | | | | | | | | | | |
| Beginning Cash Balance | 58,652 | 27,708 | 19,004 | 58,215 | 7,493 | 4,057 | 1,756 | 1,756 | 1,756 | 15,443 | 15,441 | 1,601 | 5,923 |
| Ending Cash Balance | 27,708 | 19,004 | 58,316 | 919 | 4,057 | 918 | 6,957 | 1,756 | 15,694 | 15,443 | 1,601 | 5,923 | 313,116 |
| Check → Cash In (Debt) During Period | | | | | | | | | | | | | |

EXHIBIT  F
Page 2 Of 2

Case 14-63530-fra11    Doc 221    Filed 08/18/15

**Fill in this information to identify your case:**

Debtor 1    **Laura Lee Hagenauer**
         First Name           Middle Name           Last Name

Debtor 2
(Spouse, if filing)   First Name         Middle Name         Last Name

United States Bankruptcy Court for the: District of Oregon

Case number   **14-63530-fra11**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
    expenses as of the following date:

    MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
    maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses

                                                          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

1. **Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent .......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| **Daughter** | **18** | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

| | | |
| --- | --- | --- |
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,967.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 225.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

EXHIBIT   *G*
Page   *1*   of   *3*

Debtor 1 __Laura Lee Hagenauer__
First Name    Middle Name    Last Name

Case number (if known) __14-63530-fra11__

| | | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5 | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 148.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c. Telephone, cell phone, internet, satellite, and cable services | 6c. | $ 251.00 |
| 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 260.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9 | $ 50.00 |
| 10. **Personal care products and services** | 10. | $ 95.00 |
| 11. **Medical and dental expenses** | 11. | $ 300.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 500.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 200.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 100.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a | $ 0.00 |
| 15b. Health insurance | 15b | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 300.00 |
| 15d. Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a | $ 0.00 |
| 17b. Car payments for Vehicle 2 | 17b | $ 0.00 |
| 17c. Other. Specify: _____ | 17c. | $ 0.00 |
| 17d. Other. Specify: _____ | 17d. | $ 0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I). | 18 | $ 0.00 |
| 19. Other payments you make to support others who do not live with you. Specify: _____ | 19 | $ 0.00 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | |
| 20a. Mortgages on other property | 20a | $ 0.00 |
| 20b. Real estate taxes | 20b | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e | $ 0.00 |

Official Form 6J    Schedule J: Your Expenses    page 2

EXHIBIT G
Page 2 Of 3

Debtor 1    __Laura Lee Hagenauer__
      First Name      Middle Name       Last Name

Case number (if known) __14-63530-fra11__

| | | | |
|---|---|---|---|
| 21 | **Other**. Specify: _____ | 21. | +$    **0.00** |
| 22 | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22 | $    **4,396.00** |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $    **4,745.00** |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. | −$    **4,396.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $    **349.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    **Car payment paid in full after November 2014. Payment amount for October and November is $1,135.00**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In Re:        )

           ) Case No. 14-63530-fra11

LAURA LEE HAGENAUER   )

           ) VOTING BALLOT FOR ACCEPTING

    Debtor.     ) OR REJECTING DEBTORS' PLAN

Filed By: _____ on: _____
     Creditor             Date

Designated Class Number: _____

    The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in total dollar amount and more than one-half in number of claims in each class voting on the Plan. If the requisite acceptances are not obtained, the Court may confirm the Plan if it finds that the Plan accords fair and equitable treatment to the class rejecting it. You must complete and return this Ballot for your vote to count. Only those Ballots actually received by the voting deadline will be counted as either accepting or rejecting the Plan.

    **You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a Ballot for each class in which you are entitled to vote.**

    The undersigned: (check one box)

    ☐ ACCEPTS THE PLAN    ☐ REJECTS THE PLAN

    The Debtor's Plan of Reorganization.

Dated: _____
Print or type name: _____
Signature: _____
Title (if corporation or partnership) _____
Address: _____

Return this Ballot on or before the date specified by the Court in the order accompanying the Plan and Disclosure Statement to:

Ted A. Troutman
Troutman Law Firm, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005

**THIS FORM DOES NOT CONSTITUTE A PROOF OF CLAIM AND MUST NOT BE USED TO FILE A CLAIM OR TO INCREASE ANY AMOUNT LISTED IN THE DEBTROS' SCHEDULES.**

Exhibit H