UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Laura Lee Hagenauer,<br><br>           Debtor in Possession. | Case No. 14-63530-fra11<br><br>**AMENDED NOTICE OF INTENT AND HEARING RE MOTION TO APPROVE (A) SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) ENTRY INTO REAL PROPERTY LEASE** |

      **PLEASE TAKE NOTICE THAT** Laura Lee Hagenauer (the "*Debtor*"), has filed a motion (the "*Motion*") for authority to sell (the "*Sale*") the commercial real property and fixtures located at 3071 Schmidt Lane, Hubbard, Oregon (the "*Property*") to R&R Property Holdings, Inc. ("*R&R*") or a higher and better bidder, free and clear of all liens, claims, encumbrances and interests pursuant to 11 U.S.C. §§ 363(b) and (f); enter into a lease of a portion of the Property (the "*Property Lease*") pursuant to 11 U.S.C. § 363(b); and pay a 4% commission to Coldwell Banker Commercial of Salem, Oregon (the "*Broker*") upon the closing of the Sale of the Property pursuant to Bankruptcy Rule 2016(a) and Local Rule 2016-1(c)(2)(A) & (B).

      A hearing on the Motion and any objections to the Motion will be held on November 4, 2015 at 10:00 a.m. (the "*Hearing*") and testimony will be offered, and received if admissible, in support of the Motion and a finding that the purchase of the Property by R&R is being made in good faith and is entitled to the protections afforded by 11 U.S.C. § 363(m).

      Debtor may be contacted through her attorney Ted A. Troutman at 503-292-6788 or tedtroutman@gmail.com

      If you wish to object to any aspect of the Motion or requested relief and findings, you must (1) attend the Hearing and (2) within 23 days of the later of either (a) the date next to the signature below; or (b) the service date in ¶ 17 below, file with the Clerk of the Court, 405 East 8th Avenue #2600, Eugene, Oregon 97401: (i) a written response stating the specific facts upon which the objection is based, and (ii) proof that a copy of the response was served upon the Debtor and R&R.

      This document shall constitute the notice required by Local Bankruptcy Rule 2002-1.

      1.      Debtor proposes to sell the Property free and clear of liens, claims, encumbrances and interests pursuant to 11 U.S.C. § 363(f)(2) and (f)(5) (and 11 U.S.C. § 363(f)(1), if applicable) and the terms of Standard Commercial Sale Agreement between the Debtor and R&R dated

September 29, 2015 (the "*Sale Agreement*"). A copy of the Sale Agreement is attached to the Motion. Debtor also proposes to enter into the Property Lease to lease back a portion of the Property for use in her business operations. A copy of the Property Lease is attached to the Motion.

2. R&R, the proposed buyer, is a Washington corporation and an affiliate of Cascadia Metals, Inc. ("*Cascadia*"). Cascadia is a primary vendor to the Debtor, one of the Debtor's largest unsecured and administrative creditors, and the holder of a lien against the Property. If the sale is approved, R&R also will become the Debtor's landlord under the proposed Property Lease. R&R's counsel is Brandy A. Sargent, Stoel Rives LLP, 900 S.W. Fifth Avenues, #2600, Portland, Oregon, 97204; Telephone: 503-294-9888; E-mail: brandy.sargent@stoel.com.

3. The address of the Property is 3071 Schmidt Lane, Hubbard, Oregon. The legal description of the Property is:

A tract of land in the Southeast Quarter of Section 33, Township 4 South, Range 1 West, Willamette Meridian, Marion County, Oregon, being a portion of that tract of land described by Warranty Deed from Gregory G. Berning to PBSL, LLC and recorded in Reel 2760, Page 114, Marion County Deed Records, more particularly described as follows:

Beginning at an iron bar that is on record as being North 86° 15' East 1,611.06 feet and South 31° 26' West 1,351.88 feet and North 58° 34' West 641.52 feet from the Northwest corner of the Ewing Purvine Donation Land Claim in Section 33, Township 4 South, Range 1 West of the Willamette Meridian in Marion County, Oregon, which is at an angle point of the Northerly margin of Schmidt Lane (CR 439, 40.00 foot wide) and also being the most Southerly corner of that tract of land deeded to S.W. WEAVER, by Deed recorded in Volume 178, Page 461, Deed Records; thence North 41° 16' 23" East 402.16 feet to the Northwest corner of Parcel 1 of said PBSL, LLC deed (Paragraph 1); thence along the center of a ditch South 24° 17' 19" East 121.03 feet to an Iron pipe; thence South 49° 47' 19" East 110.55 feet to an iron rod; thence South 41° 35' 19" East 198.66 feet to an iron rod; thence South 58° 33' 19" East 137.23 feet to the Westerly margin of Relocated (1932) Highway 99E (40 feet from centerline); thence South 31° 19' 58" West 249.82 feet along the Westerly margin of said Highway 99E to its intersection with the North line of County Road No. 439; thence North 58° 53' 01" West 605.67 feet along the North right of way line of said Schmidt Lane (20 feet from centerline) to the point of beginning, in the City of Hubbard, Marion County, Oregon.

4. A copy of the full property description or inventory may be examined or obtained by contacting counsel for the Debtor.

5. The Property may be viewed by contacting the Debtor's counsel.

6. Other than the Debtor, R&R and the Broker, there are no other parties to the transaction.

7. Under the Sale Agreement, the gross sale price for the Property is $2,600,000. All of the liens on the Property exceed $4,469,734, of which Debtor believes a total of $2,050,033.08 need not be paid as secured claims because they have either consented or the Court can order the sale under Section 363(f)(5). KeyBank also seeks reimbursement of approximately $70,000 for

fees and costs. Total sales costs will includes a 4% commission to the Broker (*i.e.,* $104,000, assuming no change to the terms of the Sale) and other costs of closing, estimated to be approximately $6,299.00. A preliminary list of closing costs to be satisfied by the Debtor may be obtained from the Debtor's counsel. All tax consequences have been considered and no taxes will be owed as a result of the sale. Absent a substantial overbid for the Property, the Sale will result in no net proceeds to the estate after payment of the Sale proceeds to satisfy valid liens on the Property (in the order of their priority) and fees, costs, and taxes payable in connection with the Sale.

8. The Sale is not of substantially all of the Debtor's assets. Debtor will continue to own and operate her business after the Sale. The terms of the Sale are:

(a) sale price of $2,600,000; (b) earnest money deposit of $25,000; (c) a contingency period of up to 45 days after the opening of escrow during which R&R will proceed to satisfy itself as to the condition of the Property, environmental matters, and other matters (d) a title review period of 15 days after receipt of a title report; (e) a contingency for Bankruptcy Court approval; and (f) a period of 15 days after satisfaction of contingencies for R&R to close the Sale. In the event that R&R is not the successful purchaser of the Property, the costs of any environmental assessment will be borne by the Debtor.

If R&R is the successful purchaser of the Property, it will lease a portion of the Property back to the Debtor pursuant to the Property Lease. In summary, the Property Lease would commence at the closing of the Sale and continue for an initial period of 12 full calendar months, and thereafter be a year-to-year lease. Either party can terminate the Lease on 90 days' notice at the end of the initial term or any renewal term. For the initial term, the monthly rent would be a "gross rental" of $15,000 per month, inclusive of monthly base rent of $12,650 and Debtor's proportionate share of property taxes (estimated at $1,916.67 per month) and property insurance costs (estimated at $433.34 per month). After the first year, unless the Property Lease is terminated, the rent becomes "triple net," and Debtor would pay her proportionate share of property taxes, property insurance and maintenance costs. Debtor is responsible for utilities that she uses. At the start of the Property Lease, Debtor would pay the first month's rent ($15,000) and a security deposit equal to $15,000 (which would be refundable at the end of the Property Lease, unless applied to cure a breach of the Lease).

9. The Property has been publicly marketed since May 2015 and the offer received from R&R is the highest and best offer received after competitive bidding. No further auction is proposed, but the Sale is expressly subject to overbid prior to the Hearing pursuant to an agreement on the same or better terms and conditions (apart from the purchase price) as the Sale Agreement, including, without limitation, the Property Lease. Competing bids must be submitted to the Debtor no later than 4:00 p.m. on October 23, 2015.

10. Based on a November 2014 appraisal of the Property for $3,800,000, the Property was initially listed for sale for $3,775,000. In September 2015, Debtor received an offer of $2,300,000 for the Property and countered at $3,175,000. In response, the offer was raised to $2,400,000. Around the same time, R&R made its $2,600,000 offer for the Property, which the

Debtor countered at $3,175,000. R&R did not raise its offer, and the Broker has not received any other formal offers for the Property.[1]

11. Debtor's primary secured creditor, KeyBank, National Association ("**KeyBank**"), previously filed a motion for relief from the automatic stay to begin the foreclosure process against the Property. Pursuant to a stipulated order resolving that motion, the Property was listed for sale and, in the event the Property was not sold and the Debtor had not confirmed a plan of reorganization by October 1, 2015, KeyBank was to be allowed to pursue foreclosure. Debtor believes that the proceeds of the Property that would be generated in a foreclosure would not exceed the amount to be received in the proposed Sale. Additionally, the offer received from R&R is coupled with the Property Lease, which will allow the Debtor to lease a portion of the Property and avoid moving costs.

12. The Debtor is proposing the sale in advance of confirmation of a plan because through the sale and leaseback debtor will be able to reduce her monthly expenses and propose a feasible plan. If the sale is not allowed KeyBank could proceed with its foreclosure proceeding.

13. Lienholders: Based on filed proofs of claim, the following creditors claim liens on the Property (including security interests in fixtures, collectively, the "*Liens*"), in the following amounts and order of priority:[2]

| Creditor | Lien Claim | Total Liens |
|---|---|---|
| Marion County Assessor's Office (Prop. Taxes) | $ 131,680.15 | $ 131,680.15 |
| KeyBank National Association | $1,622,645.00 | $1,754,325.15 |
| US Small Business Administration | $ 860,448.55 | $2,614,773.70 |
| Oregon Business Development Corporation | $ 706,588.97 | $3,321,362.67 |
| Cascadia Metals Inc. | $ 634,357.58 | $3,955,720.25 |
| Internal Revenue Service – tax lien | $ 514,014.53 | $4,469,734.78 |

14. Other than costs of the Sale, no Liens are intended to be paid without further order of the Bankruptcy Court. All of the Liens shall attach to the Sale proceeds in the same order of priority as they attached to the Property. Any Sale proceeds remaining after paying the Liens and expenses, taxes, commissions, fees, costs or other charges as provided in the Motion shall be held in trust until the Court orders payment. At this time, no such excess Sale proceeds are anticipated.

15. The Court appointed the Broker on May 6, 2015. Pursuant to that order, the Broker is proposed to be paid a 4% commission, which will be equal to $104,000 if the Sale to R&R is approved and closes.

16. A Hearing on the Motion and any objections to the Motion will be held on November 4, 2015 at 10:00 a.m. in Courtroom 6 of the U.S. Bankruptcy Court, 405 E. 8th Ave.,

---

[1] The Debtor also received an informal offer of $2,000,000, but the party making the informal offer never wrote-up a formal offer.

[2] Addresses for service on such parties are set forth in the Certificate of Service for this Notice and the Motion.

Eugene, Oregon, 97401, and testimony will be offered, and received if admissible, in support of the Motion and a finding that the purchase of the Property by R&R is being made in good faith and is entitled to the protections afforded by 11 U.S.C. § 363(m).

17. I certify that on October 23, 2015 a copy of this document was served, pursuant to FRBP 7004, on the U.S. Trustee, each named Lien holder at the address set forth on the Certificate of Service accompanying the Motion, the Creditors' Committee Chairperson, and their respective attorneys; and that a copy was also served on that date, pursuant to FRBP 2002(a), on all creditors and parties requesting special notice as listed in the Court's records obtained on October 23, 2015, a copy of which is attached to the original document filed with the Court.

18. For further information contact the Debtor's counsel listed below.

DATED: October 23, 2015.  TROUTMAN LAW FIRM, P.C.

/s/ Ted A. Troutman
Ted A. Troutman, OSB No. 844470
5075 Griffith Drive, Suite 220
Beaverton, OR 97006
Telephone: (503) 292-6788
Facsimile: (503) 596-2371

Ted A. Troutman, OSB #844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
(503) 292-6788
tedtroutman@sbcglobal.net


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re | ) |
| | ) Case No. 14-63530-fra11 |
| **Laura L. Hagenauer,** | ) |
| | ) |
| | ) **CERTIFICATE OF SERVICE** |
| | ) |

I, Lisette Barajas, Declare as follow:

     I certify that on **October 23, 2015** I served, by **first class mail**, a full and true copy of the foregoing **Notice of Intent and Hearing Re Motion to Approve: (A) Sale of Real Property Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Entry Into Real Property Lease and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

### "See Attached Matrix"

| | |
|---|---|
| **Tom Rohlfing**<br>**Marion County Tax Assessor**<br>**555 Court St. NE, Suite 2233**<br>**Salem OR 97301** | **State of Oregon**<br>**Business Development Department**<br>**Attn: Terry Hegle, Business Finance Officer**<br>**775 Summer St. NE Suite 200**<br>**Salem OR 97301-1280** |
| **SBA – Portland District Office**<br>**Attn: Caron Doss, District Director**<br>**601 SW 2nd Ave., Suite 950**<br>**Portland OR 97204-3154** | **State of Oregon**<br>**Business Development Department**<br>**Attn: Tim McCabe, Director**<br>**775 Summer St. NE Suite 200**<br>**Salem OR 97301-1280** |
| **Suzanne C. Pickgrobe**<br>**US Small Business Administration**<br>**601 SW 2nd Ave., Suite 950**<br>**Portland OR 97204-3154** | |

Page 1 Certificate of Service

| | |
|---|---|
| **State of Oregon**<br>**Business Development Department**<br>**Attn: Carolyn G. Wade**<br>**DOJ Civil Enf. Civil Recovery**<br>1162 Court St. NE<br>Salem OR 97301 | **Attorney General of the US**<br>c/o Loretta Lynch, Department of Justice<br>10th & Constitution NW<br>Washington DC 20530 |
| **Cascadia Metals, Inc.**<br>**Attn: Michael Linn, RA**<br>9525 SW Commerce Circle<br>Wilsonville OR 97070 | **US Attorney for the District of Oregon**<br>c/o Billy J. Williams, US Attorney<br>1000 SW 3rd Ave., Suite 600<br>Portland OR 97204 |
| **Brandy A. Sargent**<br>**Stoel Rives LLP**<br>900 SW Fifth Ave., Suite 2600<br>Portland OR 97204 | **Oregon Department of Justice**<br>c/o Ellen Rosenblum, Attorney General<br>1162 Court Street NE<br>Salem OR 97301 |

I certify that on **October 23, 2015** I served, by **first class mail**, a full and true copy of the foregoing **Notice of Intent and Hearing Re Motion to Approve: (A) Sale of Real Property Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Entry Into Real Property Lease and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**KeyBank National Association**
**Attn: Ronald W. Goss, Corporate Council**
1101 Pacific Avenue, Lower Level
Tacoma WA 98402

Dated: **October 23, 2015**

/s/ Lisette Barajas
Lisette Barajas, Legal Assistant to
Ted A. Troutman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-6<br>Case 14-63530-fra11<br>District of Oregon<br>Eugene<br>Fri Oct 23 10:28:34 PDT 2015 | JOHN D ALBERT<br>Sherman Sherman Johnnie & Hoyt<br>PO BOX 2247<br>Salem, OR 97308-2247 | AMCI<br>POB 8205<br>Spokane, WA 99203-0205 |
| DAVID ANDERSON<br>Schwabe, Williamson & Wyatt, PC<br>1211 SW Fifth Avenue, Suite 1500-1900<br>Portland, OR 97204-3795 | Agnes Hagenauer<br>1910 E. Hardcastle<br>Woodburn, OR 97071-3741 | Aramark<br>POB 101179<br>Pasadena, CA 91109 |
| Artis<br>3323 Chinden Blvd.<br>Boise, ID 83714-6638 | Associated Management Consultants, Inc. (AMC<br>P.O. Box 8205<br>Spokane, WA 99203-0205 | Associated Manangement Consultants, Inc. dba<br>C/O Keith A. Trefry<br>Paine Hamblen LLP<br>717 W Sprague Ave<br>Ste 1200<br>Spokane, WA 99201-3905 |
| Atlas Bolt & Screw<br>POB 96113<br>Chicago, IL 60693-6113 | Atlas Bolt & Screw Co., LLC<br>1628 Troy Road<br>Ashland, OH 44805-1398 | KATHLEEN LOUISE BICKERS<br>United States Attorneys Office<br>1000 SW 3rd Avenue, Suite 600<br>Portland, OR 97204-2936 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bruce Kahler<br>921 Chemawa Rd NE<br>Keizer OR 97303-3715 | Cannonball HNP, LLC<br>555 Lawton Ave.<br>Beloit, WI 53511-5441 |
| Cascadia Metals<br>C/O Michael Linn, RA<br>9525 SW Commerce Circle<br>Wilsonville, OR 97070-8407 | Cascadia Metals, Inc<br>7 International Way<br>Longview, WA 98632-1020 | Cascadia Metals, Inc.<br>c/o Brandy Sargent<br>900 SW 5th Avenue<br>Suite 2600<br>Portland, OR 97204-1229 |
| Cascadia Metals, Inc.<br>c/o Stoel Rives LLP Attn: Brandy A Sarge<br>900 SW 5th Ave #2600<br>Portland, OR 97204-1229 | Champion<br>POB 1624<br>Woodinville, WA 98072-1624 | Champion Metal of Washington Inc.<br>PO Box 1624<br>Woodinville, WA 98072-1624 |
| Champion Metal of Washington, Inc.<br>c/o John DeVore<br>P. O. Box 1624<br>Woodinville, WA 98072-1624 | Chase<br>POB 94014<br>Palatine, IL 60094-4014 | CitiBank<br>POB 6235<br>Sioux Falls, SD 57117-6235 |
| Coldwell Banker Commercial<br>960 Liberty Street SE<br>Suite 250<br>Salem, OR 97302-4197 | DeLAMMC, LLC<br>1129 Belle Passi Rd. NE<br>Woodburn, OR 97071-5709 | Dennis Hagenauer<br>1129 Belle Passi Rd.<br>Woodburn, OR 97071-5709 |
| Dennis J. Hagenauer<br>1129 Belle Passi Rd.<br>Woodburn, OR 97071-5709 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |

| | | |
|---|---|---|
| SCOTT D FINK<br>Weltman Weinberg & Reis Co<br>323 W Lakeside Ave #200<br>Cleveland, OH 44113-1009 | Fora Financial Business Loans, LLC<br>C/O Dan Smith, President<br>242 W. 36th Street, 14th Floor<br>New York, NY 10018-7542 | Ford Motor Credit Company, LLC<br>C/O CT Corporation System, RA<br>388 State Street, Suite 420<br>Salem, OR 97301-3581 |
| RONALD W GOSS<br>1101 Pacific Ave<br>Tacoma, WA 98402-4392 | Green Tree Servicing LLC<br>C/O Malcolm Cisneros<br>2112 Business Center Drive<br>Irvine, CA 92612-7135 | Green Tree Servicing, LLC<br>C/O CT Corporation System, RA<br>388 State St. Suite 420<br>Salem, OR 97301-3581 |
| HOME 123 CORPORATION<br>Green Tree Servicing LLC<br>PO BOX 6154<br>Rapid City, SD 57709-6154 | Laura Lee Hagenauer<br>3071 Schmidt Ln NE<br>Hubbard, OR 97032-9806 | Paul Harrison<br>Harrison Management Company<br>POB 80096<br>Portland, OR 97280-1096 |
| ISS West<br>801 Second Ave., Suite 1108<br>Seattle, WA 98104-1524 | ISS West, Inc.<br>Yoshio Nakamura<br>801 2nd Ave # 1108<br>Seattle, WA 98104-1524 | Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA  19101-7346 |
| Tiffany Jones<br>Coldwell Banker Commercial<br>960 Liberty St SE #250<br>Salem, OR 97302-4197 | Joseph N. Argentina, Jr.<br>Drinker Biddle & Reath LLP<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-6996 | Keith A. Trefry<br>PAINE HAMBLEN<br>717 W. Sprague Avenue<br>Suite 1200<br>Spokane, WA 99201-3505 |
| Key Bank<br>POB 94932<br>Cleveland, OH 44101-4932 | Key Bank National Association<br>C/O Christopher Gorman, CEO<br>127 Public Square<br>Cleveland, OH 44114-1226 | KeyBank<br>1101 Pacific Avenue<br>Tacoma, wa 98402-4392 |
| KeyBank N.A.<br>Weltman Weinberg & Reis Co LPA<br>323 W Lakeside Ave #200<br>Cleveland, OH 44113-1009 | KeyBank National Association<br>Attention:  Ronald Goss<br>1101 Pacific Avenue<br>Tacoma, WA 98402-4392 | GARRETT SHEA LEDGERWOOD<br>Hershner Hunter LLP<br>180 East 11th Avenue<br>Eugene, OR 97401-3584 |
| Liberty Mutual Insurance<br>POB 9502<br>Dover NH 03821-9502 | MARION COUNTY TAX COLLECTOR<br>PO BOX 2511<br>SALEM, OR 97308-2511 | Mackey Porth & Unrein<br>864 Promontory Pl SE/ PO 3200<br>Salem, OR 97302-0200 |
| Marc Nelson Oil Products<br>POB 7135<br>Salem, OR 97303-0024 | Marion County Assessor's Office<br>C/O Tom Rohlfing<br>POB 14500<br>Salem, OR 97309-5036 | Marion County Circuit Court<br>100 High Street NE<br>Salem, OR 97301-3640 |
| McMinnville Gas<br>1384 NE Hwy 99W<br>McMinnville, OR 97128-2797 | Metal Works, Inc.<br>POB 939<br>Spencer, IA 51301-0939 | Mt Angel Telephone Company<br>PO Box 200<br>Mt Angel, OR 97362-0200 |

| | | |
|---|---|---|
| ODR Bkcy<br>955 Center St NE<br>Salem OR 97301-2555 | Optima Steel Holdings C/O Eulerhermes<br>1a Rockland Park Ave<br>Tappan, NY 10983 | Oregon Business Development Corporation<br>775 Summer St NE #200<br>Salem, OR 97301-1280 |
| Oxbow<br>600 S. 7th Street<br>Louisville, KY 40203-1968 | PGE<br>POB 4438<br>Portland, OR 97208-4438 | SUZANNE C PICKGROBE<br>620 SW Main St., Suite 313<br>Portland, OR 97205-3026 |
| Penske<br>POB 7429<br>Pasadena, CA 91109-7429 | Penske Truck Leasing Co., L.P.<br>Andrew J. Flame<br>Drinker Biddle & Reath LLP<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-6996 | Pitney Bowes Global Financial Services LLC<br>27 Waterview Drive<br>Shelton, CT 06484-4301 |
| Protec<br>720 NE Flanders<br>Portland, OR 97232-2763 | RF Factor<br>APEC & Service Partner<br>8904 Kimmie Rd SW<br>Tumwater, WA 98512-7641 | CRAIG G RUSSILLO<br>1211 SW 5th Ave #1600-1900<br>Portland, OR 97204-3795 |
| Recovery Management Systems Corporation<br>25 SE 2nd Ave #1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Alex Rhoten<br>Coldwell Banker Commercial<br>960 Liberty St SE #250<br>Salem, OR 97302-4197 |
| BRANDY A SARGENT<br>900 SW 5th Ave #2600<br>Portland, OR 97204-1229 | SBA - Portland District Office<br>620 SW Main St #313<br>Portland, OR 97205-3026 | TARA J SCHLEICHER<br>121 SW Morrison St #600<br>Portland, OR 97204-3136 |
| NATHAN FREDERICK JONES SMITH<br>Malcolm & Cisneros, A Law Corporation<br>2112 Business Center Drive<br>Irvine, CA 92612-7137 | Schwabe Williamson & Wyatt PC<br>Attorneys At Law<br>360 SW Bond St., Suite 400<br>Bend, OR 97702-3540 | Service Partners LLC<br>c/o John C. Baker<br>P. O. Box 467<br>Marysville, WA 98270-0467 |
| Service Partners LLC<br>P.O. Box 467<br>Marysville, WA 98270-0467 | State Board of Equalization<br>Special Ops Branch, MIC:55<br>POB 942879<br>Sacramento, CA 94279-0055 | State of Oregon, Business Development Deptme<br>775 Summer St. NE Suite 200<br>Salem, OR 97301-1280 |
| Superior Plus<br>4225 W Glenrosa Ave<br>Phoenix, AZ 85019-3308 | TED A TROUTMAN<br>5075 SW Griffith Dr.<br>STE 220<br>Beaverton, OR 97005-3045 | Thomas E. Perez, US Secretary of Labor,<br>US Dept of Labor ATTN Judy Owen<br>Employee Benefits Security Admin.<br>300 5th Ave #1110<br>Seattle, WA 98104-0002 |
| Toyota Lift Northwest<br>POB 4100<br>Portland, OR 97208-4100 | U.S. Small Business Administration<br>801 Tom Martin Drive, Ste 120<br>Birmingham, AL 35211-6424 | US Trustee, Eugene<br>405 E 8th Ave #1100<br>Eugene, OR 97401-2728 |

| | | |
|---|---|---|
| Valley Development Initiatives<br>C/O Truman A. Stone, RA<br>100 High Street SE, Suite 200<br>Salem, OR 97301-3636 | Valley Development Initiatives<br>c/o John D. Albert<br>PO Box 2247<br>Salem, OR 97308-2247 | Valley Rolling Corporation<br>3071 Schmidt Ln. NE<br>Hubbard, OR 97032-9806 |
| CAROLYN G WADE<br>Dept of Justice/Civil Enforce/Recovery<br>1162 Court St NE<br>Salem, OR 97301-4096 | PATRICK W WADE<br>POB 1475<br>Eugene, OR 97440-1475 | West Coast Metals<br>c/o Erik Hallenbeck<br>27292 Calle Arroyo, Suite A<br>San Juan Capistrano, CA 92675-6759 |
| West Coast Metals<br>c/o Erik Hallenbeck<br>27292 Calley Arroyo, Suite A<br>San Juan Capistrano, CA 92675-6759 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank Of America<br>POB 982235<br>El Paso, TX  79998-2235 | Discover Financial Services<br>PO Box 15316<br>Wilmington, DE  19850 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)KeyBank National Association | (u)KeyBank,N.A. | (d)Mt. Angel Telephone Company<br>POB 200<br>Mt. Angel, OR 97362-0200 |
| (u)Oregon Business Development Department | (u)Penske Truck Leasing Co., L.P. | (u)R&R Property Holdings, Inc. |
| (d)SBA - Portland District Office<br>620 SW Main St #313<br>Portland OR 97205-3026 | (d)KEITH A TREFRY<br>Paine Hamblen LLP<br>717 W Sprague Ave Ste 1200<br>Spokane, WA 99201-3905 | (u)United States of America/ IRS |
| (u)Valley Development Initiatives | End of Label Matrix<br>Mailable recipients    96<br>Bypassed recipients    10<br>Total                  106 | |