1 Craig G. Russillo, OSB #973875
SCHWABE, WILLIAMSON & WYATT, P.C.
2 Pacwest Center
1211 SW 5th Ave., Suite 1900
3 Portland, OR 97204
Telephone: 503.222.9981 (503) 796-2900
4 E-mail: crussillo@schwabe.com

5 Ronald W. Goss, WSBA #21575
(admitted *pro hac vice*)
6 KEYBANK LAW GROUP
WA-31-01-0071
7 1101 Pacific Avenue
Lower Level
8 Tacoma, WA 98402
Telephone: (253) 305-7813
9 Fax: (253) 305-7804
E-mail: ronald_w_goss@keybank.com
10
Attorneys for KeyBank National Association
11

12            IN THE UNITED STATES BANKRUPTCY COURT

13                FOR THE DISTRICT OF OREGON

14 In re:                              Chapter 11

15 Laura Lee Hagenauer,                No. 14-63530-fra11

16            Debtor.                  **DECLARATION OF CRAIG G. RUSSILLO
                                       UNDER LBR 2016(h)(1)(A)(ii)**
17

18

19

20        I, Craig G. Russillo, hereby declare and state that the following is true to the best of my

21 knowledge, information and belief:

22        1.    I am a Shareholder at Schwabe, Williamson & Wyatt, P.C. ("SWW"), attorneys

23 for KeyBank National Association ("KeyBank"), in connection with this case.

24        2.    I submit this declaration in support of KeyBank's request for post-petition

25 attorney fees and costs, under LBR 2016-1(h) and 2016-1(h)(1)(C)(ii)(II), payable from the

26 proceeds of collateral.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

1    3.    On behalf of KeyBank, I request allowance of compensation for professional

2  services of $42,063.73 and expenses of $210.80 incurred post-petition on this case, for a total of

3  $42,274.53.   Expenses claimed were actually charged to KeyBank.

4    4.    The rate of compensation, number of hours, and requested fee for each person

5  included in this application are summarized as follows:

| Name | Title | Rate per hour | Hours | Requested Fee (80% of total) |
|------|-------|---------------|-------|------------------------------|
| Alex Poust | Shareholder | $410.00 | .20 | $65.60 |
| Craig G Russillo | Shareholder | $336.20 | 96.30 | $25,900.84 |
| Craig G Russillo | Shareholder | $275.00 | .20 | $44.00 |
| Brianne L Bridegum | Associate | $188.60 | 1.10 | $165.96 |
| David A Anderson | Associate | $213.20 | 10.10 | $1,722.65 |
| David Cutler | Paralegal | $145.00 | 3.20 | $371.20 |
| Kai Davies | Paralegal | $145.00 | 34.50 | $4,002.00 |
| Karen L Harris | Paralegal | $192.70 | 62.60 | $9,650.41 |
| MaryAnn Ivie | Paralegal | $176.30 | 1.00 | $141.04 |
| TOTALS: | | | 209.20 | $42,063.70 |

5.    Costs charged to KeyBank are:

| Date | Description | Amount |
|------|-------------|--------|
| 11/11/14 | Pacer Fees (document copies) | $4.80 |
| 2/6/15 | Filing Fee – USBC | $176.00 |
| 2/6/15 | Filing Fee – USBC | $15.00 |
| 8/25/15 | Filing Fee – USBC | $15.00 |
| | Total Costs: | $ 210.80 |

6.    As indicated in KeyBank's Proof of Claim [Claim No. 21], KeyBank is a secured

creditor in this case, and entitled to recover its attorneys' fees and costs.   The basis for

KeyBank's secured status arises from two separate security documents: (a) the Deed of Trust

encumbering the real property ("Real Property") subject to the Debtor's Motion to Sell [Docket

Page 2 -    DECLARATION OF CRAIG G. RUSSILLO

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

1 No. 252], previously owned by DeLaMMC, LLC, and transferred to the Debtor pre-petition; and,

2 (b) the Security Agreement encumbering personal property previously owned by Valley Rolling

3 Corporation, and transferred to the Debtor pre-petition. The underlying promissory notes from

4 Valley Rolling Corporation (demand line of credit--Loan No. 11001) and DeLaMMC, LLC

5 (commercial real estate loan--Loan No. 1) each provide for payment of KeyBank's attorneys'

6 fees and expenses, including fees and expenses relating to bankruptcy proceedings. At this time,

7 KeyBank seeks only attorneys' fees and expenses attributable to legal services relating to the

8 commercial real estate loan, to be paid from proceeds of the sale of the Real Property, to which

9 KeyBank is entitled under the Deed of Trust. Because of the significant overlap between work

10 related to the Deed of Trust and the Security Agreement, KeyBank could not precisely segregate

11 attorney fees and costs for work between the two agreements. To address this issue, KeyBank is

12 seeking from the sale of the Real Property 80% of the total attorney fees and costs incurred post-

13 petition, as that percentage represents the portion of KeyBank's Proof of Claim associated with

14 the DeLaMMC loan secured by a Deed of Trust on the Real Property.

15      7.    SWW has not shared or agreed to share any compensation received or to be

16 received for the services rendered in connection with this case, except with a regular member,

17 partner, associate, or of counsel of the firm.

18      8.    A description of the timekeepers' services and expenses is included and

19 incorporated into this Declaration as Exhibit 1.

20      9.    Under LBR 2016-1(1)(B), KeyBank requests an additional $2,500 in attorney fees

21 and costs that it expects to incur addressing Debtor's Motion to Sell and until the Real Property

22 sale closes.

23      10.    KeyBank requests a total of $44,774.53 for expenses that fall within the limits of

24 LBR 2016-1(b).

25

26

Page 3 -    DECLARATION OF CRAIG G. RUSSILLO

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

1  **I hereby declare that the above statements are true to the best of my knowledge and**

2 **belief, and I understand that they are made for use as evidence in court and is subject to penalty**

3 **for perjury.**

4  Dated this 26th day of October, 2015.

5

6          *s/ Craig G. Russillo*
             Craig G. Russillo, , OSB No. 973875

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 4 -  DECLARATION OF CRAIG G. RUSSILLO

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave. Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

**S&W** | **SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

TAX ID# IRS-93-1130272

October 21, 2015

SHEILA R. COCHRAN
KEYCORP
KEY TOWER 2ND FLOOR
127 PUBLIC SQUARE
CLEVELAND, OH 44114

Client/Matter #: 027891-198786
Invoice #:  ******

Re: Valley Rolling Corporation Inc/DeLaMMC LLC
    LOAN AMOUNT: $2,182,682.05
    MATTER #: 15268

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | TASK/ACTIVITY | DESCRIPTION OF SERVICES |
|------|------|-------|---------------|--------------------------|
| 09/29/14 | AP | .20 | L120 /A104 | Analysis regarding automatic stay and "collapsed" corporation issue |
| 09/29/14 | BBR | 1.10 | L120 /A102 | Research and draft memo to Craig Russillo regarding potential violations of the automatic stay |
| 09/29/14 | CGR | .20 | L230 /A108 | Telephone call with Judge's clerk regarding status of matter and suggested course of action |
| 09/29/14 | CGR | .20 | L470 /A106 | Email to Sheila and Ron regarding intervening security interest on equipment |
| 09/29/14 | CGR | .20 | L250 /A101 | Work on Ron Goss' Pro Hac Vice application |
| 09/29/14 | CGR | .30 | L110 /A104 | Review transfer documents from DeLaMMC and Valley Rolling |
| 09/29/14 | CGR | .20 | L110 /A107 | Email to opposing counsel regarding unsigned deed |
| 09/29/14 | CGR | .20 | L110 /A107 | Email to Ted Troutman regarding signed and recorded deed |
| 09/29/14 | CGR | .20 | L110 /A104 | Review Motion to Employ Ted Troutman and Voluntary Chapter 11 Petition |
| 09/29/14 | CGR | .20 | L110 /A106 | Email to Ron and Sheila regarding application to employ Troutman |
| 09/29/14 | CGR | .30 | L120 /A104 | Analyze whether service of occupants of nonjudicial foreclosure notice would violate automatic stay |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM. Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS. Page 1 of 22
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Case 14-63530-fra11   Doc 262   Filed 10/26/15



**SCHWABE, WILLIAMSON & WYATT, P.C.**
A T T O R N E Y S   A T   L A W

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page    2
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 09/29/14 | CGR | .80 | L120 /A102 | Analyze (1) possible violation of stay for continuing nonjudicial foreclosure notices to tenants, (2) possibility of moving to dismiss BK case for bad-faith filing based on transfer in violation of order, and (3) legitimacy of collapsing entities into principal |
|---|---|---|---|---|
| 09/29/14 | CGR | .10 | L470 /A106 | Email to Sheila and Ron regarding request to opposing counsel for documents related to transfer of assets |
| 09/29/14 | CGR | .20 | L470 /A107 | Email to Ted Troutman (opposing counsel) regarding documents evidencing transfer of assets to Hagenauer |
| 09/29/14 | CGR | .70 | L120 /A106 | Telephone call with Ron Goss and Sheila Cochran regarding various issues related to Hagenauer Chapter 11 filing |
| 09/29/14 | CGR | .20 | L240 /A107 | Email to opposing counsel regarding cash collateral issues |
| 09/29/14 | CGR | .20 | L110 /A104 | Review Hangenauer's Chapter 11 filing |
| 09/29/14 | CGR | .20 | L110 /A106 | Email to Sheila and Ron regarding Hagenauer's BK filing |
| 09/29/14 | CGR | .20 | L120 /A106 | Email to Sheila Cochran regarding instructions to inform third parties to hold off collection efforts in light of BK |
| 09/29/14 | CGR | .30 | L120 /A101 | Work on various action needed to take regarding recent BK filing |
| 09/29/14 | DAA | .20 | L120 /A105 | Strategize with C Russillo regarding analysis of Hagenauer bankruptcy filing |
| 09/29/14 | KHA | .20 | L110 /A104 | Review recorded deed transferring real property and staying foreclosure proceedings |
| 09/29/14 | KHA | .30 | L110 /A108 | Multiple communications with title company re searching for transfer deed |
| 09/29/14 | KHA | .80 | L110 /A103 | Prepare pro hac vice application for Ronald Goss |
| 09/29/14 | KHA | .70 | L140 /A103 | Electronic filings of Special notice request for Dave Anderson and Craig Russillo |
| 09/29/14 | KHA | .30 | L110 /A108 | Communications with sheriff re advising of bankruptcy filing and placing hold on enforcement of order for provisional process |
| 09/30/14 | CGR | .20 | L470 /A106 | Email to Ron and Sheila regarding conclusion that proceeding with serving notice of sale will likely violate the stay |
| 09/30/14 | CGR | .20 | L110 /A104 | Review UCC-1 filed against Valley Rolling to determine priority of KeyBank line |
| 09/30/14 | CGR | .20 | L250 /A106 | Review motion to employ accountant and email to Ron Goss regarding possible response |
| 10/02/14 | CGR | .20 | L240 /A106 | Email to Ron Goss regarding Cash Collateral Motion |
| 10/02/14 | CGR | .20 | L240 /A107 | Email to Sue Pickgrove of the SBA regarding dismissal of foreclosure claims |
| 10/02/14 | CGR | .20 | L230 /A106 | Email to Ron and Sheila a 341 hearing |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Exhibit 1
Page 2 of 22



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page    3
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 10/02/14 | CGR | .40 | L240 | /A106 | Telephone call with Ron Goss regarding cash collateral order |
| 10/02/14 | CGR | .20 | L240 | /A103 | Finalize and file request to appear by phone for cash collateral hearing |
| 10/02/14 | CGR | .30 | L240 | /A106 | Telephone call with Ron Goss regarding terms of stipulated order |
| 10/02/14 | KHA | .40 | L110 | /A103 | Correspondence to court requesting appearance at 10/6 hearing via telephone |
| 10/02/14 | KHA | .50 | L110 | /A104 | Electronically file request for telephone appearance |
| 10/02/14 | KHA | .20 | L110 | /A108 | Telephone call to court re advising of filing request within 3 days of hearing |
| 10/03/14 | CGR | .30 | L210 | /A104 | Review Order for Use of Cash Collateral and confirm it conforms to local rules |
| 10/03/14 | CGR | .20 | L210 | /A105 | Work with Karen Harris regarding filing of Stipulated Order for Use of Cash Collateral |
| 10/03/14 | CGR | .20 | L210 | /A107 | Email to opposing counsel's clerk regarding execution of stipulated order for use of cash collateral |
| 10/03/14 | CGR | .20 | L210 | /A107 | Email to Lisette regarding Stipulated Order for Use of Cash Collateral |
| 10/03/14 | CGR | .20 | L470 | /A107 | Email to opposing counsel office regarding executed stipulation for filing |
| 10/03/14 | CGR | .20 | L210 | /A106 | Email to Sheila regarding Cash Collateral Order |
| 10/03/14 | KHA | 1.00 | L110 | /A103 | Revise and finalize Stipulated Order re Cash Collateral |
| 10/03/14 | KHA | .50 | L110 | /A104 | Electronically upload stipulated order |
| 10/03/14 | KHA | .20 | L110 | /A108 | Telephone call to court re advising of uploading of order for Monday's hearing |
| 10/06/14 | CGR | .20 | L210 | /A107 | Email to Ted Troutman with revised Cash Collateral Order |
| 10/06/14 | CGR | .20 | L210 | /A103 | Additional changes to Cash Collateral Order based upon review of Stipulation for Use of Cash Collateral with IRS |
| 10/06/14 | CGR | .20 | L210 | /A107 | Email to Bob Carlton regarding bank's decision to give Hagenauer 10 days' notice |
| 10/06/14 | CGR | .60 | L450 | /A109 | Prepare and attend (by phone) hearing on use of cash collateral |
| 10/06/14 | CGR | .20 | L210 | /A103 | Revise Notice of Intent to Default D. Hagenauer |
| 10/06/14 | CGR | .20 | L210 | /A107 | Telephone call with Ted Troutman regarding changes to Cash Collateral Order |
| 10/06/14 | CGR | .80 | L210 | /A103 | Work on revision to Cash Collateral Order per judge's comments at hearing |
| 10/06/14 | CGR | .20 | L210 | /A107 | Email to revised Cash Collateral Order to Ted Troutman |
| 10/06/14 | CGR | .20 | L470 | /A106 | Email to Sheila Cochran regarding borrower's concerns about RCC's notices |
| 10/06/14 | CGR | .30 | L430 | /A107 | Email to counsel for Cascadia Metals regarding cash collateral hearing and stipulation between KeyBank and borrower for use of cash collateral |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM. Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.** Page 3 of 22

Case 14-63530-fra11    Doc 262    Filed 10/26/15



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page    4
C/M #:  027891-198786

TAX ID# IRS-93-1130272

| 10/06/14 | CGR | .20 | L140 /A104 | Review file to determine if defendant Hagenauer had provided a notice of intent to defend the lawsuit / review Forbearance Agreement to determine if it contains any notice of intent to defend |
|---|---|---|---|---|
| 10/06/14 | CGR | .30 | L240 /A106 | Email to Sheila Cochran regarding strategy to deal with defendant Hagenauer and default |
| 10/06/14 | CGR | .20 | L120 /A106 | Email to Sheila Cochran regarding decision to give Dennis Hagenauer a new notice |
| 10/06/14 | CGR | .30 | L210 /A103 | Work on ORCP 69 Notice of Default to defendant Dennis Hagenauer |
| 10/06/14 | DAA | 1.00 | L120 /A104 | Analyze effect of borrower assigning equipment from entity to herself and then filing bankruptcy |
| 10/06/14 | KHA | .70 | L110 /A104 | Review matter to prepare default documents |
| 10/07/14 | CGR | .30 | L210 /A103 | Review cash collateral order after debtor's counsel made changes |
| 10/07/14 | CGR | .20 | L210 /A107 | Email to debtor's counsel regarding proposed changes to cash collateral order |
| 10/07/14 | DAA | 2.60 | L120 /A104 | Analyze arguments for dismissing or avoiding assignment of collateral to debtor |
| 10/08/14 | CGR | .40 | L120 /A106 | Telephone call with Ron Goss regarding update on BK case and litigation against Dennis Hagenauer |
| 10/08/14 | CGR | .20 | L210 /A104 | Review proposed changes to Cash Collateral Oder from Cascadia Metals |
| 10/08/14 | CGR | .20 | L210 /A107 | Email to debtor's counsel and Cascadia Metal counsel regarding cash collateral order |
| 10/08/14 | CGR | .20 | L210 /A104 | Review final cash collateral order provided by debtor's counsel |
| 10/08/14 | CGR | .20 | L210 /A107 | Email to debtor's counsel approving of final version of cash collateral order |
| 10/08/14 | CGR | .20 | L210 /A107 | Email to opposing counsel (Cascadia Metals) regarding cash collateral order |
| 10/09/14 | CGR | .20 | L470 /A107 | Email to debtor's counsel and Cascadia Metals' counsel regarding ability to exceed budgeted amount for purchase of materials |
| 10/09/14 | CGR | .20 | L470 /A106 | Email to Sheila Cochran regarding Debtor's interpretation of cash collateral order |
| 10/13/14 | CGR | .20 | L110 /A104 | Review Debtor's schedules and other BK documents recently filed |
| 10/13/14 | CGR | .20 | L110 /A106 | Email to Sheila Cochran with recently filed BK documents and comments |
| 10/13/14 | CGR | .20 | L470 /A106 | Email to Sheila regarding amounts received by KeyBank on AR collection efforts |
| 10/13/14 | CGR | .20 | L470 /A107 | Email to opposing counsel regarding AR collection efforts by KeyBank pre-petition |
| 10/14/14 | CGR | .30 | L220 /A106 | Two emails to Sheila Cochran regarding what to do with checks that RCC recovered as part of direct-notify attempts |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 6% PER ANNUM.  Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.  Page 4 of 22
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Case 14-63530-fra11    Doc 262    Filed 10/26/15



SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Invoice #    ******
Page    5
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 10/14/14 | CGR | .20 | L220 /A107 | Email to Debtor's counsel regarding Debtor intention with respect to checks recovered by RCC pre-petition |
| 10/14/14 | CGR | .20 | L470 /A106 | Email to Sheila and Ron regarding possible disposition of checks received from AR direct notify efforts. |
| 10/14/14 | CGR | .30 | L470 /A106 | Telephone call with Ron Goss regarding how to deal with funds received from direct notification efforts |
| 10/20/14 | CGR | .10 | L470 /A104 | Review communication from JP Morgan regarding Notice of Provisional Process |
| 10/20/14 | CGR | .20 | L470 /A106 | Email to Sheila and Ron regarding communication from JP Morgan and suggested course of action to deal with same |
| 10/20/14 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding strategy to deal with cash collateral, 341 hearing, 2004 exam, and default judgment |
| 10/20/14 | CGR | .20 | L210 /A106 | Email to Ron Goss with pro hac vice application |
| 10/22/14 | CGR | .10 | L110 /A104 | Review budget from Hagenauer claiming amounts due as "employee" |
| 10/22/14 | CGR | .20 | L110 /A106 | Email to Ron Goss regarding whether to point out that Valley Rolling is not longer separate entity |
| 10/22/14 | CGR | .20 | L160 /A106 | Email to Sheila Cochran regarding default interest accrual per diem to provide escrow based on limitation in third party lending agreement |
| 10/22/14 | CGR | .20 | L160 /A108 | Email to escrow with default interest per diem based on third party lending agreement |
| 10/22/14 | CGR | .20 | L240 /A106 | Email to Sheila regarding payoff needed for default judgment against Dennis Hagenauer |
| 10/22/14 | CGR | .30 | L240 /A103 | Revise Motion for Order of Default, Order of Default, and Declaration in support of same |
| 10/23/14 | CGR | .20 | L470 /A106 | Telephone call with Ron Goss regarding default judgment and debtor's budget |
| 10/23/14 | CGR | .20 | L210 /A106 | Email to Sheila Cochran regarding payoff needed for default judgment |
| 10/24/14 | CGR | .20 | L210 /A106 | Email to Sheila Cochran regarding declaration |
| 10/24/14 | CGR | .20 | L210 /A106 | Email to Ron Goss regarding whether we should default Valley Rolling in addition to Dennis Hagenauer |
| 10/24/14 | CGR | 1.20 | L210 /A103 | Draft Declaration for Sheila Cochran in support of motion for limited judgment |
| 10/24/14 | CGR | .20 | L210 /A106 | Email to Sheila Cochran regarding declaration |
| 10/24/14 | CGR | 1.30 | L240 /A103 | Work on (A) Motion for Limited Judgment against Valley Rolling and D. Hagenauer, and (B) Judgment |
| 10/26/14 | DAA | 1.20 | L240 /A103 | Draft default documents for default against D. Hagenauer and Valley Rolling |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.  Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**    Page 5 of 22

Case 14-63530-fra11    Doc 262    Filed 10/26/15



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page    6
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 10/27/14 | CGR | .20 | L110 /A106 | Email to Sheila Cochran regarding apparent failure of borrower to pay real property taxes |
| 10/27/14 | DAA | .20 | L120 /A105 | Email correspondence with C Russillo, L Schauer, and L Bailey regarding cost bill |
| 10/28/14 | DAA | 1.30 | L240 /A103 | Finalize default documents |
| 11/03/14 | CGR | .20 | L210 /A106 | Email to Sheila and Ron regarding status of default judgment |
| 11/03/14 | CGR | .20 | L210 /A105 | Work with Dave Anderson regarding status of default judgment and confirmation of same through OJIN |
| 11/03/14 | CGR | .20 | L210 /A106 | Email to Ron Goss regarding timing for entry of default judgment |
| 11/03/14 | DAA | .30 | L240 /A104 | Monitor court's OJIN report regarding status of judgment |
| 11/06/14 | CGR | .20 | L210 /A106 | Email to Ron Goss regarding issues with debtor's motion for final order for use of cash collateral |
| 11/06/14 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding motion for use of cash collateral |
| 11/06/14 | KHA | .20 | L110 /A108 | Communications with appraiser confirming ownership of property |
| 11/06/14 | KHA | .80 | L110 /A103 | Prepare appraisal engagement letter |
| 11/07/14 | CGR | .30 | L210 /A106 | Telephone call with Ron Goss regarding filing objection to motion for use of cash collateral |
| 11/07/14 | CGR | 1.00 | L210 /A103 | Review, revise, finalize and gather exhibits for objection to use of cash collateral and file same |
| 11/10/14 | CGR | .30 | L210 /A106 | Telephone call with Ron Goss regarding KeyBank's objection to cash collateral |
| 11/10/14 | CGR | .20 | L110 /A106 | Email to Ron Goss regarding 2004 exam of Hagenauer |
| 11/10/14 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding attendance at cash collateral hearing |
| 11/11/14 | CGR | .20 | L120 /A106 | Email with Ron Goss regarding cash collateral hearing |
| 11/11/14 | KHA | .20 | L110 /A104 | Receive provisional process package back from sheriff |
| 11/12/14 | CGR | .20 | L210 /A104 | Review Unsecured Creditors' Committee's response to debtor's motion for relief |
| 11/12/14 | CGR | .20 | L210 /A106 | Email to Ron Goss regarding stipulated order for use of cash collateral and inclusion of Committee's concerns into order |
| 11/12/14 | CGR | .30 | L210 /A106 | Telephone call with Ron Goss regarding creditor committee's objection to cash collateral motion |
| 11/13/14 | CGR | .20 | L120 /A106 | Email with Ron Goss regarding changes to cash collateral order |
| 11/13/14 | CGR | .30 | L210 /A107 | Telephone call with Phil Muir (opposing counsel) regarding cash collateral order and inclusion of budget |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Exhibit 1
Page 6 of 22

Case 14-63530-fra11    Doc 262    Filed 10/26/15



SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page    7
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 11/13/14 | CGR | .20 | L210 | /A107 | Email to US Trustee regarding inclusion of new budget in Stipulated Order for Cash Collateral |
| 11/13/14 | CGR | .20 | L210 | /A107 | Email to US Trustee regarding filing of revised budget |
| 11/13/14 | CGR | .20 | L210 | /A106 | Telephone call with Ron Goss regarding changes to the stipulated cash collateral order requested by unsecured creditors' committee |
| 11/13/14 | CGR | .20 | L470 | /A106 | Email to Ron and Sheila regarding judgment against Hagenauer and Valley Rolling and suggested course of action |
| 11/13/14 | CGR | .20 | L210 | /A103 | Review and revise cash collateral order |
| 11/13/14 | CGR | .20 | L210 | /A107 | Email to opposing counsel regarding final Cash Collateral Order |
| 11/13/14 | CGR | .20 | L210 | /A106 | Email to Ron Goss regarding budget to be attached to Cash Collateral Order |
| 11/13/14 | CGR | .30 | L210 | /A106 | Telephone call with Ron Goss regarding inclusion of budget on Cash Collateral order |
| 11/13/14 | KHA | .70 | L110 | /A103 | Revise and format stipulated order |
| 11/14/14 | CGR | .30 | L210 | /A106 | Telephone call with Ron Goss regarding cash collateral hearing |
| 11/14/14 | CGR | .80 | L530 | /A101 | Prepare for and participate in hearing on Interim Use of Cash Collateral |
| 11/14/14 | CGR | .30 | L210 | /A106 | Telephone call with Ron Goss regarding results of hearing on interim use of cash collateral |
| 11/14/14 | CGR | .30 | L210 | /A103 | Revise terms of Interim Order for Use of Cash Collateral per Judge's request |
| 11/14/14 | CGR | .20 | L210 | /A107 | Email to opposing counsel regarding revised order for use of cash collateral |
| 11/14/14 | KHA | .90 | L110 | /A103 | Revise, finalize and upload stipulated order for cash collateral |
| 11/18/14 | CGR | .40 | L120 | /A106 | Call with Ron Goss regarding possible garnishment of Dennis Hagenauer and ramifications of same |
| 11/18/14 | CGR | .20 | L470 | /A101 | Work on writ of garnishment for Laura Hagenauer |
| 11/18/14 | KHA | .40 | L110 | /A104 | Calculate balance due under judgment |
| 11/19/14 | CGR | .20 | L470 | /A105 | Work with Karen Harris regarding garnishment of Debtor |
| 11/19/14 | CGR | .20 | L470 | /A104 | Review and analyze whether garnishment to Debtor for employee's wages violates he automatic stay |
| 11/19/14 | DAA | 3.10 | L240 | /A104 | Analyze effect of automatic stay on garnishment of wages due to debtor's employee |
| 11/19/14 | KHA | 1.30 | L110 | /A106 | Prepare garnishment package |
| 11/19/14 | KHA | .30 | L110 | /A105 | Conference with D. Anderson re serving garnishment on garnishee in bankruptcy |
| 11/19/14 | KHA | .20 | L110 | /A106 | Forward appraisal to client for review |
| 11/20/14 | CGR | .20 | L470 | /A105 | Work with Karen Harris and Dave Anderson regarding status of writ of garnishment to debtor |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.    Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**    Page 7 of 22

Case 14-63530-fra11    Doc 262    Filed 10/26/15



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page    8
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 11/20/14 | CGR | .20 | L470 /A106 | Email with Ron Goss regarding status of garnishment against Debtor |
| 11/20/14 | DAA | .20 | L240 /A104 | Email correspondence to / from C Russillo regarding status of garnishment |
| 12/01/14 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding Final Hearing on use of Cash Collateral and Motion to Dismiss or Convert |
| 12/01/14 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding 2004 exam and motion to dismiss case |
| 12/04/14 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding response to Debtor's motion for final use of cash collateral |
| 12/04/14 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding response to motion for use of cash collateral and timing of 2004 hearing |
| 12/04/14 | CGR | .20 | L350 /A104 | Work on pleadings for 2004 exam of Hagenauer |
| 12/04/14 | CGR | .20 | L350 /A106 | Email to Ron Goss regarding 2004 exam pleadings |
| 12/04/14 | CGR | .20 | L120 /A106 | Telephone call with Ron Goss regarding documents necessary to produce before 2004 hearing |
| 12/04/14 | CGR | .20 | L210 /A106 | Email to Ron Goss regarding process for pro hac application |
| 12/04/14 | CGR | .20 | L350 /A106 | Telephone call with Ron Goss regarding changes to 2004 exam order regarding production of documents |
| 12/04/14 | CGR | .20 | L350 /A103 | Revise 2004 Order to provide for production of documents before examination |
| 12/04/14 | CGR | .20 | L350 /A106 | Email to Ron Goss regarding proposed changes to 2004 Order |
| 12/04/14 | CGR | .20 | L210 /A106 | Telephone call with Ron Goss regarding pro hac vice application |
| 12/04/14 | CGR | .20 | L210 /A107 | Email to Ted Troutman with Stipulated Motion and Order for 2004 Exam |
| 12/04/14 | CGR | .20 | L210 /A107 | Email to Tara Schleichter regarding Motion and Order for 2004 exam |
| 12/04/14 | KHA | .20 | L110 /A104 | Obtain updated service list from court for motion and order for 2004 exam |
| 12/04/14 | KHA | .60 | L110 /A104 | Finalize and upload pro hac vice application and order |
| 12/04/14 | KHA | .70 | L110 /A103 | Revise and format motion and stipulated order for 2004 exam |
| 12/05/14 | CGR | .20 | L350 /A107 | Email to opposing counsel regarding signed stipulation for 2004 exam and intent to file with court |
| 12/05/14 | CGR | .30 | L120 /A106 | Email to Ron Goss in response to several questions regarding collection efforts |
| 12/05/14 | KHA | .60 | L110 /A103 | UCC searches to obtain clean copies of UCC filings |
| 12/05/14 | KHA | .20 | L110 /A104 | Confirm deadline to respond to writ of garnishment |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Exhibit 1
Page 8 of 22

Case 14-63530-fra11    Doc 262    Filed 10/26/15



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page    9
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 12/05/14 | KHA | .30 | L110 /A103 | Finalize and upload stipulated order for 2004 exam |
| 12/05/14 | KHA | .50 | L110 /A103 | Finalize and electronically file motion for 2004 exam |
| 12/08/14 | CGR | .30 | L470 /A106 | Email to Ron Goss regarding failure by debtor to respond to writ of garnishment and suggested course of action |
| 12/08/14 | CGR | .30 | L240 /A106 | Work with Ron Goss on response to Motion for Use of Cash Collateral and possible collection efforts against D. Hagenauer |
| 12/09/14 | CGR | .20 | L410 /A106 | Email to Ron Goss regarding 2004 examination of debtor |
| 12/09/14 | CGR | .20 | L410 /A107 | Email to Cascadia Metals counsel regarding 2004 exam |
| 12/09/14 | CGR | .30 | L240 /A106 | Telephone call with Ron Goss regarding filing objection to motion for use of cash collateral |
| 12/09/14 | CGR | .20 | L350 /A111 | Brief review of opposition to motion for relief from stay |
| 12/09/14 | CGR | .10 | L350 /A111 | Gather and arrange exhibits |
| 12/09/14 | CGR | .10 | L350 /A111 | Finalize and file relief from star |
| 12/09/14 | KHA | 1.40 | L110 /A103 | Finalize and electronically file objection to debtor's motion for use of cash collateral |
| 12/10/14 | KHA | .10 | L110 /A106 | Request from KeyBank to order hard copies of appraisals |
| 12/10/14 | KHA | .20 | L110 /A108 | Order hard copies of appraisal |
| 12/15/14 | CGR | .20 | L110 /A106 | Email to Ron Goss regarding 2004 exam and failure by debtor to provide necessary documents |
| 12/19/14 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding 2004 exam and deadline to object to dischargeability of claim |
| 12/22/14 | CGR | 1.10 | L120 /A106 | Telephone call with Ron Goss regarding 2004 exam and stipulated order for continued use of cash collateral |
| 12/29/14 | CGR | .20 | L240 /A106 | Email to Ron Goss regarding hearing on motion for use of cash collateral |
| 12/29/14 | CGR | .30 | L120 /A101 | Telephone conference with Ron Goss regarding motion for use of cash collateral |
| 01/05/15 | KHA | .60 | L110 /A103 | Prepare and electronically file request to appear at hearing via telephone |
| 01/05/15 | KHA | .20 | L110 /A108 | Communications with Court re filing of request to appear at hearing via telephone |
| 01/06/15 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding cash collateral hearing and filing of stipulation |
| 01/06/15 | CGR | .20 | L210 /A106 | Email to Ron Goss regarding filing of Stipulated Motion for Cash Collateral |
| 01/06/15 | CGR | .20 | L210 /A105 | Work with Karen Harris regarding formatting of Third Cash Collateral Order |
| 01/06/15 | CGR | .20 | L210 /A106 | Email to Ron Goss regarding filing of Third Cash Collateral Order |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.  Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**  Page 9 of 22

Case 14-63530-fra11    Doc 262    Filed 10/26/15



SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #   ******
Page  10
C/M #:  027891-198786

TAX ID# IRS-93-1130272

| 01/06/15 | CGR | .20 | L210 /A106 | Telephone call with Ron Goss regarding changes to the Third Cash Collateral Order and filing of same |
| 01/06/15 | CGR | .20 | L210 /A103 | Review and revise Third Cash Collateral Order |
| 01/06/15 | KHA | .40 | L110 /A103 | Review and begin re-formatting stipulated order |
| 01/07/15 | CGR | .20 | L210 /A106 | Email to Ron Goss regarding changes to and finalization of Third Order for Cash Collateral |
| 01/07/15 | CGR | .20 | L210 /A103 | Revise cash collateral order and budget per Ron Goss' instructions |
| 01/07/15 | CGR | .30 | L210 /A103 | Work with Karen on changes to Cash Collateral Order and Budget |
| 01/07/15 | CGR | .20 | L210 /A106 | Email to Ron Goss confirming filing of Cash Collateral Order |
| 01/07/15 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding Cash Collateral Order and Absolute Priority Rule |
| 01/07/15 | KHA | 1.00 | L120 /A103 | Finalize and electronically file stipulated order re cash collateral |
| 01/07/15 | KHA | .20 | L120 /A108 | Communications with court re uploading of stipulated order |
| 01/12/15 | CGR | .20 | L470 /A106 | Email to Ron Goss and Sheila Cochran regarding funds received from garnishment |
| 01/22/15 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding possibly filing plan of liquidation |
| 01/22/15 | CGR | .20 | L110 /A104 | Review comparable chapter 11 for liquidation plan and disclosure statement |
| 01/22/15 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding sample liquidation plan and disclosure statement |
| 01/26/15 | CGR | .40 | L120 /A106 | Telephone call with Ron Goss regarding strategy with regard to filing plan and sale of residence |
| 01/26/15 | CGR | .20 | L120 /A106 | Email to Ron Goss with title report from foreclosure |
| 01/27/15 | CGR | .20 | L330 /A106 | Email to Sheila Cochran regarding lien information needed for 2004 exam of Hagenauer |
| 01/28/15 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding motion to convert case and filing of liquidation plan |
| 02/04/15 | CGR | .50 | L120 /A106 | Telephone call with Ron Goss regarding motion to convert, motion for relief, and notice to creditors |
| 02/04/15 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding motion to convert |
| 02/06/15 | CGR | .50 | L240 /A103 | Work on finalizing various motion for filing |
| 02/06/15 | CGR | .20 | L240 /A106 | Email to Sheila Cochran regarding declaration in support of motion for relief |
| 02/06/15 | CGR | .20 | L240 /A106 | Email to Ron Goss regarding filing of Objection to Use of Cash Collateral |
| 02/06/15 | CGR | .30 | L240 /A103 | Review and finalize for fling objection for use of cash collateral |
| 02/06/15 | CGR | .20 | L240 /A106 | Email to Ron Goss regarding letter to judge regarding March 3 hearing of motions |



SCHWABE, WILLIAMSON & WYATT, P.C.
A T T O R N E Y S   A T   L A W

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page    11
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 02/06/15 | CGR | .30 | L240 /A108 | Letter to Judge Alley requesting recently filed motions be heard on March 3 |
| 02/06/15 | CGR | .30 | L210 /A106 | Emails to Ron and Sheila regarding motions for relief, conversion, and setting bar date |
| 02/06/15 | CGR | .30 | L240 /A103 | Work on revisions to motion for relief |
| 02/06/15 | CGR | .30 | L240 /A106 | Telephone call with Ron Goss regarding motions to file for March 3 hearing |
| 02/06/15 | KHA | 4.40 | L110 /A103 | Revise, finalize and electronically file the following documents: Objection to Motion for Cash Collateral Motion to Convert Declaration in Support of Motion to Convert with Exhibits A-U Notice and Motion for Relief from Stay Declaration in Support of Motion for Relief with Exhibits Motion to Set Bar Date Correspondence to Court requesting specific hearing date |
| 02/06/15 | KHA | .40 | L110 /A108 | Multiple communications with court re scheduling motions for scheduled hearing |
| 02/09/15 | CGR | .20 | L470 /A106 | Email to Ron Goss regarding garnished funds |
| 02/09/15 | CGR | .20 | L470 /A106 | Email to Ron and Sheila regarding garnished funds |
| 02/09/15 | CGR | .20 | L530 /A106 | Email to Ron Goss regarding attendance at hearing on Motion to Convert |
| 02/10/15 | CGR | .20 | L210 /A105 | Work with Karen Harris regarding filing of response to Cred. Committee motion |
| 02/10/15 | CGR | .20 | L470 /A106 | Letter to Cindy Crowther regarding garnished funds |
| 02/10/15 | CGR | .50 | L240 /A106 | Telephone call with Ron Goss regarding various motions to be heard on March 3 |
| 02/10/15 | CGR | .20 | L210 /A106 | Email to Ron Goss regarding review and filing of KB's response to motion for authority to pursue avoidance actions |
| 02/10/15 | CGR | .30 | L210 /A104 | Review Response to Creditor's Motion for Authority to Pursue Preference Claims |
| 02/10/15 | KHA | .70 | L110 /A103 | Complete mailings of notice of hearing to all creditors on matrix |
| 02/10/15 | KHA | .90 | L110 /A103 | Telephone communications with clerk re serving notices of hearings |
| 02/10/15 | KHA | 1.50 | L110 /A103 | Finalize and electronically file Response to Committee's Motion (with exhibits) |
| 02/12/15 | CGR | .20 | L240 /A104 | Review and approve COS for Motion to Convert Case |
| 02/12/15 | KHA | .80 | L110 /A103 | Prepare and electronically file Certificate of Service of Notice of Hearing and supporting documents |
| 02/13/15 | CGR | .20 | L470 /A108 | Telephone call with Marc Nelson oil regarding 502(b)(9) claim |
| 02/17/15 | CGR | .20 | L470 /A105 | Work with Karen Harris regarding status of foreclosure sale of Valley Rolling property |



**SCHWABE, WILLIAMSON & WYATT, P.C.**
A T T O R N E Y S   A T   L A W

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #   ******
Page  12
C/M #:  027891-198786

TAX ID# IRS-93-1130272

| Date | Initials | Hours | Codes | Description |
|------|----------|-------|-------|-------------|
| 02/17/15 | CGR | .20 | L470 /A105 | Work with Karen Harris regarding postponement of foreclosure sale |
| 02/17/15 | DJC | .20 | L140 /A108 | Telephone call with representative from Gorilla Capital regarding bankruptcy and postponed foreclosure |
| 02/18/15 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding exhibits for hearing on Motion to Convert |
| 02/18/15 | CGR | .20 | L240 /A105 | Work with Karen Harris regarding judge's preference for hearing exhibits |
| 02/23/15 | CGR | .30 | L210 /A104 | Review Objections to Motion for Relief and Motion to Convert filed by Debtor and Unsecured Creditors' Committee |
| 02/23/15 | CGR | .20 | L210 /A104 | Review local rules regarding timeframe for filing replies to objections |
| 02/23/15 | CGR | .20 | L210 /A106 | Email to Ron Goss regarding assistance with and logistics of replies to recently filed objections to KeyBank motions |
| 02/23/15 | CGR | .20 | L210 /A106 | Email to Sheila Cochran regarding objection to Motion to Convert |
| 02/23/15 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding strategy for dealing with objections to motions |
| 02/23/15 | CGR | .20 | L120 /A106 | Email with Ron Goss regarding documents needed for hearing on Motion to Convert / Motion for Relief from Stay |
| 02/23/15 | CGR | .20 | L120 /A105 | Work with Karen Harris regarding hearing exhibits establishing liens |
| 02/23/15 | CGR | .20 | L250 /A106 | Email to Ron Goss regarding exhibits |
| 02/23/15 | CGR | .20 | L250 /A101 | Work on exhibit list for March 3 hearings |
| 02/23/15 | KHA | .60 | L110 /A104 | Obtain copies of recorded documents for Ron Goss |
| 02/23/15 | KHA | .40 | L110 /A104 | Confirm balance due on outstanding real property taxes |
| 02/24/15 | CGR | .20 | L160 /A106 | Email to Ron Goss regarding settlement conference and attendance of same |
| 02/24/15 | CGR | .40 | L250 /A106 | Telephone call with Ron Goss regarding valuation issues and possible interest rates for loan |
| 02/24/15 | CGR | .20 | L250 /A105 | Work with Karen Harris regarding exhibits and amendment of proof of claim |
| 02/24/15 | CGR | .20 | L250 /A105 | Work with Karen Harris regarding exhibits necessary for March 3 hearing |
| 02/24/15 | CGR | .20 | L250 /A106 | Email to Ron Goss with Valley Rolling security agreements and UCC filings |
| 02/24/15 | CGR | .30 | L250 /A101 | Work on UCC exhibits for hearing |
| 02/24/15 | CGR | .50 | L250 /A106 | Telephone call with Ron Goss regarding various issues related to March 3 hearings |
| 02/24/15 | CGR | .40 | L250 /A101 | Review and revise Declaration of Sheila Cochran in support of Motion for Relief |
| 02/24/15 | CGR | .30 | L250 /A106 | Email to Ron and Sheila with revised subpoena |
| 02/24/15 | KHA | .50 | L110 /A104 | Create chart of all UCC filings |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM. Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS. Page 12 of 22
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Case 14-63530-fra11   Doc 262   Filed 10/26/15



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page  13
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 02/24/15 | KHA | .80 | L110 /A103 | Conference call with client re analysis of KeyBank claim |
| 02/24/15 | KHA | 1.80 | L110 /A103 | Begin identifying and marking exhibits for 3/3 hearing |
| 02/25/15 | CGR | .20 | L250 /A106 | Email to Ron Goss regarding UCC exhibit |
| 02/25/15 | CGR | .20 | L250 /A106 | Email to Ron Goss regarding filing of replies |
| 02/25/15 | CGR | .30 | L250 /A106 | Telephone call with Ron Goss regarding hearing exhibits and reply motions |
| 02/25/15 | CGR | .20 | L250 /A101 | Work with Karen Harris on hearing exhibits |
| 02/25/15 | CGR | .80 | L240 /A103 | Review and revise Reply in support of Motion for Relief |
| 02/25/15 | CGR | .30 | L240 /A103 | Additional edits to Reply in Support of Motion for Relief |
| 02/25/15 | CGR | .20 | L250 /A106 | Email to Ron Goss regarding deadline for filing replies to Motion to Convert and Motion for Relief |
| 02/25/15 | CGR | .20 | L250 /A103 | Work on UCC exhibit |
| 02/25/15 | CGR | .20 | L240 /A106 | Telephone call with Ron Goss regarding reply to Motion to Convert |
| 02/25/15 | CGR | .30 | L240 /A103 | Revisions to Reply to Motion to Convert |
| 02/25/15 | CGR | .30 | L240 /A106 | Telephone call with Ron Goss regarding debtor's motion to extend exclusivity period |
| 02/25/15 | KHA | 1.40 | L110 /A103 | Finalize and electronically file reply to objection to motion to convert |
| 02/25/15 | KHA | 1.40 | L110 /A103 | Finalize and electronically file reply to objection to motion for relief |
| 02/25/15 | KHA | .40 | L110 /A103 | Prepare redacted exhibit of KeyBank UCC filings and summary |
| 02/26/15 | CGR | .30 | L240 /A103 | Work on objection to Motion to Extend Exclusivity |
| 02/26/15 | CGR | .40 | L240 /A106 | Telephone call with Ron Goss regarding (1) stopping work on objection to motion to extend exclusivity, and (2) possible deal done through Motion for Relief as a settlement |
| 02/26/15 | CGR | .20 | L240 /A106 | Work with Ron Goss on hearing prepare for and exhibits |
| 02/26/15 | CGR | .30 | L160 /A106 | Telephone call with Ron Goss regarding terms of settlement, appearance at hearing by phone, and proposed order |
| 02/26/15 | CGR | .20 | L240 /A101 | Continue working on exhibits for hearing |
| 02/26/15 | CGR | .20 | L240 /A106 | Email to Ron Goss regarding hearing exhibits |
| 02/26/15 | KHA | 1.30 | L110 /A103 | Identify and mark exhibits for 3/3 hearing |
| 02/26/15 | KHA | .50 | L110 /A103 | Prepare list of exhibits still need from Ron Goss |
| 02/26/15 | KHA | .50 | L110 /A103 | Draft correspondence to court re appearing at 3/3 via telephone |
| 02/26/15 | KHA | .20 | L110 /A108 | Telephone communication with court clerk re requesting telephone appearance at 3/3 hearing and possible resolution of KeyBank's issues |
| 02/27/15 | KHA | .70 | L110 /A103 | Format Stipulated Order on Various Motions |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.   Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.   Page 13 of 22
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Case 14-63530-fra11    Doc 262    Filed 10/26/15



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page  14
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 02/27/15 | KHA | .20 | L110 /A106 | Communications with Ron Goss re 3/3 hearing, stipulated order and possible resolution of KeyBank issues |
| 03/02/15 | CGR | .30 | L250 /A106 | Telephone call with Ron Goss regarding proposed order on Motion for Relief |
| 03/03/15 | CGR | .20 | L250 /A106 | Email to Ron Goss regarding edits to Stipulated Order for Relief from Stay |
| 03/03/15 | CGR | .10 | L250 /A105 | Work with Karen Harris regarding revisions to Stipulated Order for Relief from Stay |
| 03/03/15 | CGR | .20 | L250 /A106 | Email to Ron Goss regarding execution and uploading of Stipulated Order |
| 03/03/15 | CGR | .20 | L120 /A106 | Telephone call with Ron Goss regarding cash collateral hearing and strategy for moving forward |
| 03/03/15 | CGR | .20 | L250 /A106 | Email to Ron Goss regarding proposed changes to Order suggested by Unsecured Creditors' Committee |
| 03/03/15 | CGR | .20 | L250 /A106 | Telephone call with Ron Goss regarding changes to Stipulated Order for Relief |
| 03/03/15 | CGR | .20 | L250 /A103 | Revise Stipulated Order |
| 03/03/15 | CGR | .20 | L250 /A108 | Email revised Stipulated Order to counsel |
| 03/03/15 | CGR | .20 | L250 /A108 | Email to Ron Goss regarding receipt of signed copies of Stipulation and uploading of Order |
| 03/03/15 | CGR | .30 | L530 /A101 | Participate in hearing on Motion for Relief |
| 03/03/15 | KHA | .70 | L110 /A103 | Revise stipulated order on multiple motions |
| 03/03/15 | KHA | .80 | L110 /A103 | Finalize and electronically file stipulated order |
| 03/03/15 | KHA | .60 | L110 /A108 | Multiple communications with court re stipulated order dealing with multiple issues and ECF system will not allow that many events to link together |
| 03/04/15 | CGR | .20 | L250 /A105 | Work with Karen Harris regarding potential issues with Stipulated Order |
| 03/04/15 | KHA | .30 | L110 /A108 | Communications with court clerk processing stipulated order as is even though it deals with multiple issues |
| 03/17/15 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding Stipulated Order for Cash Collateral |
| 05/06/15 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding objection to disclosure statement |
| 05/06/15 | CGR | .30 | L210 /A104 | Review and revise Disclosure Statement and ready for filing |
| 05/06/15 | CGR | .20 | L210 /A103 | Work on Objection to Disclosure Statement |
| 05/07/15 | KHA | 1.00 | L110 /A103 | Finalize and electronically file objection to amended disclosure statement |
| 05/18/15 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding hearing on Disclosure Statement |
| 06/03/15 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding SBA's request for modification to plan / review same |



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page   15
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 06/15/15 | KHA | .80 | L110 /A103 | Prepare and electronically file request to appear via telephone at June 30, 2015 hearing |
| 06/30/15 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding status of Disclosure Statement |
| 08/03/15 | CGR | .40 | L120 /A106 | Telephone call with Ron Goss regarding show cause hearing |
| 08/03/15 | KHA | .30 | L110 /A106 | Communications with client re appraiser's request |
| 08/11/15 | CGR | .20 | L120 /A106 | Email from / to Ron Goss regarding strategy call for hearing |
| 08/13/15 | CGR | .40 | L120 /A106 | Telephone call with Ron Goss regarding strategy for hearing on disclosure statement |
| 08/16/15 | CGR | .20 | L240 /A104 | Review renewed Motion to Dismiss/Convert and supporting documents. |
| 08/16/15 | CGR | .20 | L240 /A106 | Emails from and to Ron Goss regarding renewed Motion to dismiss or convert. |
| 08/17/15 | CGR | 1.00 | L120 /A106 | Telephone call with Ron and Sheila regarding Cochran declaration and prepare for hearing |
| 08/17/15 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding information needed to prepare for hearing |
| 08/17/15 | CGR | .20 | L210 /A106 | Email to Ron Goss with Objection to Disclosure Statement and Motion to Convert and Declaration of Cochran |
| 08/19/15 | CGR | .20 | L120 /A106 | Email to Ron Goss and Karen Harris regarding filing of objection to disclosure statement and renewed motion to convert |
| 08/19/15 | EED | 1.30 | L210 /A110 | Research and prepare debtor-in-possession bank statements, tax lien notices, tax returns, and multiple proofs of claim as potential attachments to hearing exhibits |
| 08/19/15 | EED | 1.40 | L210 /A110 | Review financial amounts owed on DeLaMMC Building liens and cross-reference with proofs of claim and examine projection payout on disclosure statement for accuracy |
| 08/19/15 | EED | 1.80 | L210 /A101 | Review Sheila Cochran's declaration in support of KeyBank's objection to Second Amended Disclosure Statement and start preparing exhibits for filing |
| 08/19/15 | KHA | 2.10 | L110 /A106 | Work on objection to disclosure statement and motion to convert and identify and mark exhibits |
| 08/19/15 | KHA | .30 | L110 /A107 | Telephone conference with Judicial Assistant |
| 08/19/15 | KHA | .30 | L110 /A106 | Telephone conference with Craig |
| 08/19/15 | KHA | 1.00 | L110 /A106 | Extended telephone call with Ron Goss re objection to 2nd amended disclosure statement and motion to convert |
| 08/20/15 | CGR | .50 | L240 /A103 | Work on Motion to Convert/Dismiss and Objection to Disclosure Statement |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Exhibit 1
Page 15 of 22
Case 14-63530-fra11   Doc 262   Filed 10/26/15



## SCHWABE, WILLIAMSON & WYATT, P.C.

ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page  16
C/M #:  027891-198786

TAX ID# IRS-93-1130272

| | | | | | |
|---|---|---|---|---|---|
| 08/20/15 | EED | .70 | L120 | /A101 | Discuss docketing deadlines regarding filing an objection to debtor's motion to extend deadline and devise strategy for exhibit and witness list |
| 08/20/15 | EED | 2.30 | L210 | /A101 | Continue reviewing Sheila Cochran's declaration in support of KeyBank's objection to Second Amended Disclosure Statement and preparing exhibits for filing |
| 08/20/15 | EED | 1.90 | L210 | /A110 | Analyze and compare summary DIP bank account balances, tax returns, administrative claims, income from operations, and state and federal tax liens against working copies of objection and memorandum |
| 08/20/15 | KHA | 2.00 | L110 | /A106 | Work with Ron Goss on objection and motion to convert |
| 08/21/15 | CGR | .20 | L240 | /A106 | Email to Ron Goss regarding additional exhibits for submissions |
| 08/21/15 | CGR | .20 | L240 | /A106 | Email to Sheila and Ron regarding disclosure statement hearing |
| 08/21/15 | CGR | .30 | L120 | /A104 | Review revised pleadings from Ron Goss on Objection to Disclosure statement |
| 08/21/15 | EED | 2.10 | L210 | /A101 | Analyze cash collateral report and prepare exhibits corresponding with revised disclosure statement objection |
| 08/21/15 | EED | 1.70 | L210 | /A110 | Cross-reference 2014-2015 debtor monthly sales, financial reports, and disclosure statement with projected net income and compare figures to US Trustee docket entries |
| 08/21/15 | KHA | 2.50 | L110 | /A106 | Work with Ron Goss on motion to convert and objection to disclosure statement |
| 08/24/15 | CGR | .30 | L210 | /A104 | Work on objection to disclosure statement and show cause hearing |
| 08/24/15 | EED | 3.20 | L210 | /A110 | Cross reference original and revised copies of Sheila Cochran declaration and objection to second amended disclosure for revised calculations |
| 08/24/15 | KHA | 5.80 | L110 | /A103 | Review and revise motion to convert and objection with supporting documents |
| 08/24/15 | KHA | .30 | L110 | /A108 | Communications with Judicial Assistant re filing and delivery of Judge's copy |
| 08/25/15 | CGR | .50 | L240 | /A104 | Work on Objection to Disclosure Statement and show cause hearing |
| 08/25/15 | CGR | 1.50 | L120 | /A104 | Continue working on renewed Motion to Convert or Dismiss, Objection to Disclosure Statement, Declaration of Sheila Cochran, and Exhibit List |
| 08/25/15 | CGR | .30 | L240 | /A104 | Finalize documents for filing and work on logistics for hearing |
| 08/25/15 | DJC | 2.10 | L110 | /A103 | Assist in revision and review to documents for filing in connection with objection to bankruptcy plan and work on exhibits for same |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL**

Exhibit 1
Page 16 of 22

Case 14-63530-fra11   Doc 262   Filed 10/26/15



SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page  17
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 08/25/15 | EED | 1.70 | L210 /A110 | Analyze and redact all October 2014 - July 2015 bank statements for objection to disclosure statement filing |
| 08/25/15 | EED | 1.20 | L210 /A110 | Research and prepare all necessary proofs of claim as exhibits in Sheila Cochran's declaration for objection to disclosure statement filing |
| 08/25/15 | EED | 2.60 | L210 /A110 | Cross reference all calculations in memorandum, objection to disclosure statement, and Sheila Cochran's declaration with proof of claims and financial summary exhibits |
| 08/25/15 | KHA | 1.20 | L110 /A103 | Electronically file objection and motion to convert with supporting documents |
| 08/25/15 | KHA | 4.20 | L110 /A104 | Continue reviewing and revising motion to convert and objection to disclosure statement, preparing exhibits |
| 08/26/15 | CGR | .30 | L240 /A108 | Telephone call with Penske counsel, Andrew Flame, regarding objection to disclosure statement |
| 08/26/15 | CGR | .20 | L240 /A106 | Email to Ron Goss regarding call from Andrew Flame - Penske counsel |
| 08/26/15 | CGR | .20 | L240 /A106 | Telephone call with Andrew Flame regarding 341 hearing transcript |
| 08/26/15 | CGR | .20 | L240 /A108 | Email to Andrew Flame regarding 341 hearing |
| 08/26/15 | CGR | .20 | L120 /A108 | Email to Andrew Flame regarding status of negotiations with debtor |
| 08/26/15 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding discussions with debtor |
| 08/26/15 | EED | 2.70 | L210 /A110 | Start preparing exhibit binders for unsecured creditors' committee, trustee, judge, debtor, and various counsel for disclosure statement hearing |
| 08/26/15 | EED | 3.10 | L210 /A110 | Assemble and prepare exhibits with attachments and cited sources for disclosure statement hearing |
| 08/26/15 | KHA | .30 | L110 /A104 | Look for 341(a) transcript |
| 08/27/15 | CGR | .20 | L470 /A108 | Email to Ted Troutman regarding source of recent deposit into US Bank account |
| 08/27/15 | CGR | .20 | L470 /A106 | Email to Ron and Sheila regarding recent deposit by debtor into US Bank account |
| 08/27/15 | CGR | .20 | L110 /A106 | Email to Sheila and Ron regarding source of $88K deposit |
| 08/27/15 | EED | 2.90 | L210 /A110 | Revise selective exhibits and continue preparing exhibit binders for unsecured creditors' committee, trustee, judge, debtor, and various counsel for disclosure statement hearing |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.  Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.  Page 17 of 22
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Case 14-63530-fra11    Doc 262    Filed 10/26/15



**SCHWABE, WILLIAMSON & WYATT, P.C.**
A T T O R N E Y S   A T   L A W

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page   18
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 08/27/15 | KHA | .40 | L110 /A103 | Communications with Ron Goss and C. Russillo re summary of conversation with Judge Alley's judicial assistant re exhibit notebooks and scheduling of motion to convert |
| 08/28/15 | EED | 2.60 | L210 /A110 | Finish revising exhibits and preparing exhibit binders for unsecured creditors' committee, trustee, judge, debtor, and counsel for disclosure statement hearing |
| 08/28/15 | KHA | .30 | L110 /A104 | Review exhibit notebooks |
| 08/31/15 | EED | 1.30 | L210 /A110 | Add exhibit and witness list to all exhibit binders and prepare for shipment with attorney to hearing |
| 09/01/15 | CGR | .20 | L240 /A104 | Review Objection to Disclosure Statement filed by Penske |
| 09/01/15 | CGR | .20 | L240 /A106 | Email to Ron Goss and Sheila Cochran regarding Penske objection to Disclosure Statement |
| 09/01/15 | CGR | .20 | L240 /A104 | Review UST's Motion to Convert. |
| 09/01/15 | CGR | .20 | L240 /A106 | Email to Ron Goss and Sheila Cochran regarding UST's Motion to Dismiss. |
| 09/02/15 | CGR | .20 | L240 /A106 | Email to Ron Goss and Sheila Cochran regarding court's decision to set Motion to Dismiss / Convert hearing on same day as objections to disclosure statement |
| 09/02/15 | CGR | .30 | L240 /A106 | Telephone call with Ron Goss regarding exhibits and strategy for hearing on the 14th |
| 09/02/15 | CGR | .20 | L240 /A108 | Email to opposing counsel regarding stipulating to the admission of exhibits |
| 09/02/15 | CGR | .20 | L240 /A106 | Letter to Ron Goss with hearing exhibits |
| 09/02/15 | CGR | .30 | L440 /A108 | Email to opposing counsel with exhibit list and Declaration of Sheila Cochran in support of Request for Stipulation for Admission of Exhibits |
| 09/02/15 | CGR | .20 | L240 /A106 | Email to Ron Goss regarding reset hearing on motion to Dismiss / Convert |
| 09/02/15 | CGR | .30 | L440 /A108 | Telephone call with opposing counsel regarding possibility of stipulating to summary exhibits |
| 09/03/15 | CGR | .20 | L240 /A106 | Email to Ron Goss and Sheila Cochran regarding rescheduled hearing on disclosure statement |
| 09/09/15 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding hearing on Motion to Dismiss or Convert |
| 09/09/15 | CGR | .30 | L240 /A106 | Telephone call with Ron Goss regarding hearing on Motion to Convert and objection to disclosure statement |
| 09/14/15 | CGR | .20 | L110 /A106 | Email to Ron and Sheila regarding low-ball offer on property |
| 09/14/15 | CGR | .40 | L120 /A106 | Telephone call with Ron Goss regarding offer on property and strategy to deal with Show Cause Motion |
| 09/14/15 | CGR | .20 | L110 /A104 | Review offer for purchase of property and review list price information |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Exhibit 1
Page 18 of 22
Case 14-63530-fra11   Doc 262   Filed 10/26/15



SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page  19
C/M #:  027891-198786

TAX ID# IRS-93-1130272

| 09/17/15 | CGR | .20 | L110 /A104 | Review offer to purchase property from Cascadia Metals |
| 09/17/15 | CGR | .20 | L110 /A106 | Email to Ron Goss regarding Cascadia Metals offer to purchase property |
| 09/21/15 | CGR | .20 | L470 /A105 | Work with David Cutler regarding status of foreclosure process |
| 09/21/15 | CGR | .70 | L120 /A106 | Telephone call with Ron Goss regarding strategy for October 1 hearing |
| 09/28/15 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding Motion to Convert hearing |
| 09/29/15 | CGR | .50 | L120 /A106 | Telephone call with Ron Goss and Sheila Cochran regarding Motion to Convert hearing |
| 09/29/15 | CGR | .20 | L110 /A104 | Review recent offer for purchase of property |
| 09/29/15 | CGR | .20 | L110 /A104 | Email to Ron and Sheila regarding sale of property and court decision to move forward with hearing |
| 09/29/15 | CGR | .30 | L120 /A106 | Telephone call with Ron Goss regarding possible settlement of Motion to Convert |
| 09/30/15 | CGR | .40 | L440 /A101 | Work on revised summary exhibits for hearing |
| 09/30/15 | CGR | .30 | L440 /A106 | Telephone call with Ron and Sheila regarding strategy for Motion to Convert |
| 09/30/15 | CGR | .30 | L440 /A108 | Email to Ted Troutman regarding request to consent to summary exhibits |
| 09/30/15 | CGR | .20 | L440 /A106 | Email to Sheila Cochran regarding Declaration and attendance at hearing |
| 09/30/15 | CGR | .20 | L440 /A106 | Email to Ron Goss regarding conversion order |
| 09/30/15 | CGR | .20 | L440 /A104 | Review conversion order |
| 09/30/15 | CGR | .20 | L440 /A108 | Email to conversion order to UST and IRS for review and comment |
| 09/30/15 | CGR | .10 | L440 /A108 | Email to Ted Troutman regarding admissibility of exhibits |
| 09/30/15 | CGR | .10 | L440 /A106 | Email to Sheila Cochran regarding admissibility of summary exhibits |
| 09/30/15 | CGR | .30 | L440 /A106 | Telephone call with Ron Goss regarding show cause hearing |
| 09/30/15 | MAI | .40 | L250 /A103 | Draft Stipulated Order on Conversion |
| 09/30/15 | MAI | .20 | L250 /A111 | Obtain docket information for use in Order |
| 10/01/15 | CGR | 8.00 | L450 /A109 | Prepare for and participate in show cause hearing |
| 10/02/15 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding receipt of September payment |
| 10/02/15 | CGR | .20 | L120 /A105 | Work with David Cutler regarding ability to reschedule foreclosure sale |
| 10/02/15 | CGR | .20 | L120 /A106 | Email to Ron Goss regarding ability to continue foreclosure |
| 10/02/15 | DJC | .80 | L110 /A104 | Prepare for continuance of foreclosure process post relief from bankruptcy stay |
| 10/05/15 | CGR | .20 | L470 /A106 | Email to Sheila Cochran regarding payoff of CRE loan |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.   Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.   Page 19 of 22
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Case 14-63530-fra11   Doc 262   Filed 10/26/15



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice # ******
Page 20
C/M #: 027891-198786

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

TAX ID# IRS-93-1130272

| Date | Initials | Hours | Task/Activity | Description |
|---|---|---|---|---|
| 10/05/15 | CGR | .20 | L470 /A106 | Email to Sheila Cochran regarding allocation of attorney fees |
| 10/05/15 | DJC | .10 | L110 /A108 | Correspondence with title company regarding resuming foreclosure process after relief from stay |
| 10/08/15 | CGR | .20 | L470 /A111 | Prepare payoff amount with inclusion of attorney fees |
| 10/08/15 | CGR | .20 | L470 /A108 | Email to Ted Troutman regarding payoff for CRE loan |
| 10/12/15 | CGR | .20 | L470 /A108 | Email to opposing counsel regarding basis for KeyBank's calculation of amounts owed on CRE loan |
| 10/12/15 | CGR | .20 | L240 /A106 | Email to Ron Goss regarding Response to Motion to Sell filed by Debtor |
| 10/12/15 | CGR | .20 | L470 /A106 | Email to Sheila Cochran regarding request for payoff of Valley Rolling obligation from Debtor's counsel |
| 10/12/15 | CGR | .20 | L470 /A108 | Email to opposing counsel regarding breakdown between default and non-default interest |
| 10/13/15 | CGR | .20 | L120 /A106 | Telephone call with Ron Goss regarding allocation of cash collateral payments |
| 10/13/15 | CGR | .20 | L470 /A106 | Email to Sheila Cochran regarding payoff of Valley Rolling loan |
| 10/13/15 | CGR | .20 | L470 /A108 | Email to Ted Troutman regarding payoff on Valley Rolling loan |
| 10/13/15 | CGR | .20 | L470 /A105 | Work with Maryann Ivey regarding attorney fees and costs incurred as of the petition date |
| 10/13/15 | CGR | .20 | L470 /A106 | Email to Sheila Cochran regarding opposing counsel's request for payment history of Valley Rolling loan |
| 10/13/15 | CGR | .20 | L470 /A108 | Email to opposing counsel regarding payment history on Valley Rolling loan |
| 10/13/15 | CGR | .20 | L470 /A108 | Email to Ted Troutman regarding ETA for loan payment history report on Valley Rolling loan |
| 10/15/15 | CGR | .20 | L240 /A101 | Work on filing response to Debtor's Motion to Sell |
| 10/15/15 | CGR | .20 | L240 /A106 | Email to Ron Goss regarding filing of response to Debtor's Motion to Sell |
| 10/15/15 | CGR | .30 | L240 /A103 | Review and revise Memorandum in Support of Debtor's Motion to Sell |
| 10/15/15 | MAI | .40 | L250 /A103 | Finalize Memorandum in support of Motion for Sale |
| 10/19/15 | CGR | .20 | L470 /A108 | Email to SBA regarding allocation of attorney fees between loans and accrual of default interest |
| 10/19/15 | CGR | .20 | L110 /A104 | Review third party lendering agreement to determine limits upon bank to accrue default interest in 1st position |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM. Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS. Page 20 of 22
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Case 14-63530-fra11    Doc 262    Filed 10/26/15



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page  21
C/M #: 027891-198786

TAX ID# IRS-93-1130272

| 10/19/15 | CGR | .20 | L120 /A106 | Email to Ron Goss and Sheila Cochran regarding SBA inquiry into default interest and attorney fees, and Third Party Lender Agreement |
| 10/19/15 | CGR | .20 | L470 /A106 | Email to Sheila Cochran regarding closing date for CRE |
| 10/21/15 | CGR | .30 | L470 /A108 | Telephone call with Brandi Sergeant regarding KeyBank fees |
| 10/21/15 | CGR | .20 | L430 /A106 | Email to Ron Goss regarding supplemental proof of claim |
| 10/21/15 | CGR | .30 | L430 /A104 | Review local rule 2016 to confirm process for inclusion of fees in sale of collateral |
| 10/21/15 | CGR | .30 | L430 /A106 | Telephone call with Ron Goss regarding submissions for attorney fees |
| 10/21/15 | CGR | 1.00 | L430 /A103 | Work on Declaration in support of request for attorney fees and address various issues related to sale and SBA position |

| | | | | |
|---|---|---|---|---|
| Alex Poust | .20 hrs at | 410.00 $/hr = $ | 82.00 |
| Craig G Russillo | 96.30 hrs at | 336.20 $/hr = $ | 32,376.06 |
| Craig G Russillo | .20 hrs at | 275.00 $/hr = $ | 55.00 |
| Brianne L Bridegum | 1.10 hrs at | 188.60 $/hr = $ | 207.46 |
| David A Anderson | 10.10 hrs at | 213.20 $/hr = $ | 2,153.32 |
| David Cutler | 3.20 hrs at | 145.00 $/hr = $ | 464.00 |
| Kai Davies | 34.50 hrs at | 145.00 $/hr = $ | 5,002.50 |
| Karen L Harris | 62.60 hrs at | 192.70 $/hr = $ | 12,063.02 |
| Mary Ann Ivie | 1.00 hrs at | 176.30 $/hr = $ | 176.30 |

| SUBTOTAL CURRENT FEES | 209.20 hours | = | $52,579.66 |

DESCRIPTION OF COSTS

| DATE | QUANTITY | | |
|---|---|---|---|
| 11/11/14 | 1 | Court Access Fees - Check- Pacer Service Center | 4.80 |
| 02/06/15 | 1 | Filing fees - Check- Key Bank - OR USBC | 176.00 |
| 02/06/15 | 1 | Filing fees - Check- Key Bank - OR USBC | 15.00 |
| 08/25/15 | 1 | Filing fees - Check- Key Bank | 15.00 |

| SUBTOTAL CURRENT COSTS | $210.80 |

| TOTAL FEES AND COSTS | $52,790.46 |

*--------------------------TRUST ACCOUNT SUMMARY--------------------------*

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.   Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.   Page 21 of 22
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

Other Offices:
Bend, OR
Salem, OR
Eugene, OR
Seattle, WA
Vancouver, WA
Santa Rosa, CA
Washington, D.C.

Invoice #    ******
Page   22
C/M #: 027891-198786

TAX ID# IRS-93-1130272

```
TRUST ACCOUNT: PDXTR              Portland IOLTA Trust Account
BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . . . . .          .00
PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . . . . .         2777.85
DISBURSEMENT(S):
01/22/15 Check to Key Bank; Garnishment              308.65
02/10/15 Check to Key Bank; Garnishment              308.65
02/13/15 Check to Key bank; Disbursement per CGR     308.65
03/11/15 Check to Key Bank; Garnishment disbursem    617.30
         CGR
03/26/15 Check to Key Bank; Disbursement per CGR     308.65
04/09/15 Check to Key Bank; Disbursement per CGR     308.65
04/29/15 Check to Key Bank; Disbursement per CGR     308.65
05/05/15 Check to Key Bank; Disbursement per CGR     308.65
                                                  ------------
LESS TOTAL DISBURSEMENTS  . . . . . . . . . .       2777.85(    2777.85)
                                                            ------------
CURRENT BALANCE . . . . . . . . . . . . . . . . . . .           0.00
```

FINAL SUMMARY

```
SUBTOTAL CURRENT COSTS                              $210.80
SUBTOTAL CURRENT FEES                            $52,579.66
TOTAL CURRENT INVOICE                            $52,790.46
TOTAL AMOUNT DUE                                 $52,790.46
```

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.    Exhibit 1
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.    Page 22 of 22
**ATTORNEY-CLIENT COMMUNICATION, PRIVILEGED AND CONFIDENTIAL.**

Case 14-63530-fra11    Doc 262    Filed 10/26/15

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on the 26th day of October, 2015, I caused to be served the foregoing

3  **DECLARATION OF CRAIG G. RUSSILLO PURSUANT TO LOCAL BANKRUPTCY**

4  **RULE 2016(h)(1)(A)(ii), via ECF on:**

5
- JOHN D ALBERT    darlene@shermlaw.com, beth@shermlaw.com
6
- DAVID ANDERSON    danderson@schwabe.com, docket@schwabe.com;gvance@schwabe.com;ecfpdx@schwabe.com
7
- SCOTT D FINK    bronationalecf@weltman.com
- RONALD W GOSS    ronald_w_goss@keybank.com, joanne_aponte-
8
    morgan@keybank.com
- CHELSEA S LEWANDOWSKI    bmail@wal-lawfirm.com
9
- SUZANNE C PICKGROBE    suzanne.pickgrobe@sba.gov,
10
    rhonna.kollenkark@sba.gov
- CRAIG G RUSSILLO    crussillo@schwabe.com,
11
    lschauer@schwabe.com;docket@schwabe.com;ecfpdx@schwabe.com;bankruptcynotices
    @schwabe.com;gvance@schwabe.com
12
- Recovery Management Systems Corporation    claims@recoverycorp.com
- BRANDY A SARGENT    basargent@stoel.com,
13
    docketclerk@stoel.com;erheaston@stoel.com
14
- TARA J SCHLEICHER    tschleicher@fwwlaw.com,
    dfallon@fwwlaw.com;nlyman@fwwlaw.com
15
- TED A TROUTMAN    tedtroutman@gmail.com, rusty@muir-troutman.com
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
16
- CAROLYN G WADE    carolyn.g.wade@doj.state.or.us

17  And via first class mail, postage pre-paid to:

18
19    Paul Harrison
    Harrison Management Company
    POB 80096
20    Portland, OR 97280-1096

21    Tiffany Jones                    Alex Rhoten
    Coldwell Banker Commercial    Coldwell Banker Commercial
22    960 Liberty St SE #250        960 Liberty St SE #250
    Salem, OR 97302             Salem, OR 97302

23

24                               *s/ Craig G. Russillo*
                                 Craig G. Russillo, OSB No. 973875

25

26

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.998

PDX\027891\198786\CGR\16929126.3