**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

NSC (4/29/08) ksq

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
**Laura Lee Hagenauer**
*Other names used by debtor:* DeLAMMC, LLC, Valley Rolling Corporation
Debtor(s)

) Case No. **14–63530–fra11**
)
) ORDER AND NOTICE TO
) DEBTOR–IN–POSSESSION
) TO SHOW CAUSE WHY
) PROCEEDINGS SHOULD NOT
) BE DISMISSED, OR
) IN THE ALTERNATIVE,
) CONVERTED TO
) CHAPTER 7, 11 U.S.C.
)
)

It appearing that there is a **Confirmation** hearing scheduled to be heard on 12/9/15, on the debtor's **Plan** and in the event the **Plan** is not confirmed;

**IT IS ORDERED** and **NOTICE IS GIVEN** that the debtor shall appear before the bankruptcy judge, at which time testimony will be received if offered and admissible, in US Bankruptcy Court, Courtroom #6, 405 E 8th Ave, Eugene, OR 97401 on 12/9/15 at 10:00 AM to show cause, if any there be, why this court should not enter an order dismissing this case; an order converting this case to a case under Chapter 7, 11 U.S.C.; or such other order as the court may deem appropriate.

###